UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN<br>6404 Gildar Street<br>Alexandria, VA 22310<br><br>    **Plaintiff,**<br><br>  v.<br><br>HILTON HOTELS CORPORATION<br>d/b/a/ Hilton Washington Hotel<br>1919 Connecticut Avenue, N.W.<br>Washington, DC 20009<br><br>    **Defendant.** | Civil Action No.: _____ |

### CERTIFICATE RULE LCvR. 7.1

  I, the undersigned, counsel of record for defendant Hilton Hotels Corporation, certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hilton Hotels Corporation which have any outstanding securities in the hands of the public:

  Hilton Hotels Corporation

These representations are made in order that judges of this Court may determine the need for recusal.

              Respectfully submitted,

              **JACKSON LEWIS LLP**

Date: June 29, 2007        By: _/s/ John M. Remy_
              John M. Remy, D.C. Bar No. 461244
              8614 Westwood Center Drive, Suite 950
              Vienna, VA  22183
              Ph.  (703) 821-2189
              Fax: (703) 821-2267