UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN,<br><br>      Plaintiff,<br><br>v.<br><br>HILTON HOTELS CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No.: 1:07cv01180 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for Hilton Hotels Corporation.[1]  I certify I am admitted to practice in this Court.

                                    Respectfully submitted,

                                    JACKSON LEWIS LLP

July 23, 2007                    by: /s/ Kara M. Ariail
                                    Kara M. Ariail (D.C. Bar No.478718)
                                    8614 Westwood Center Drive; Suite 250
                                    Vienna, Virginia 22182
                                    Direct Dial:  (703) 821-2189
                                    Fax:  (703) 821-2267

---

[1] John M. Remy will continue as lead counsel in this case.