UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KIN S. CHHAN**
**6404 Gildar Street**                                Civil Action  No.
**Alexandria, VA 22310**                              1:07-01180 (HHK)

    **Plaintiff,**
    v.

**Hilton Hotels Corporation**
**d/b/a/ Hilton Washington Hotel**
**1919 Connecticut Avenue, N.W.**                     August 7, 2007
**Washington, DC 20009**

    **Defendant.**

## THE PARTIES' LOCAL CIV. R. 16.3 STATEMENT

    1. The plaintiff brings this action under The D.C. Human Rights Act, D.C. Code Sec. 2-1401.01 to 2-1411.06, against his former employer for terminating him for discriminatory reasons based on his race (Chinese/Asian) and national origin (Cambodia).

    2. The parties agree that this case should be placed in the standard track.  There have been no dispositive motions filed in this case thus far.  The plaintiff does not believe that this case can be disposed of by motion.  Defendant believes this case may be disposed of by motion at the close of discovery.

    3.  The parties have discussed issues related to the disclosure of information of electronically stored information. The parties have discussed issues related to the preservation and disclosure of information of electronically stored information.  The parties agree to preserve all electronically stored information related to the case.  Based on the parties' current

understanding of the scope of this litigation, it is believed that all such information can be produced in paper format. At this time, the plaintiff does not believe he has any electronically stored information related to this case in his possession. The parties do not anticipate joining any other parties. The parties do not believe that any factual or legal issues can be further narrowed at this point.

    4. The parties do not agree to a magistrate judge for this case.

    5. The parties believe that there may be some possibility of settling this case after some discovery, although not at this point, and will inform the court if the possibility of settlement becomes realistic at any time.

    6. The parties believe that mediation may become appropriate in this case after some discovery has been completed.

    7. The plaintiff does not believe that this case can be disposed of by motion for summary judgment or motion to dismiss. Defendant believes that this case may be disposed of on motion for summary judgment or motion to dismiss at some point in the future.

    8. The parties believe that the deadline for dispositive motions should be 45 days after the close of discovery, or by February 14, 2008, with oppositions due 21 days after service of the dispositive motion and reply briefs due 11 days after service of opposition.

    9. The parties propose that initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. be dispensed with.

    10. The parties believe that discovery should close 120 days after the date of the scheduling order, or on December 31, 2007, with the presumptive limits of the local rules

imposed upon the number of depositions and interrogatories.

    11.  The parties propose that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter.  No experts are anticipated.

    12.  There are no class issues involved in this case.

    13.  The parties agree that neither discovery nor trial should be bifurcated.

    14.  The parties propose that a final pre-trial date be set after the close of discovery on December 31, 2007.

    15.  The parties propose that a firm trial date be set at the first scheduling conference.

Respectfully submitted,

FOR THE PLAINTIFF

/s/James L. Kestell  _____
James L. Kestell
DC Bar #955310
/s/ Jonathan L. Gould  _____
Jonathan L. Gould
DC Bar # 491052
KESTELL & ASSOCIATES
209 Midvale St.
Falls Church, VA 22046
1012 14th Street, NW Suite 630
Washington, DC 20005
(703) 237-2912
(202) 347-4481

FOR THE DEFENDANT

**JACKSON LEWIS LLP**

by: /s/ John M. Remy_____
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**KIN S. CHHAN**
**6404 Gildar Street**                          Civil Action  No.
**Alexandria, VA 22310**                        1:07-01180 (HHK)

    **Plaintiff,**
    v.

**Hilton Hotels Corporation**
**d/b/a/ Hilton Washington Hotel**
**1919 Connecticut Avenue, N.W.**
**Washington, DC 20009**

    **Defendant.**

_____


**SCHEDULING ORDER**

    UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

    1. This case will be placed on the standard track.

    2. Discovery will close on _____.

    3. Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

    4. Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

    5. The pre-trial conference will be held on _____. Trial will commence on _____.

5

SO ORDERED THIS \_\_\_\_\_ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc: James L. Kestell
Jonathan L. Gould
KESTELL & ASSOCIATES
209 Midvale St.
Falls Church, VA 22046
1012 14th Street, NW Suite 630
Washington, DC 20005

John M. Remy
Kara M. Ariail
JACKSON LEWIUS LLP
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182