UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**KIN S. CHHAN**

                                               **Civil Action  No.
1:07-01180 (HHK)**

    **Plaintiff,**

    v.

**Hilton Hotels Corporation**

    **Defendant.**

_____

**<u>NOTICE OF APPEARANCE</u>**

    The clerk will please enter the appearance of Michael P. Deeds as counsel on behalf of the plaintiff in the above-captioned matter.

                                                Respectfully submitted,

                                                FOR THE PLAINTIFFS

                                                /s/Michael P. Deeds_____
                                                Michael P. Deeds VSB#466815
                                                KESTELL & ASSOCIATES
                                                1012 14th Street,NW Ste 630
                                                Washington, D.C. 20005
                                                202 347-4481
                                                fax 202 347-4482