UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIN S. CHHAN,**<br>                Plaintiff,<br><br>        v.<br><br>**HILTON HOTELS CORPORATION**<br>d/b/a Hilton Washington Hotel<br><br>                Defendant. | Civil Action 07-01180  (HHK) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE Kay
FOR THE PURPOSE OF MEDIATION**

It is this 18th day of August, 2007, hereby

**ORDERED** that this matter is referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings, which shall take place between November 5, 2007, and January 5, 2008. The parties are to jointly contact Magistrate Judge Kay in order to schedule the proceedings.

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge