UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.:  1:07cv01180 (HHK) |
| ) | |
| HILTON HOTELS CORPORATION, ) | |
| ) | December 21, 2007 |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR 30 DAY EXTENSION OF TIME**

Plaintiff, Kin Chhan, hereby moves for a 30 day extension, from December 31, 2007 until January 30, 2008 to the discovery schedule approved by the Court in this case. The parties also suggest that, if the Court grants the motion, it should adjust the deadlines in the scheduling order for filing and responding to dispositive motions ahead accordingly.  In that event, the parties move that dispositive motions shall be due on March 14, 2008, with oppositions due 21 days thereafter and replies due 11 days after the filing of any oppositions.

Although the parties made good faith efforts to complete discovery within the time provided, many important exhibits relating to prior discipline were only recently turned over to the plaintiff, after the court approved the protective order relating to the restricted use of those exhibits in late November.

2

As a result, the plaintiff must depose four of the defendant's witnesses. However, because of the holidays, it was not possible to schedule depositions during this period. Counsel for the defendant has been contacted regarding this motion and indicates that she will not oppose it and that it can be submitted as a consent motion. An appropriate draft order is attached hereto.

        Respectfully submitted,

        FOR THE PLAINTIFF

By   /s/Jonathan L. Gould
     James L. Kestell
     DC Bar #955310
     Jonathan L. Gould
     DC Bar # 491052
     KESTELL & ASSOCIATES
     209 Midvale St.
     Falls Church, VA 22046
     1012 14th Street, NW Suite 630
     Washington, DC 20005
     (703) 237-2912
     (202) 347-3889

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 1:07cv01180 (HHK) |
| ) | |
| HILTON HOTELS CORPORATION, ) | |
| ) | December 21, 2007 |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF the plaintiff's motion for extension of time for discovery and for filing dispositive motions, the Court enters the following order:

1. The motion is GRANTED;

2. Discovery will close on January 30, 2008;

3. Dispositive motions must be filed by March 14, 2008. Oppositions are due April 4, 2008 and reply briefs are due April 15, 2008.

SO ORDERED THIS _____ day of _____, 200 .

_____
UNITED STATES DISTRICT JUDGE