UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN,<br><br>        Plaintiff,<br><br>v.<br><br>HILTON HOTELS CORPORATION,<br><br>        Defendant. | Civ. No.: 1:07cv01180 (HHK) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), defendant Hilton Hotels Corporation ("Hilton"), by its attorneys, moves this Court for summary judgment on all claims in plaintiff's complaint.

Hilton employed plaintiff Chhan. Hilton terminated Chhan after he was found to have made sexually offensive statements in violation of Hilton policy less than five months after being suspended for threatening another employee. Three witnesses confirmed Chhan made sexually offensive statements. At his deposition, Chhan admitted, if he engaged in the misconduct reported by the witnesses, his termination was justified.

Chhan's complaint alleges he was terminated due to his race (Chinese) and national origin (Cambodian). Hilton requests summary judgment because Chhan cannot establish a prima facie case of discrimination and because no reasonable jury could find Hilton's reason for termination was a pretext for discrimination.

In support of this motion, Hilton is contemporaneously filing a memorandum of points and authorities in support of the motion, a statement of material undisputed facts with supporting evidence, and a proposed order.

For the reasons set forth in this motion and explained more thoroughly in the documents filed herewith, Hilton asks the Court to grant this motion, enter judgment in favor of Hilton and dismiss plaintiff's complaint in its entirety.

Respectfully submitted,

**Hilton Hotels Corporation**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIN S. CHHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 1:07cv01180 (HHK) |
| ) | |
| HILTON HOTELS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING SUMMARY JUDGMENT

Having considered defendant's motion for summary judgment, and all papers and evidence submitted in support thereof and in opposition thereto, the Court hereby GRANTS defendant's motion. Judgment shall be entered in favor of defendant on all counts. Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge