# ATTACHMENT A

# DECLARATION OF ROBIN STERRETT

# WITH

# EXHIBITS

**DECLARATION OF ROBIN STERRETT**

1. My name is Robin Sterrett. I am over 18 years of age and have personal knowledge of the facts contained in this declaration.

2. In 1996, I became Director of Human Resources for Hilton Washington, a hotel located in Washington, D.C. Hilton Washington is operated by Hilton Hotels Corporation.

3. Hilton employees are required to adhere to Hilton's Harassment-Free Workplace policy, which prohibits employee "behavior or conduct that could be interpreted as harassment." A copy of the policy is included in the Team Member Handbook and all Hilton Washington employees receive periodic harassment training.

4. Hilton employees are also required to adhere to Hilton's Standards of Conduct policy, which is also included in the Team Member Handbook.

5. An employee who violates the Harassment-Free Workplace or Standards of Conduct policy may be subject to discipline. Depending on the nature of the violation, the employee may receive a warning, a suspension from 1-5 days, or may be terminated.

6. As Director of Human Resources, my duties included investigating employee violations of Hilton policies. After completing an investigation, I was responsible for determining what, if any, discipline would be given to an employee who was found to have violated a Hilton policy.

7. In early March 2006, I investigated allegations that Kin Chhan had threatened a co-worker. I spoke with two employee witnesses, Mustafa Allame and Lolo Villagomez. Both employees told me Chhan had threatened Allame. I was not aware of any reason why Allame or Villagomez would provide false information about Chhan.

8. Based on the two witness accounts, I concluded Chhan had violated Hilton's policy against threatening co-workers and I suspended Chhan for five days.

9.    On July 19, 2006, I investigated allegations that Kin Chhan had made sexually offensive statements in front of co-workers. I spoke with three employee witnesses, Rosa Rosero, Mustapha Abouhouda and Peter Chan. All three employees provided consistent accounts of the sexually offensive statements they heard Chhan make.

10.    I concluded the information provided by Rosero, Abouhouda and Chan was credible because I was not aware of any reason why these witnesses would give me false information about Chhan. I believed Chhan has a reason to deny the allegations because he did not want to be subject to discipline.

11.    Based on the three witness accounts, I concluded Chhan had violated Hilton's Harassment-Free Workplace policy by engaging in "conduct that could be interpreted as harassment." I also concluded Chhan violated Hilton's Standards of Conduct policy by engaging in "discourtesy or inappropriate conduct" with his co-workers.

12.    I decided to terminate Chhan because of the serious nature of his July 19 policy violation, and because it was the second time Chhan had committed a serious violation of Hilton policy within a five month period. During the time I was Hilton Washington's Director of Human Resources, Chhan was the only employee who violated the Harassment Free-Workplace and Standards of Conduct policies less than five months after he being suspended for another serious violation of Hilton policy.

13.    I informed Chhan's supervisor, Kevin O'Shea, of my investigation findings and decision to terminate Chhan. O'Shea and I informed Food and Beverage Director, Gordon Marr, and General Manger, Frank Otero, of the termination decision.

14.    Hilton did not hire a Banquet Server or other employee to replace Chhan following his termination.

15.    During the time I was Hilton Washington's Director of Human Resources, I terminated several other employees for violating the Harassment-Free Workplace and Standards of Conduct policies.

16.    In January 2005, I terminated an African-American employee for calling a co-worker a "bitch" in violation of Hilton's Standards of Conduct policy. This occurred approximately two months after the employee was suspended for violating Hilton policy by being discourteous to a coworker. The employee was subject to the same disciplinary procedure as Chhan. Documents relating to this termination are attached to this Declaration as Exhibit 1.

17.    I have also terminated several employees who did not have a record of discipline in the five months prior to violating Hilton policy:

     a.    In May 2002, I terminated a Hispanic Banquet Server for violating Hilton's Harassment-Free Workplace policy. Documents relating to this termination are attached to this Declaration as Exhibit 2.

     b.    In September 2002, I terminated an African- American employee for violating Hilton policy for threatening a coworker. Documents relating to this termination are attached to this Declaration as Exhibit 3.

     c.    In May 2003, I terminated a Hispanic employee for violating Hilton policy by threatening a coworker. Documents relating to this termination are attached to this Declaration as Exhibit 4.

     d.    In June 2005, I terminated an African-American employee for violating Hilton policy by threatening a coworker. Documents relating to this termination are attached to this Declaration as Exhibit 5.

e. In March 2006, I terminated a Hispanic employee for violating Hilton policy by engaging in a verbal altercation with and threatening a coworker. Documents relating to this termination are attached to this Declaration as Exhibit 6.

I, Robin Sterrett, swear under a penalty of perjury of the laws of the United States that the foregoing 17 numbered paragraphs are true and correct to the best of my knowledge, belief, and information.

Dated: 3-12-08

Robin Sterrett

# EXHIBIT 1

# ROBIN STERRETT DECLARATION

CONFIDENTIAL

Hilton
Washington

**Inter-Office Correspondence**

**TO:** File

**FROM:** Robin Sterrett

**LOCATION:** Human Resources

**DATE:** January, 2005

**SUBJECT:** [redacted] **- Discourtesy towards team member**

[redacted] January 24, 2005

On January 24, [redacted] requested to see me in reference to an incident with one of her co-workers, [redacted]. A meeting was arranged. Kevin O'Shea and [redacted] were present.

[redacted] stated that there were 5 banquet servers working together on one of the buffet stations in the ballroom on [redacted] at the [redacted]

[redacted] - runner
[redacted] runner
[redacted] runner
[redacted] - salad
[redacted] pasta

The function started at 5:30pm and as the guests arrived, the buffet stations became extremely busy. Everyone needed to help. [redacted] was especially busy serving salad. [redacted] and [redacted] went into the kitchen to get a new large tray of salad for [redacted]. [redacted] asked [redacted] if he and [redacted] could bring in the used tray from the station.

In the kitchen, as [redacted] and [redacted] passed [redacted] and [redacted] (both sets carrying a tray), [redacted] yelled at [redacted] "why are you telling him what to do, you are not the captain". [redacted] stated that she did not respond to [redacted] and entered the ballroom. After [redacted] put the salad tray down, she went back to the kitchen to get the garlic bread. [redacted] yelled at her again about the fact that she is not the captain and should not be giving orders. [redacted] stated that [redacted] was really busy at the salad tray and she was not busy at the pasta station so she should help the others.

As [redacted] walked back into the ballroom with 2 bowls of bread, [redacted] followed her and continued to yell. When they were in the ballroom, [redacted] called [redacted] a "bitch" and again stated that [redacted] can not tell her what to do.

[redacted] was walking into the ballroom behind [redacted] and heard her. He tried to calm her down. [redacted]

CONFIDENTIAL

left the scene and went to find [redacted].

[redacted], January 26, 2005

[redacted] stated that they were all working at one buffet station. The station had two lines for the guests. [redacted] was the captain. [redacted] assigned [redacted] [redacted] and himself as runners. [redacted] served pasta on one of the lines. The other line was not covered. [redacted] was serving the salad. The guests served themselves. There were approximately [redacted] people at the [redacted].

[redacted] was very busy at her station. [redacted] and he went into the kitchen to get a fresh tray of salad. [redacted] told [redacted] to ask [redacted] to help him carry in the used tray. As they passed each other in the kitchen, [redacted] exploded at [redacted] for no reason. She told [redacted] she had no right to tell her what to do.

[redacted] then followed [redacted] into the ballroom, calling her a "bitch" and using other rude and vulgar language. He tried to calm [redacted] down. There was no reason for her behavior and the room was very crowded with guests.

[redacted], January 27, 2005

[redacted] stated that they were all working at the same buffet station, which had two lines of food. [redacted] was serving pasta on one side. The other side was not covered. [redacted] asked [redacted] to help straighten out the napkins and silver ware when she did not have any guests to serve. The function was crowded and everyone was busy. [redacted] did not like [redacted] trying to tell her what to do.

At one point, [redacted] and [redacted] went to get a new tray of salad. [redacted] asked him to ask [redacted] to help him bring in the old tray. [redacted] became angry, stating that [redacted] is not the captain, she can not tell her what to do. [redacted] told her to stop running her mouth and help him. At first [redacted] refused to help him, saying she was going to stay at her station, then she agreed to help.

As the two groups passed each other in the kitchen, [redacted] started arguing with [redacted]. [redacted] stated that the four of them were standing still holding the trays while [redacted] was yelling at [redacted]. [redacted] said to [redacted] "come on, let's go".

After they put the dirty salad tray down, he went to get more food. He did not see what happened afterwards.

2-3-05

[redacted] never called the hotel (or returned my calls) to follow up on her suspension pending investigation.

Hotel decision based on past incidences: termination

# PERSONNEL AUTHORIZATION FORM

CONFIDENTIAL

Hotel/Company ______ ☐ Change ☐ Hire ☐ Term ______ Current Date

## BASIC INFORMATION:

SSN [redacted] Employee Number ______ Dept. Banquet

Last Name [redacted] First Name [redacted] Birth Date ______

Address ______ Telephone ( ) ______ Citizenship ______

City ______ State ______ Zip ______ Sex ______ EEO ______ Languages ______

## STATUS:

HHC Hire Date ______

☐ New Hire ☐ Rehire ☐ Return From Leave ☐ Transfer Effective Date ______

## PAYROLL

Fed Expt ______ Fed Adj ______ State Expt ______ State Adj ______ Marital Status ______

Medical ______ Dental ______ Life ______ Thrift ______

## SALARY INFORMATION:

| | From | To | | |
|---|---|---|---|---|
| Salary | | | Salary Reason Code ______ | Effective Date ______ |
| Hourly | | | Perf. App. Rating ______ | Perf. App. Date ______ |
| Alt. | | | Meals ______ Tipped ______ | Next Review Date ______ |

## POSITION:

From Pos Code ______ Title ______ Grade ______ FLSA ______

To Pos Code ______ Title on-call banquet server Grade ______ FLSA ______

Effective Date ______ Reason Code A list

Union ______ Union Date ______ Shift ______ Type ______

## TRANSFER:

From Hotel ______ Dept ______ Acct Dept ______ Division ______

To Hotel ______ Dept ______ Acct Dept ______ Division ______

## ABSENCE:

From ______ To ______ Total Hrs/Days ______ ☐ Leave ☐ Paid ☐ Unpaid Reason Code ______

☐ Vacation

## TERMINATION:

Date of Termination 2-3-05 Vacation Earned ______ Hours Worked ______

Last Day Worked 1-20-05 Vacation Accrued ______ Reason Code ______

ENTERED

## COMMENTS:

violation of company policy - discourtesy towards co-worker

not eligible for re-hire

| Approvals | Intermediate Approval | Final Management Approval | Human Resources Department |
|---|---|---|---|
| [signature] Originator Signature | Initial / Initial / Initial / Initial | Signature | [signature] Signature |
| Banquet [illegible] Title / Date | Date | Title / Date | dhr Title / 2-3-05 Date |

Distribution: White - Payroll, Canary - Employee File, Pink - Benefits Administration, Goldenrod - HHC0427

PER-9 (4-02)

©2003 HILTON HOSPITALITY, INC.


CONFIDENTIAL

Hilton Washington

# TEAM MEMBER COUNSELING FORM

[redacted]
Team Member Name

Department/Position: Banquet / A list server    Date of Incident: 11-2-04

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
| --- | --- | --- |
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

[ ] Leaving Work without Permission
[✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
[ ] Refusal to Carry Out Supervisor's Instructions
[ ] Irregular Attendance
(Specify number of absences within past 18 months ______)
[ ] Frequent Tardiness
[ ] Poor Service

[ ] Performance Below Standards
[ ] Discourtesy Towards a Guest
[✓] Discourtesy Towards a Fellow Team Member
(Mention other team member below)
[ ] Attitude
[ ] Other David Vargas

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):
On November 2, [redacted] got into a verbal altercation with [redacted] over her tardiness record and [redacted] perception that the A list servers are not treated fairly. At one point, [redacted] got up from her chair and went at [redacted] while waving a pencil at him. Another server stepped in between them to hold [redacted]

## ACTION TAKEN

[ ] Verbal [ ] Written [ ] Suspension (check all that apply): [ ] 1 day [ ] 3 day [✓] 5 day

Suspension Date: 11-2-04 Return to Work Date: 11-8-04 [ ] Pending Investigation

Plan for future to avoid similar problem:
both. There were several witnesses who confirmed [redacted] actions. This type of conduct is unacceptable.

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): 11-8-04

## TEAM MEMBER COMMENTS

Team Member disagrees with the statement

HHC0435

## SIGNATURES

| | | | |
| --- | --- | --- | --- |
| Team Member: | Refused to sign | Date: | 11-8-04 |
| Supervisor: | [signature] | Date: | 11-8-04 |
| Witness (if applicable): | | Date: | |
| Human Resources: | [signature] | Date: | 11-8-04 |

Distribution: White - Team Member • Canary - Team Member File • Pink - Department Head



CONFIDENTIAL

Hilton
Washington

**TO:** File

**Inter-Office Correspondence**

**FROM:** Robin Sterrett

**LOCATION:** Human Resources

**DATE:** November, 2004

**SUBJECT: Allegation of Verbal Altercation against [redacted]**

[redacted], 11-3-04

On November 2, he was waiting in the back hallway, just outside of the Military room. There was a coffee break in the Crystal Ballroom that was due to break. There were approximately 15 waiters assigned to the function. They are all just sitting and standing around talking.

[redacted] complained that she had to wait to clean up the function.
[redacted] stated that [redacted] is always reporting to work late.
[redacted] stated that "that was true", [redacted] does report to work late on many occasions.
[redacted] exploded at him. She yelled that he owed her because she trained him to do his job when he was in [redacted].
[redacted] stated that he left [redacted] in the [redacted] when he was hired by [redacted]. [redacted] did not train him.
[redacted] talked back to him and as she was talking, she was waving a pencil at him.
[redacted] said "don't talk to me with a pencil". [redacted] picked up a pencil, waved it at her and said "do you want me to talk to you with a pencil". He then put the pencil down.
[redacted] said he was standing against the wall. [redacted] jumped up and went after him, waving the pencil towards him. [redacted] stepped in between them and tried to hold [redacted] back. [redacted] was still waving the pencil towards him over [redacted]
[redacted] left to get Security.
[redacted] noted that this was not the first time [redacted] has lost her temper.

[redacted] 11-3-04

They were working a coffee break in the Crystal ballroom. They needed to clean up after the meeting broke. [redacted] was the captain for the function. He sent 2 servers home- [redacted] because he was not feeling well and [redacted] because he wanted to vote in the elections. [redacted] was standing and [redacted] was sitting.

[redacted] complained that [redacted] sent 2 steady servers home and no one from the A list.
[redacted] said that if he sends everyone home, who would clean up the break. He told her to see [redacted] if she

CONFIDENTIAL

thought it was personal.
[redacted] said "no, it is your responsibility".
[redacted] stood up and went towards [redacted] with a pencil in her hand. It looked like she wanted to hit him in the face. [redacted] stepped in between the two of them and tried to calm [redacted] down. [redacted] did not do anything in return.

Later, when [redacted] was at the security desk, [redacted] saw him and reminded him that he was a witness. [redacted] stated that he felt she was trying to influence him.

[redacted] 11-3-04
About 7 servers and [redacted] were waiting in the back hallway to clean the concourse. They were joking around with each other, as they always do.

[redacted] told [redacted] that she was 90 minutes late to work.
[redacted] stated that the steady servers do not pull their weight in terms of job responsibilities.
Suddenly [redacted] jumped up and went at [redacted] with a pencil, waving it in his face.
At one point [redacted] picked up a pencil but he put it down.
[redacted] and [redacted] stepped in between [redacted] and [redacted] and tried to calm [redacted] down. She kept swinging her arms, with the pencil still in her hands, at [redacted] At one point, the pencil brushed through [redacted] hair.
[redacted] was screaming at [redacted] that she had trained him. [redacted] did not react.
[redacted] backed off and the incident broke off. They went to clean up coffee break.

[redacted] 11-3-04
Several servers and [redacted] were waiting for a coffee break to end. They needed to clean it up. The group included steady and A list servers.

[redacted] and [redacted] got into an argument. [redacted] stated that [redacted] owed her because she trained him. At one point, [redacted] stood and went after [redacted] with a pencil. She was waving the pencil at him.

[redacted] stepped in between because she did not want the situation to get any worse. She put her hands on [redacted] shoulders to try to hold her back. [redacted] continued to swing her arms and yell at [redacted] She still had the pencil in her hand. As [redacted] was swinging the pencil, she hit [redacted] just above the eye. [redacted] did not respond.

[redacted] then left to get security.
[redacted] noted that she had never seen [redacted] like that before.

[redacted] 11-3-04
A group of them were waiting to clean up a coffee break. They were talking and joking about stuff. [redacted] quickly got out of hand. [redacted] jumped and starting swinging a pencil at [redacted]. [redacted] tried to hold [redacted] back and calm her down. However, [redacted] was still swinging her arms at [redacted] over [redacted] shoulders.

[redacted] did not respond back to [redacted]. At one point security showed up and asked for [redacted]

The coffee break ended so the servers left to clean up.

[redacted] stated that [redacted] loses her temper easily and overreacts to situations. She gets into people's face when she is angry.

CONFIDENTIAL

, 11-6-04

Kevin O'Shea and were present for the meeting.

A group of servers were waiting to clean up after a coffee break. and were talking about the A list servers. felt the A list was treated less respectfully than the steady banquet servers. responded to "I don't make the decisions here. Kevin does".

retorted to "How come when I am late, you send me home and take money from my salary if you don't have authority?"

told her that she is late 90% of the time. denied claim.

raised his voice and said "you have no brain". responded "I don't think I am more stupid than you".

stated that was standing with a pencil in his hand. He said "I would do it again" (meaning he would send her home). He then waved the pencil at her. waved her finger in his face. said "don't wave your finger in my face". claimed that she never had a pencil in her hand.

took by the hand and told her that they needed to clean up after the function.

stated that she did not start the fight, never had a pencil in her hand, never touched anyone with a finger or pencil. said that yelled at her so she yelled back at him.

I explained to that Kevin and I would review the statements from all of the witnesses and try to piece together the facts. We would be in touch with her to let her know the outcome.

said that, before she left, she wanted to say something else. She said that " has a personal problem with me, he is not comfortable with her". said that is a sexual harasser.
(For additional details, see - allegation of sexual harassment).

# EXHIBIT 2

# ROBIN STERRETT DECLARATION



CONFIDENTIAL

# TEAM MEMBER COUNSELING FORM

[redacted]
Team Member Name

Department/Position: Houseperson | M & E  Date of Incident: 5-25-02

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
| --- | --- | --- |
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

[ ] Leaving Work without Permission
[✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
[ ] Refusal to Carry Out Supervisor's Instructions
[ ] Irregular Attendance
(Specify number of absences within past 18 months________)
[ ] Frequent Tardiness
[ ] Poor Service
[ ] Performance Below Standards
[ ] Discourtesy Towards a Guest
[ ] Discourtesy Towards a Fellow Team Member
(Mention other team member below)
[ ] Attitude
[ ] Other________

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):
On May 25, while standing in the back hallway along the crystal [redacted] corridor, [redacted] shook hands w/ [redacted]. As she turned around to leave, he grabbed her bra strap & snapped it. This action is in violation of the hotel's harassment-free workplace policy.

## ACTION TAKEN

[ ] Verbal [ ] Written [✓] Suspension (check all that apply): [ ] 1 day [✓] 3 day [ ] 5 day
Suspension Date: 5-25-02 Return to Work Date: 5-28-02 [ ] Pending Investigation

Plan for future to avoid similar problem:
do not repeat any type of similar action
follow the harassment-free workplace policy

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): 5-28-02

## TEAM MEMBER COMMENTS

I did tachiller in shoulder But I did not tuch in bra strap that time

## SIGNATURES

Team Member: [redacted] Date: ________
Supervisor: [signature] Date: 5-31-02
Witness (if applicable): ________ Date: ________
Human Resources: [signature] Date: 5-31-02

Distribution: White - Team Member • Canary - Team Member File • Pink - Department He. HHC0430

# EXHIBIT 3

# ROBIN STERRETT DECLARATION

CONFIDENTIAL

Hilton Washington

# TEAM MEMBER COUNSELING FORM

[redacted]
Team Member Name

Department/Position: Chef [illegible] Date of Incident: 9-20-02

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
|---|---|---|
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

[ ] Leaving Work without Permission
[✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
[ ] Refusal to Carry Out Supervisor's Instructions
[ ] Irregular Attendance
(Specify number of absences within past 18 months ________ )
[ ] Frequent Tardiness
[ ] Poor Service

[ ] Performance Below Standards
[ ] Discourtesy Towards a Guest
[✓] Discourtesy Towards a Fellow Team Member
(Mention other team member below)
[ ] Attitude
[✓] Other [redacted]

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):
Per witnesses statements [redacted] made the statement "if [redacted] doesn't stop messing w/ me I will someone to wait outside for him" This is against Hotel's Zero Tolerance policy

## ACTION TAKEN

[ ] Verbal [ ] Written [✓] Suspension (check all that apply): [ ] 1 day [ ] 3 day [ ] 5 day
Suspension Date: 9-20-02 Return to Work Date: ________ [✓] Pending Investigation

Plan for future to avoid similar problem: I was making a joke about it

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): ________________

## TEAM MEMBER COMMENTS

________________

## SIGNATURES

HHC0432

Team Member: [redacted] Date: ________
Supervisor: [signature] Date: 9/20/02
Witness (if applicable): [signature] Date: 9-20-02
Human Resources: [signature] Date: 9-20-02

Distribution: White - Team Member • Canary - Team Member File • Pink - Department Head

# EXHIBIT 4

# ROBIN STERRETT DECLARATION

CONFIDENTIAL

Hilton Washington

# TEAM MEMBER COUNSELING FORM

[redacted]
Team Member Name

Department/Position: Property Operations/Watch Engin. Date of Incident: 4-30-03

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
|---|---|---|
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

[ ] Leaving Work without Permission
[✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
[ ] Refusal to Carry Out Supervisor's Instructions
[ ] Irregular Attendance
(Specify number of absences within past 18 months ________)
[ ] Frequent Tardiness
[ ] Poor Service
[ ] Performance Below Standards
[ ] Discourtesy Towards a Guest
[ ] Discourtesy Towards a Fellow Team Member
(Mention other team member below)
[ ] Attitude
[ ] Other ________

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):

On April 30, 2003, [redacted] got into a verbal altercation with [redacted] over an elevator number & whether [redacted] had been called. At one point, he put his hand on [redacted] throat. This [redacted] is in violation of Hilton's Zero Tolerance for

## ACTION TAKEN

[ ] Verbal [ ] Written [✓] Suspension (check all that apply): [ ] 1 day [ ] 3 day [ ] 5 day

Suspension Date: 5-1-03 Return to Work Date: ________ [✓] Pending Investigation

Plan for future to avoid similar problem:

Violence policy.

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): 5-1-03

## TEAM MEMBER COMMENTS

## SIGNATURES

HHC0433

Team Member: [redacted] Date:
Supervisor: Jacob Attallah Date: 5/1/03
Witness (if applicable): Date:
Human Resources: [signature] Date: 5-1-03

Distribution: White - Team Member • Canary - Team Member File • Pink - Department Head

# EXHIBIT 5

# ROBIN STERRETT DECLARATION

CONFIDENTIAL

# TEAM MEMBER COUNSELING FORM

[redacted]

Team Member Name

Department/Position: Hskp / Floor supervisor  Date of Incident: 6-23-05

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
|---|---|---|
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

[ ] Leaving Work without Permission
[✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
[ ] Refusal to Carry Out Supervisor's Instructions
[ ] Irregular Attendance
(Specify number of absences within past 18 months________)
[ ] Frequent Tardiness
[ ] Poor Service
[ ] Performance Below Standards
[ ] Discourtesy Towards a Guest
[ ] Discourtesy Towards a Fellow Team Member
(Mention other team member below)
[ ] Attitude
[ ] Other________

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):

On Monday, June 20 an alleged physical altercation occurred between [redacted] + [redacted]. On thursday, June 23 it was reported that [redacted] made the following statement: "[redacted] hit me. I am going to get my brother to blow his head off". The statement was heard by more than one person.

## ACTION TAKEN

[ ] Verbal  [ ] Written  [✓] Suspension (check all that apply): [ ] 1 day  [ ] 3 day  [ ] 5 day

Suspension Date:________ Return to Work Date:________ [✓] Pending Investigation

Plan for future to avoid similar problem:

This statement is against Hilton's "Zero Tolerance for Violence in the Work place policy".

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): 6-24-05

## TEAM MEMBER COMMENTS

HHC0439

## SIGNATURES

Team Member: Refused to sign  Date: 6-24-05
Supervisor: Joyce A. [signature]  Date: 6-24-05
Witness (if applicable): [signature]  Date: 6-24-05
Human Resources: [signature]  Date: 6-24-05

Distribution: White - Team Member • Canary - Team Member File • Pink - Department Head

# PERSONNEL AUTHORIZATION FORM

CONFIDENTIAL

Hotel/Company ______ ☐ Change ☐ Hire ☐ Term ______ Current Date

## BASIC INFORMATION:

SSN ______ Employee Number ______ Dept. Housekeeping

Last Name [redacted] First Name [redacted] Birth Date ______

Address ______ Telephone ( ) ______ Citizenship ______

City ______ State ______ Zip ______ Sex ______ EEO ______ Languages ______

## STATUS:

HHC Hire Date ______

☐ New Hire ☐ Rehire ☐ Return From Leave ☐ Transfer Effective Date ______

## PAYROLL

Fed Expt ______ Fed Adj ______ State Expt ______ State Adj ______ Marital Status ______

Medical ______ Dental ______ Life ______ Thrift ______

## SALARY INFORMATION:

| | From | To | | |
|---|---|---|---|---|
| Salary | | | Salary Reason Code ______ | Effective Date ______ |
| Hourly | | | Perf. App. Rating ______ | Perf. App. Date ______ |
| Alt. | | | Meals ______ Tipped ______ | Next Review Date ______ |

## POSITION:

From Pos Code ______ Title ______ Grade ______ FLSA ______

To Pos Code ______ Title ______ Grade ______ FLSA ______

Effective Date ______ Reason Code ______

Union ______ Union Date ______ Shift ______ Type ______

## TRANSFER:

From Hotel ______ Dept ______ Acct Dept ______ Division ______

To Hotel ______ Dept ______ Acct Dept ______ Division ______

## ABSENCE:

From ______ To ______ Total Hrs/Days ______

☐ Leave ☐ Paid ☐ Unpaid Reason Code ______

☐ Vacation

## TERMINATION:

Date of Termination 6-28-05 Vacation Earned ______ Hours Worked ______

Last Day Worked 6-24-05 Vacation Accrued ______ Reason Code ______

## COMMENTS:

termination violation of company policy

| Approvals | Intermediate Approval | Final Management Approval | Human Resources Department |
|---|---|---|---|
| [signature] | Initial / Initial / Initial / Initial | | Rob Stewart |
| Originator Signature | | Signature | Signature |
| Dept Hd [illegible] 6-2?-05 | 05 | | [illegible] 7-8-05 |
| Title / Date | Date | Title / Date | Title / Date |

Distribution: White - Payroll, Canary - Employee File, Pink - Benefits Administration, Goldenrod

HHC0440

PER-9 (4-02)

©2001 HILTON HOSPITALITY, INC.

# EXHIBIT 6

# ROBIN STERRETT DECLARATION





Hilton Washington

CONFIDENTIAL

# TEAM MEMBER COUNSELING FORM

[redacted]
Team Member Name

Department/Position: [illegible] | [illegible] Date of Incident: 3-1-06

## PRIOR COUNSELING

| INCIDENT | ACTION TAKEN | DATE |
|---|---|---|
| | | |
| | | |
| | | |

## NATURE OF INCIDENT

The above mentioned team member has displayed the following misconduct and has been warned that this misconduct will be entered in his/her Personnel File.

- [ ] Leaving Work without Permission
- [✓] Violation of Hotel Policies & Procedures/Department Rules/Safety Rules
- [ ] Refusal to Carry Out Supervisor's Instructions
- [ ] Irregular Attendance (Specify number of absences within past 18 months ________)
- [ ] Frequent Tardiness
- [ ] Poor Service
- [ ] Performance Below Standards
- [ ] Discourtesy Towards a Guest
- [✓] Discourtesy Towards a Fellow Team Member (Mention other team member below) [redacted]
- [ ] Attitude [redacted]
- [ ] Other ________

Explanation (Be specific. Include dates, what policy was not followed, and state exactly where, when, what, etc.):

On March 1, 2006, [redacted] took old bread to the dumpster to discard. He threw some of the bread in the ground to feed the birds. When Mr. [illegible] approached him about the bread, they got into a verbal altercation. At one point, [redacted] grabbed the steel pole from the dumpster and swung [redacted] as if to hit him.

## ACTION TAKEN

[ ] Verbal [ ] Written [✓] Suspension (check all that apply): [ ] 1 day [ ] 3 day [ ] 5 day

Suspension Date: ________ Return to Work Date: ________ [✓] Pending Investigation

Plan for future to avoid similar problem:

________

**Any further violations of hotel policies and procedures will lead to further disciplinary action, up to and including termination.**

This matter was discussed with the above team member on (date): ________

## TEAM MEMBER COMMENTS

________

## SIGNATURES

| | | | |
|---|---|---|---|
| Team Member: | Refused to sign | Date: | |
| Supervisor: | [signature] | Date: | 03/01/06 |
| Witness (if applicable): | | Date: | |
| Human Resources: | [signature] | Date: | 3-1-[illegible] |

[illegible handwriting]

Distribution: White - Team Member • Canary - Team Member File • Pink - Department Head

HHC0441

# PERS NNEL AUTHORIZATION ORM

CONFIDENTIAL

Hotel/Company ______ ☐ Change ☐ Hire ☐ Term Current Date ______

## BASIC INFORMATION:

SSN ______ Employee Number ______ Dept. Stewards

Last Name [redacted] First Name [redacted] Birth Date ______

Address ______ Telephone ( ) ______ Citizenship ______

City ______ State ______ Zip ______ Sex ______ EEO ______ Languages ______

## STATUS:

HHC Hire Date ______

☐ New Hire ☐ Rehire ☐ Return From Leave ☐ Transfer Effective Date ______

## PAYROLL

Fed Expt ______ Fed Adj ______ State Expt ______ State Adj ______ Marital Status ______

Medical ______ Dental ______ Life ______ Thrift ______

## SALARY INFORMATION:

| | From | To | | |
|---|---|---|---|---|
| Salary | ______ | ______ | Salary Reason Code ______ | Effective Date ______ |
| Hourly | ______ | ______ | Perf. App. Rating ______ | Perf. App. Date ______ |
| Alt. | ______ | ______ | Meals ______ Tipped ______ | Next Review Date ______ |

## POSITION:

From Pos Code ______ Title ______ Grade ______ FLSA ______

To Pos Code ______ Title ______ Grade ______ FLSA ______

Effective Date ______ Reason Code ______

Union ______ Union Date ______ Shift ______ Type ______

## TRANSFER:

From Hotel ______ Dept ______ Acct Dept ______ Division ______

To Hotel ______ Dept ______ Acct Dept ______ Division ______

## ABSENCE:

From ______ To ______ Total Hrs/Days ______ ☐ Leave ☐ Paid ☐ Unpaid Reason Code ______

☐ Vacation

## TERMINATION:

Date of Termination 3-6-06 Vacation Earned ______ Hours Worked ______

Last Day Worked 3-1-06 Vacation Accrued ______ Reason Code ______

## COMMENTS:

Violation of hotel policy
altercation w/ team member

| Approvals | Intermediate Approval | Final Management Approval | Human Resources Department |
|---|---|---|---|
| [signature] Originator Signature | Initial / Initial / Initial / Initial | Signature | [signature] Signature |
| Exec. Steward 03/06/06 Title / Date | Date | Title / Date | Dir 3-6-06 Title / Date |

Distribution: White - Payroll, Canary - Employee File, Pink - Benefits Administration, Goldenrod - C

PER-9 (4-02)

©2005 HILTON HOSPITALITY, INC.

HHC0442