# KIN CHHAN DEPOSITION

# EXHIBIT 3

### TEAM MEMBER HANDBOOK

# Hilton  Washington

## Team Member Handbook




Exhibit

BROWN & GALLO

HHC-0185





## TABLE OF CONTENTS

INTRODUCTION ............................................................................................ 1

HILTON .................................................................................................. 2-7
    Our Heritage
    Our History

HOW WE WORK TOGETHER ........................................................... 8-12
    Equal Employment Opportunity
    Introductory Period
    First Name Policy
    Open Door Policy
    Drug and Alcohol Abuse Policy
    Harassment-Free Workplace Policy
    Verification of Legal Status

YOUR EMPLOYMENT ................................................................... 13-14
    At-Will Employment
    Personal Relationships in the Workplace
    Personnel Records
    Background Checks
    Performance Reviews
    Wage and Salary Review
    Trac-Tip Reporting
    Promotion from Within
    Requests for Transfer

TRAINING AND DEVELOPMENT ........................................................ 15
    New Team Member Orientation
    Departmental Orientation
    Department Meetings
    Brand Standards Training
    Guest Relations Training
    Responsible Beverage Service

HHC-0186

**BENEFITS OF BEING HILTON** .................................................................. 16-23
Team Member Travel Program
Paid Leave
Leaves of Absence
Group Insurance Plans
Health Insurance Coverage Continuation (COBRA)
401(k) Savings Plan
Stock Purchase Plan
Educational Assistance
Resignations/Retirement

**PROFESSIONALISM** .................................................................. 24-27
Grooming Standards
Smoking Policy

**SCHEDULES AND PAY INFORMATION** .................................................................. 28-29
Schedules
WorkLife Program
Time and Attendance
Timekeeping
Overtime Pay
Deductions From Wages
Receiving Your Pay

**SAFETY AND SECURITY** .................................................................. 30-35
What To Do In Case of Fire
What To Do In Case of Other Emergencies
Protect our Guests' Privacy
Safe Work Environment/Accident Prevention
Hazcom Compliance
Workers' Compensation Insurance
Light Duty
Return to Work Program
Lost and Found
Cash Banks
Driving Records
Keys, Key Cards and Key Control
Equipment
Energy Conservation

HHC-0187

**STANDARDS OF CONDUCT** ................................................................. **36-40**
Hilton Code of Conduct
Dealing in Company Securities
Press Relations
Team Member Entrance/Package Passes
Inspections
Team Members on Premises
Use of Public Areas
Telephone Calls, Mail and Visitors
Solicitation of Tips
Visitors/Children in the Work Area
No Solicitation/No Distribution Policy
Cooperation with Law Enforcement Agencies
Use of Hilton Computer Systems

**BEING OF SERVICE** ............................................................................. **41**
Person to Person Communications
Telephone Communications

**HOTEL TERMS** ................................................................................ **42-45**

**RECEIPT AND ACKNOWLEDGEMENT** ............................................ **46**

HHC-0188

# Introduction...

This Team Member Handbook is provided for the benefit of Hilton Hotels Corporation team members. The policies and procedures in this handbook are for informational purposes only and are subject to change with or without prior written or verbal notice according to the needs of Hilton Hotels Corporation and its team members.

The contents of this handbook DO NOT CONSTITUTE THE TERMS OF A CONTRACT OF EMPLOYMENT. Nothing in this handbook should be construed as a guarantee of continued employment, but rather, employment with Hilton Hotels Corporation is on an at-will-basis. This means that the employment relationship may be terminated at any time by either the team member or the Company for any reason with or without cause and with or without notice. No one in the organization, other than the Senior Vice President, Human Resources, has the authority or legal ability to modify the at-will nature of the employment relationship. Any verbal or written modification to the at-will policy, other than in a document signed by both the Senior Vice President, Human Resources, and the team member, is invalid.

The policies outlined are in effect for all team members of Hilton Hotels Corporation. Team members represented by labor unions will be governed by the policies set forth in their collective bargaining agreements to the extent such policies differ from the policies outlined in this handbook.

Your success in the performance of your job is very important to us. The more informed you are concerning benefits, policies, and standards of conduct, the easier it will be for you to become a part of the Hilton Washington team. Read this material carefully. Any questions you may have concerning the material presented in this Handbook should be directed to your supervisor and/or the Human Resources Department.

HHC-0189

# Our Heritage...

Conrad N. Hilton founded the Hilton Hotels system in 1919 and served as Chairman of the Board of Hilton Hotels Corporation until his death in 1979.

As a youth, Conrad Hilton would meet late-night trains stopping in his hometown of San Antonio, New Mexico, and escort travelers to his father's large adobe home where five rooms were set aside for guests who were usually traveling salesmen. The room rate was $1 a day and included meals.

Conrad Hilton was educated at St. Michael's College (Santa Fe), the New Mexico Military Institute, and the New Mexico School of Mines. Following a short stint in business with his father, he served a term in the New Mexico Legislature and served as a second lieutenant in World War I.

In 1919, Conrad Hilton traveled to Cisco, Texas, to buy a bank. At that time Cisco was in the midst of an oil boom. When the price of the bank was raised abruptly, he turned his attention to a local hotel, The Mobley, which was turning rooms as frequently as three times a day. Within twenty-four hours of his arrival in Cisco, Texas, Conrad Hilton purchased The Mobley, beginning his entry into the hotel business. The Mobley became the cornerstone of his hotel empire.



On the basis of his success with The Mobley, he bought other hotels in Texas. The first Hilton hotel was built in Dallas, Texas.

When the depression hit in 1929, over 80% of the nation's hotels fell into bankruptcy. Remarkably, Conrad Hilton managed to hold on to five of the eight hotels he owned.

As the nation recovered from the depression, so did Conrad Hilton. He established the Hilton name on the Pacific Coast in Long Beach and Los Angeles, California. Looking towards the Midwest, he bought Chicago's two most famous hotels, The Palmer House and The Stevens, which was renamed the Conrad Hilton and today operates as the Hilton Chicago and Towers. In 1949, he achieved a long-held ambition to own The Waldorf=Astoria in New York City. Five years later, the Hilton Company

...of Pride

HHC-0190

paid $111 million for the Statler hotel chain, the largest real estate transaction at the time.

In December 1949, the 300-room Caribe Hilton opened in San Juan, Puerto Rico. The Caribe Hilton was the first hotel for Hilton to operate outside the continental United States and the beginning of Hilton International. The Caribe was a success from the start, from a financial standpoint and as a model of how American hotel methods worked outside the United States.

Today Hilton Hotels Corporation is one of the largest hotel companies in the world and is internationally recognized as a preeminent hospitality and lodging company.

3

**...of Pride**

# Our History...

*The following milestones represent key events in Hilton's history:*

**1919**  Conrad Hilton purchases his first hotel, **The Mobley**, in Cisco, Texas.

**1925** Conrad Hilton builds the first hotel to carry the "Hilton" name - **The Hilton**, in Dallas, Texas.

**1943** Hilton becomes first coast-to-coast hotel chain with the purchase of two key hotels, **The Roosevelt** and **The Plaza**, in New York City.

**1945** Hilton becomes a major national force in the hospitality industry with the purchase of **The Palmer House** and **The Stevens** (now the Hilton Chicago and Towers). At the time, **The Stevens** was the largest hotel in the world.

**1946** Hilton Hotels Corporation is formed and listed on the New York Stock Exchange with Conrad Hilton as president.

**1949** Conrad Hilton buys "the greatest of them all," **The Waldorf=Astoria®** in New York City.



4

**...of Pride**

HHC-0192

The **Caribe Hilton** in Puerto Rico is the first Hilton to open outside the continental U.S., marking the beginning of Hilton International Company.

**1953**    The first Hilton in Europe, the **Castellana Hilton** in Madrid, Spain, opens.

**1954**    Hilton consummates the largest real estate transaction in history with the purchase of The Statler Hotel Company for $111 million.

**1959**    Hilton pioneered the concept of airport hotels with the opening of the **San Francisco Airport Hilton.**

**1964**    Hilton International spins off as a separate corporation with Conrad Hilton as President.

**1965**    Hilton begins franchising hotels in the U.S.

**1966**    Barron Hilton is elected President of
Hilton Hotels Corporation.



**1967**    Hilton International is acquired by TWA.

**1970**    Hilton becomes the first NYSE-listed company to enter the domestic gaming market with the purchase of **The International** (now the Hilton Las Vegas), and **The Flamingo** (now the Hilton Flamingo), in Las Vegas.

**1973**    **Hiltron,** the most sophisticated computerized hotel reservation system in the industry, goes on-line.

**1979**    Conrad N. Hilton dies at the age of 91.  Barron Hilton becomes Chairman of the Board.

5                    **...of Pride**

HHC-0193

**1985**



The first Conrad International Hotel, **Conrad Jupiters, Gold Coast**, opens in Queensland, Australia.

**1987**

**Hilton HHonors®**, the company's frequent guest reward program, is introduced.

**1991**

Hilton establishes **Hilton Grand Vacations Company**, a nationwide system of vacation ownership resorts.

**1994**

Hilton celebrates 75 years of innovation, marking the Diamond Anniversary of company founder Conrad N. Hilton's first hotel purchase of **The Mobley**.

**1995**

Hilton flies into cyberspace by launching its internal site at **http://www.hilton.com**. Computer users worldwide may now make direct reservations and find out about company programs, special offers and other information 24 hours a day.

**1996**



Stephen F. Bollenbach is named President and Chief Executive Officer of Hilton Hotels Corporation. This represents the first time in Hilton's history that someone whose last name is not "Hilton" holds the CEO position.

Hilton 2000 global expansion plan is announced. The plan includes the development of 200 Hilton Garden Inn® hotels by year-end 2000.

6

**...of Pride**

HHC-0194

# BALLY'S.

Hilton becomes the world's largest casino gaming company with the acquisition of Bally Entertainment Corporation.

Hilton and British company Ladbroke Group PLC (current owner of the Hilton name outside the United States) form a strategic alliance that reunites the famous Hilton brand worldwide for the first time in 32 years.

Hilton Hotels Corporation celebrates its fiftieth anniversary as a listed company on the New York Stock Exchange.

1998    Hilton introduces a new worldwide logo.



**Hilton**

1998    Hilton spins off its gaming operations into a separate, publicly held company called Park Place Entertainment.

1999    Hilton acquires Promus Hotel Corporation, expanding its portfolio to nearly 1,700 hotels in the United States. The Hilton family of brands now includes Doubletree, Doubletree Club, Harrison Conference Centers, Collegiate Collection, Embassy Suites, Hampton Inn, Hampton Inn & Suites, Homewood Suites, and Red Lion Hotels & Inns

Hilton is an ever-changing and evolving organization challenged to exceed the expectations of our guests. Providing a variety of hotel choices along with providing exceptional service will keep the "Hilton" name synonymous with "hotel."

  

  

# Hilton ⊞ Washington

# History and Architecture

## History

The site on which the Hilton Washington is built had historical significance even before the city was planned. A huge oak tree on the site, which finally succumbed to old age and disease in the early 1950's was designated as an Indian "Treaty Tree" by the Chief of the Anacostia tribe and there were many legends about it.

A large mansion was built on the land by Colonel Michael Nourse in the early 1800's. Throughout the century is was owned by several Washingtonians, most of whom enlarged it until it became an estate. It was owned briefly in 1922 by the Women's National Foundation, Inc., and was sold in July of that year to the National Masonic Lodge. As a Masonic Temple, it was well known to local residents until the property was sold in 1945 and cleared for development.

Twenty years later, on April 15, 1965, the Hilton Washington opened for business. Today it has become a focal point for gatherings of foreign dignitaries, heads of state, and business community leaders from around the world.

## Architecture

Curved at every point, the hotel is shaped into two semi-circles which fan out from one tangent. From the air it looks like a seagull in flight. With its unique shape and dramatic garden setting spread over seven acres, the concrete and glass structure has the look of a vacation resort on a hill overlooking the Nation's Capital.

**...with Hilton Pride**

HHC-0196

# Hilton ⊕ Washington

## FACTS

**Address:**
1919 Connecticut Ave. NW
Washington, DC 20009

**Phone:**
(202) 483-3000

**Guest Fax:**
(202) 232-0438

**Transportation:**
The Hilton Washington is located four blocks from the Dupont Circle Metro Station on the Red Line. Union Station (for Amtrak) is 10 minutes away by cab. Reagan National Airport is a 25 minute cab ride. Dulles International Airport is a 50 minute cab ride. Shuttle service can be arranged to Baltimore-Washington International Airport, which is one hour and fifteen minutes away. For guests arriving by car, Doggett's
Parking is a two level, indoor garage, self-park only.

**Hotel Layout:**
Ten floors with 1119 guest rooms, including suites and Towers guest rooms.
Non-Smoking: 2,3,4,5,6,8,short side 9 & 10, plus O111-O137 (768 rooms, total)
Smoking: C,1,7, long side 9, plus O103-O110, O138-O174 (351 rooms total)

**Towers:**
The 10th floor is considered "The Towers". These rooms offer our guests extra amenities and upgraded accommodations. Special services include private check in and check out on the 10th floor, concierge service, complimentary breakfast and evening hors d'oeuvres, and a private lounge on the 10th floor that overlooks the city.

**Meeting Space:**
Approximately 109,000 square feet of meeting space, including:
☺International Ballroom (East/Center/West);
☺Crystal Ballrooms: Jefferson, Lincoln, Monroe
☺Meeting Rooms: Cabinet, Military, Hemisphere, Thoroughbred, Georgetown, State, Caucus, Map, and Conservatory
☺Park Suite Function Rooms: Adams, Bancroft, Chevy Chase, Dupont, Edison, Farragut, Grant, Hamilton, Independence, Jackson, Kalorama
☺Exhibit Hall

**...with Hilton Pride**

HHC-0197



# Hilton Washington

# Hotel Services

**Business Center:** The Summit Business Center is located on the Terrace level and is open weekdays from 8am to 5pm. It offers services such as fax, copying, word processing, quick signs and a Notary Public.

**Fitness Club:** Sport and Health Fitness Club is located on the Terrace level and is open from 6a-10p M-F and from 7a-10p SA-SU. Our year round fitness club facilities include a cardiovascular center with treadmills and rowers, computerized stationery bikes, stair machines, steam rooms and showers, free weights and resistance equipment, and a pro shop. The facilities also include an outdoor pool and tennis courts (open from the end of April through the end of October.)

**Laundry/Valet:** Laundry bags and slips are provided for guests in the guest room closets. Laundry/Valet operates Monday through Saturday. Items must be ready for pick up by 9am, and are delivered back to guest rooms after 5pm.

**Mail Desk:** The mail desk is the last station at the Front Desk. All guest mail and small packages are stored here. Also, guests may retrieve incoming faxes here during the hours the Business Center is closed. At the other end of the desk there is a concierge who can assist guests with reservations and directions.

**Other Services:** NLH Jewelry-Fine jewelry, located on the Lobby Level.

WH Smith Gift Shop-Open 7a-11p, Lobby Level.

Shoe Shine-Located on the Terrace Level

Grayline Transportation-Located on the Terrace Level, for tours and transportation requests.

Presentation Services-Located on the Terrace Level for all audio visual needs.

10

## ...with Hilton Pride

HHC-0198

# Hilton ⊞ Washington

## Restaurants and Bars

**Capital Café:** Offers an upbeat dining experience for breakfast, lunch and dinner. Features an international buffet for every meal. Located on the Lobby Level. Open daily from 6:30a-11:30p.

**1919 Grill:** A celebration of the great foods and wines of America. Open for dinner based on hotel occupancy, this is our upscale restaurant. Certified Angus Beef, regional favorites and great desserts. Located on the Lobby Level.

**Capital Court:** An elegant lobby lounge that features a grand piano and an excellent selection of cocktails, specialty coffees and tasty snacks. Open daily from 11a-1a.

**McClellan's:** A relaxed lounge offering an extensive microbrewed beer menu. Guests can view one of our four televisions. Open as needed. Located on the Lobby Level.

**Concourse Express:** A fast food outlet on the Concourse Level. Offers coffee creations, featuring world famous Starbucks Coffee, full breakfast items and fresh carved sandwiches at lunch. Open for breakfast and lunch as needed to accommodate large groups in the hotel.

**Gazebo:** Located on the gardens by the pool outside the Terrace Level, and is open for drinks, snacks, salads and sandwiches in season, weather permitting.

**Room Service:** Acts as a restaurant "on wheels" serving hotel guests breakfast, lunch, dinner or snacks in the privacy of their rooms. Available from 6a-12mid.

11

**...with Hilton Pride**

# Hilton ⊞ Washington

# Departments

To help you become familiar with the various areas of our hotel, the following is a list of our departments and their responsibilities.

**Banquets:** Services catered functions such as meetings, banquets and conventions.

**Beverage:** Controls inventory and furnishes all supplies of liquor to all beverage outlets and banquet functions.

**Cashiers (F&B):** Receives and accounts for all cash and room charge transactions for guests in restaurants and other outlets.

**Catering:** Responsible for soliciting, planning, and servicing all food and beverage functions held in meeting rooms.

**Chefs:** Responsible for entire food service operation throughout the hotel.

**Communications/ Hotline:** 24 hour service for all incoming and outgoing telephone traffic in the hotel. Guests and team members can dial Extension 63 for hotel assistance ranging from engineering problems to housekeeping needs.

**Executive Office:** The General Manager and Resident Manager direct the staff of the hotel, formulate policy, and ensure that the Hilton Washington standards and regulations are met.

**Finance:** Provides overall control of receipts and payments of all monies; maintains, audits and reports all data pertaining to the financial aspects of the hotel.

**Front Office:** Responsible for checking in/out all guests of the hotel. Handles guest mail, messages and settlement of guest room charges.

**Front Service:** Provides the first welcome to our guests at the door. Assists guests checking into and out of the hotel; stores luggage, provides general information, room changes and deliveries. Also demonstrates and explains room operations.

**Hilton Hut:** Serves meals to Hilton Washington team members.

**Housekeeping:** Provides a clean and pleasant environment to ensure guest comfort and satisfaction. Cleans and maintains rooms, hallways, lobby, restrooms, public facilities and the heart of house areas.

**...with Hilton Pride**

HHC-0200

**Human Resources:**   Responsible for employment, training, benefits administration and file maintenance. Also provides coaching to team members and coordinates team member activities.

**Meetings and Conv:**   Ensures the success of all meetings and set-ups by serving groups and handling special requirements for meetings and conventions.

**Mtgs and Exhibits:**   Coordinates and completes the "set-up" and "break down" of all meeting, exhibit and banquet room requirements.

**Outlets:**   Restaurants that serve both hotel guests and local area customers. The Hilton Washington outlets include the Capital Café, 1919 Grill, Capital Court, McClellan's, Gazebo, Concourse Express and Room Service.

**Purchasing:**   Responsible for the purchasing and distribution of food, beverages and supplies to all hotel departments. Also maintains the storerooms.

**Property Ops:**   Ensures safe and efficient operation and maintenance of the exterior and interior building complex and all machinery and systems.

**Sales:**   Sells the hotel to potential groups by booking meetings and conventions. Arranges sleeping rooms, meeting rooms, meeting and banquet facilities and establishes rates.

**Security:**   Responsible for the safety and security of guests, visitors and staff while on hotel property. Security responds to and reports all emergencies, accidents, losses and lost and found incidents. They work with other departments on security and safety prevention.

**Stewarding:**   Maintains the cleanliness of all dishware, glassware, silverware, serving pieces, and cookware as well as the food preparation areas and the food and beverage service outlets.

**Towers:**   Provides personalized service to our VIP guests.

*Every department is essential to the success of the Hilton Washington. Even if you do not serve the guest directly, you will be helping someone who is!*

**...with Hilton Pride**

HHC-0201

# How We Work Together...

## EQUAL EMPLOYMENT OPPORTUNITY

It is the policy of Hilton Hotels Corporation and its subsidiaries to employ qualified persons of the greatest ability without discrimination against any applicant for employment or team member because of sex, color, race, ancestry, religion, national origin, age, disability, medical condition, marital status, veteran status, citizenship status, sexual orientation, or any other protected group status as defined by law.

To implement this policy, Hilton Hotels Corporation will take affirmative action to ensure its equal employment opportunity policy is enforced including that:

1. We will recruit, hire, train, and promote qualified persons in all job titles, without regard to protected group status;
2. We will base decisions on employment so as to further the principle of equal employment opportunity;
3. We will insure that promotion decisions are in accord with principles of equal employment opportunity by imposing only valid requirements for promotional opportunities;
4. We will insure that all personnel actions such as compensation, benefits, transfer, layoffs, return from layoff, company-sponsored training, education, tuition assistance, social and recreational programs, will be administered without regard to protected group status.

Overall responsibility for the implementation of this policy is delegated to the Director of Human Resources, who is hereby designated as the EEO Compliance Officer.

You should immediately notify the Director of Human Resources, your supervisor, or any department head of any conduct you witness or experience which you believe constitutes employment discrimination based upon protected group status in violation of our equal employment opportunity policy. The company forbids retaliation against anyone for reporting discrimination, registering a complaint regarding discrimination, or participating in an investigation concerning discrimination. Anyone who experiences or witnesses retaliatory conduct should report it immediately to the individuals named above.

14

## ...with Hilton Pride

HHC-0202

# How We Work Together...

## VERIFICATION OF LEGAL STATUS

In accordance with federal law, each prospective team member as a condition of employment is required to provide documents verifying his or her identity and legal authorization to be employed in the United States. In addition, the prospective team member is required to sign documents attesting that he or she has the legal right to work in the United States. Providing false documentation or making false statements on the certification document shall be grounds for immediate discharge.

Hilton Hotels Corporation shall retain copies of the documents submitted by the team member. To the extent practical and appropriate these documents will be kept confidential. The company, however, is obligated to provide copies of the documents to the United States Department of Labor and to the Immigration and Naturalization Service, upon request.

## INTRODUCTORY PERIOD

All new team members are employed by Hilton Hotels Corporation on an introductory basis. This is the time when we help you get started in your new job. It also allows new team members and their supervisors to determine how well they perform in a particular job, whether the job for which they are hired is suitable to their skills, personality and career goals. Our introductory period is 90 days for team members in non-union positions. If you are in a union position, your introductory period will depend on your collective bargaining agreement.

The introductory period is the time when we help you become accustomed to your new job. It also allows new team members and their supervisors to determine how well they perform in a particular job, whether the job for which they were hired is suitable to their skills, personality and career goals. If you have questions or concerns, you are urged to discuss these with your supervisor and to find a satisfactory solution.

During your introductory period, as well as during the entire course of your employment, you may be terminated with or without cause and with or without notice. Upon successful completion of this introductory period, you will attain "regular" status. This should not be interpreted to mean that you have a permanent job. As any employer, Hilton Hotels Corporation retains the right to terminate regular team members not subject to a collective bargaining agreement with or without cause and with or without notice.

15

**...with Hilton Pride**

# How We Work Together...

## FIRST NAME POLICY

It is the practice at Hilton for all team members to address each other on a first name basis. Corporate officers, general managers, department directors and managers, supervisors and all other team members are to be known to everyone by their first name.

## OPEN DOOR POLICY

Hilton Hotels Corporation is proudly committed to maintaining an open door policy. Any discrimination or recrimination against a team member for presenting an issue, problem or complaint is prohibited. If you have a problem or complaint, let us know. We want you to be happy in your job and feel comfortable raising questions. It is our policy to provide an effective means for all team members to bring their concerns to the attention of people who want to help.

The following steps constitute the problem solving procedure:

1. First, talk to your immediate supervisor about work-related problems in an open and frank manner.

2. Second, if you feel the problem is not resolved with your supervisor, you may ask to see your department head. Your department head will try to solve the problem in a fair and equitable manner.

3. Third, if you still feel an acceptable solution has not been reached or if you do not feel comfortable discussing the problem with your supervisor or department head, you may arrange for an appointment with the Director of Human Resources.

4. Fourth, if after thorough discussion of the matter the problem has not been resolved to your satisfaction, the problem may be referred to the General Manager who, at his/her discretion, may review the problem and offer a final decision.

If you are covered by a collective bargaining agreement, the grievance procedure described in that agreement indicates what steps to follow if you are unable to resolve the matter.

**...with Hilton Pride**

HHC-0204

# How We Work Together...

If at any time you feel uncomfortable with this process, as it is outlined here, please contact the Director of Human Resources to assist you before taking any further action.

The Hilton Washington does not tolerate any form of retaliation against team members availing themselves of this procedure. The procedure should not be construed, however, as preventing, limiting, or delaying the hotel from taking disciplinary action up to and including termination in circumstances where the hotel deems disciplinary action appropriate.

## DRUG AND ALCOHOL ABUSE POLICY

Hilton Hotels Corporation has a responsibility to protect its guests, its team members and its reputation as a leader in the lodging industry. The possession, use, or unlawful sale of alcohol or drugs by team members on company premises will not be tolerated. Violation of this policy may result in disciplinary action, up to and including termination of employment.

Hilton Hotels Corporation has established a comprehensive Drug and Alcohol Abuse Policy that establishes guidelines for team members regarding drug and alcohol use and provides for substance abuse testing of Hilton applicants for employment and in certain situations, substance abuse testing of team members.

As a condition of employment, all team members must comply with the Drug and Alcohol Abuse Policy. The policy is summarized below. A complete copy of the policy is kept in the Human Resources office for your review.

**Voluntary Treatment:**  We encourage all team members who need assistance in dealing with alcohol or drug dependency problems to seek counseling. Team members who voluntarily come forward, prior to any incident, to request treatment or leaves of absence for treatment will not be subject to discipline.

**Non-Discrimination Policy:** In accordance with the requirements of ADA, Hilton does not discriminate against qualified individuals with a disability who are not currently engaged in illegal drug use. This statement includes individuals who have successfully completed or who are currently participating in a supervised rehabilitation program.

17

**...with Hilton Pride**

# How We Work Together...

**Prohibitions:** Team members are strictly prohibited from:

1. Possessing, using, buying, selling, transferring, dispensing, manufacturing, transporting or being under the influence of drugs while on company time (including paid lunch and rest periods).

2. Possessing, consuming, buying, selling, transferring, dispensing, transporting or being under the influence of alcoholic beverages while on company time.

3. Using drugs or alcohol on their own time in a way that causes them to report for work or otherwise be on company time while under the influence of drugs or alcohol.

4. Switching, tampering with or adulterating any urine sample collected under this policy, or attempting to do so.

**Definition:** "Drugs refers to any and all controlled substances except those taken under the supervision of a licensed health care professional. The term can include but is not limited to: opiates, marijuana, PCP, amphetamines and/or cocaine."

**Procedures for Selection:**
1. Pre-Employment
2. Transfers

**Revisions:** This policy may be revised from time to time at the hotel's discretion.

## HARASSMENT-FREE WORKPLACE POLICY

To fulfill Hilton's Corporate Mission, we treat people as our most important asset and expect Hilton team members to observe the highest standards of conduct. In keeping with those values, Hilton has long been committed to maintaining a work environment that is free of discrimination, including harassment, on the basis of a legally protected status. Accordingly, Hilton will not tolerate any form of harassment against any Hilton team member by anyone, including other Hilton team members, vendors, or guests. All Hilton team members are expected to avoid any behavior or conduct that could be interpreted as harassment. All Hilton team members are also expected to make it known promptly, through the avenues identified below, whenever they experience or witness offensive behavior or conduct.

18

**...with Hilton Pride**

HHC-0206

# How We Work Together...

The conduct prohibited by this policy includes all unwelcome conduct, whether verbal, physical, or visual, that is based upon a person's protected status, such as sex, color, race, ancestry, religion, national origin, age, disability, medical condition, marital status, veteran status, citizenship status, sexual orientation, or other protected group status or upon the protected status of the person's relatives, friends, or associates.

The conduct forbidden by this policy specifically includes, but is not limited to: (a) epithets, slurs, negative stereo-typing, or intimidating acts that are based on a person's protected status; and (b) written or graphic material circulated within or posted within the workplace that shows hostility toward a person because of his or her protected status.

Sexual harassment is a problem that deserves special mention. Unwelcome sexual advances, requests for sexual favors and other verbal, physical or visual conduct based on sex constitute harassment when (1) submission to the conduct is made as a condition of employment, (2) submission to or rejection of the conduct is used as a basis for an employment decision, or (3) the conduct creates an intimidating, hostile or offensive working environment.

Sexual harassment includes conduct based on sex, whether directed towards a person of the opposite or same sex. Sexual harassment is not limited to explicit demands for sexual favors. It also may include such actions as (1) sex-oriented verbal kidding, teasing or jokes; (2) repeated sexual flirtations, advances or propositions; (3) continued or repeated verbal abuse of a sexual nature; (4) graphic or degrading comments about an individual or his or her appearance; (5) the display of sexually suggestive objects or pictures; (6) subtle pressure for sexual activity; and (7) physical contact such as patting, hugging, pinching, or brushing against another person's body.

If you experience or witness any conduct that you feel may be inconsistent with this policy, Hilton encourages and expects you to notify the Director of Human Resources, your supervisor, or your department head. Please take every step you can to make sure that your concern is known to management. All reports that you make will be fully investigated and the Company will preserve confidentiality to the extent the needs of the investigation permit. If a complaint is found to have merit, the Company will take whatever corrective action may be warranted,

19

**...with Hilton Pride**

# How We Work Together...

including disciplinary action, up to and including dismissal of the offender from employment. In investigating complaints of harassment under this policy, Hilton may impose discipline for inappropriate conduct that comes to Hilton's attention, without regard to whether the conduct constitutes a violation of law or even a violation of this policy.

Any employee who reports harassment, assists in making a complaint of harassment, or cooperates in the investigation of a complaint will be protected from retaliatory action. If you feel you have been retaliated against, you are to notify the Director of Human Resources, your supervisor or your department head.

If you have any questions concerning this policy, please contact Human Resources.

## ABSENTEEISM AND TARDINESS POLICY
### GENERAL

A good attendance record always works to your advantage and ours. In fact, the success of the hotel depends on your being here. When you are absent or tardy it puts a strain on smooth-running operations and it also increases the work load of your fellow team members.

The hotel recognizes that occasionally circumstances may cause you to be absent or late for work. However, since both interfere with the hotel's responsibilities towards its customers, absenteeism or tardiness as a pattern rather than an exception is unacceptable. Excessive tardiness or absenteeism may result in disciplinary action up to and including separation or your employment.

### ABSENTEEISM

You are considered absent if you fail to report to work for a scheduled shift for any reason with your supervisor's prior approval. Time off for personal business and medical appointments must be pre-arranged and approved. Prior approval can be granted at management's discretion, depending on business needs, conditions and any other factors involved at the time of the request. Team members absent for three days or more may be required to submit a doctor's statement to their department head upon returning.

20

**...with Hilton Pride**

# How We Work Together...

## TARDINESS

You are considered tardy when reporting to your work area later than your scheduled time.

## CALL-INS FOR ABSENCE OR TARDINESS

If you are unable to work or will be late, you are required to call your department manager, or person designated, **at least two hours** prior to your scheduled work time. If neither is available, call the Security Dispatcher on duty. Do not leave a message with the hotel operator or another team member-they cannot make scheduling decisions in your department. Except in cases of serious illness or injury, you must call the manager yourself. Phone calls from family members, friends, or acquaintances are not acceptable. All team members are expected to report to work on time and according the established schedule. You should be in your work area, in uniform, ready to begin work at your scheduled time.

## NO CALL-NO SHOW

When you do not call or show for your scheduled work shift, you cause an undue burden on your team members and the hotel. Because this is a double infraction, justifiable only in cases involving catastrophes or extreme emergencies, it is considered a very serious offense. Failure to report to work and notify the hotel of absence five consecutive work days will be considered a voluntary resignation resulting in termination of employment.

21

**...with Hilton Pride**

HHC-0208.01

# Your Employment...

## AT-WILL EMPLOYMENT

All Hilton team members are employed on an "at will" basis, which means that either Hilton Hotels Corporation or the team member may terminate the employment relationship at any time, for any reason, with or without cause. This at-will relationship may not be modified except in a document signed by the Senior Vice President, Human Resources, and the team member.

## PERSONAL RELATIONSHIPS IN THE WORKPLACE

To avoid actual or apparent favoritism, conflict of interest and harassment issues, Hilton prohibits certain personal or social relationships between team members. Specifically, a team member who is related to or engaged in a romantic relationship with another team member may not be employed in a direct reporting relationship with that team member; or in a position where one team member may influence the employment, compensation, or working conditions of the other; or in a position where confidentiality is of critical importance. There may also be other circumstances where team members in the same department or chain of command who are close friends create a conflict, favoritism, or harassment issue.

If the Company determines that an inappropriate working relationship exists between team members as described in this policy, arrangements must be made within 30 days for one of them to transfer to another position or resign. If the team members do not make such arrangements within 30 days, the company has the right to transfer or discharge one or both of the team members.

## HIRING RELATIVES

The employment of relatives is permitted at the Hilton Washington, however, not within the same department. Selection will be based on job-related requirements and qualifications. No supervisor may directly supervise a relative. In addition, the Hotel may decide that for business reasons, supervision, security, or morale, it will not place relatives in the same Hotel, if the work involves potential conflicts of interest. Relatives are those related by marriage, blood, or adoption, such as spouses, children, siblings, cousins, parents, or in-laws.

**...with Hilton Pride**

HHC-0209

# Your Employment...

## PERSONNEL RECORDS

It is important that we maintain certain information in a permanent file for the duration of your employment. This is not only advantageous to your career development, but the law requires certain information to be maintained in protection of your rights as a team member. Please promptly notify your supervisor and the Human Resources Department of any change in name, address, telephone number, marital status, or number of dependents. It is also important to notify Human Resources immediately to change the beneficiaries or dependents listed on your insurance, or when you've had a change in tax status. Failure to do so may result in loss of company benefits and/or employment. Team members may review most information in their personnel files with the exception of pre-employment interview evaluations and ratings. Such reviews must be requested in writing to the Human Resources Department at least 24 hours in advance.

## BACKGROUND CHECKS

In accordance with Hilton policy, pre-employment, pre-transfer and periodic investigations of team members and candidates for certain identified positions are required.

## DISCLOSURE OF TEAM MEMBER INFORMATION

Often Managers or Supervisors are contacted concerning information about current or former team members. Any request for information about team members must be referred to the Human Resources department for handling.

## WAGE AND SALARY REVIEW

Survey of local wages, salaries, and benefits will be conducted periodically in order to ensure that the Hilton offers competitive ranges of total compensation for similar work within the area.

## LAYOFF POLICY

There may be times when business circumstances force the hotel to reduce staffing levels. Union team members will be laid off in accordance with their union contract and nonunion team members at the discretion of the Hilton Washington.

## ...with Hilton Pride

HHC-0210

# Your Employment...

## PROMOTION FROM WITHIN

It is the practice of Hilton to promote team members who are qualified for more responsible positions. We also provide an opportunity for team members to make known their desire for promotion.

Promotions to higher paying jobs, more desirable jobs with equal pay, and the filling of available jobs are based on performance, qualifications and ability. Where performance, qualifications and ability are equal, team members with the longest continuous service will receive preference. Other considerations for promotion are attendance, cooperation and the capacity for responsibility.

## REQUESTS FOR TRANSFER

Hourly team members with six months of service in their position and management team members with one year of service in their position can apply for open positions throughout the company.   Current job openings for both the Hilton Washington and Hilton Hotels Corporation are posted on the bulletin board located outside Human Resources.

### HILTON WASHINGTON INTERNAL TRANSFERS/PROMOTIONS

The Hotel uses various criteria for selecting non-management team members for advancement or transfers. These include:

☺ Time in current position (must be at least six months)
☺ Performance in current job (must be satisfactory or better)
☺ Qualifications for posted position
☺ Attendance and safety record in accordance with hotel standards
☺ No written warnings or suspensions in file for past 6 months

If you are interested and you feel you are qualified for a position, let your supervisor know of your interest and come to Human Resources to pick up a transfer request form. After you have completed the form (which is good only for the current posted position), give it to your manager. Your manager will then submit it to Human Resources.

24

**...with Hilton Pride**

# Your Employment...

### HILTON HOTELS CORPORATION JOB POSTING PROGRAM

Hilton Hotels Corporation posts all available management positions via e-mail through Human Resources. All job postings are posted on Tuesdays and Fridays outside of the Human Resources office. If you are interested in applying for an open position, you must meet the following criteria:

- ☺ Time in current position (must be at least one year)
- ☺ Performance level of "meets requirements" and above
- ☺ Qualified for posted position

If you are interested and meet the above criteria, let your supervisor know of your interest and come to Human Resources to fill out a PATH form.

## LEAVING OUR TEAM

If you decide to resign from your position, you should notify your manager in writing. Upon your leaving, keys, I.D. badge, name tag, uniforms, and any other Hotel property must be returned to the Human Resources department or designated area. A confidential exit interview will be held with a member of the Human Resources department.

**...with Hilton Pride**

HHC-0212

# Training and Development...

Hilton believes that training and education are vital to the success of all team members. We provide a number of opportunities to develop on-the-job skills and increase your effectiveness as a team member. Some of our programs include:

## NEW TEAM MEMBER ORIENTATION

New Team Member Orientation is a process which introduces a new team member to the goals and expectations of the company. This program identifies the importance of the team member's contributions to the success of the organization, and engages the team member in his/her new work environment. Orientation is mandatory for all new and transferred team members, including part-time, seasonal, casual and temporary team members.

## DEPARTMENTAL ORIENTATION

The new team member orientation and departmental orientation are designed to provide the information to help you learn about Hilton and your work area. Please do not hesitate to ask questions. The more you know and understand the better prepared you will be to become fully productive.

## DEPARTMENTAL MEETINGS

On occasion Hilton will sponsor departmental meetings that provide team members with an opportunity to participate in the exchange of ideas and solutions to enhance a department's results, contribution, morale or overall effectiveness.

## BRAND STANDARDS TRAINING

All new team members will be trained on the brand standards for their hotel. This program is basic introductory training for all new team members.

## GUEST RELATIONS TRAINING

This program provides team members with skills and techniques that will enhance the service provided to our guests. Subjects include identifying guest expectations, dealing with critical situations, creating positive strategies for guest satisfaction, and much more. Team members will learn how to use their own discretion to handle guest relations issues.

## RESPONSIBLE BEVERAGE SERVICE

All food and beverage service team members are trained in responsible beverage service. This is a mandatory class for all identified positions.

26

**...with Hilton Pride**

# Benefits of Being Hilton...

## TEAM MEMBER TRAVEL PROGRAM

Upon employment with Hilton Hotels Corporation, you are eligible to experience our hotels' world class service at discounted rates as provided in our Team Member Travel Program. In addition, complimentary rooms are available to team members at owned and managed Hilton brand properties.

You may use the discount for up to seven consecutive nights per stay. Reservations are subject to availability and rooms may not be available during special events or sellout periods. All reservations are to be made by calling the Team Member Travel Program toll-free number and obtaining an authorized Travel Passport from Human Resources. Further details are available from Human Resources.

When using the team member discount to stay at one of our properties, team members must act in a professional and considerate manner. Abuses of this policy, hotel personnel or hotel facilities may result in disciplinary action up to and including termination.

## PAID LEAVE

Time off with pay is available to eligible team members to provide opportunities for rest, relaxation, and personal pursuits. The paid leave benefit may include vacation, holidays, and personal or sick time  Benefits accrue based upon the number of hours worked. The hotel will publish a paid leave schedule to all team members.

Team members must submit requests for paid leave to their supervisors and Human Resources in advance. Team members who do not receive prior written authorization will not be compensated for their time off. Requests will be evaluated based upon various factors, including business needs and staffing considerations during the proposed period of absence.

We encourage you to take full advantage of your paid leave benefits earned each year. Upon termination of employment, eligible team members will be paid for applicable paid leave benefits earned through the last day of employment.

27

**...with Hilton Pride**

HHC-0214

# Benefits of Being Hilton...

## SICK LEAVE

It is every team member's responsibility to be at work when scheduled, not only because absenteeism affects overall guest service, but because it inconveniences other team members when you are not here. However, the hotel does recognize that occasionally there are circumstances that may cause you to be absent from work. **Please refer to the following schedule to determine the number of days of paid sick leave for which you are eligible.**

If you are absent for three work days or more, prior to returning to work you may be required to provide a doctor's release certifying you may resume regular duties.

## VACATION AND SICK LEAVE SCHEDULE

### NONUNION

| Length of Service | Vacation |
|---|---|
| After 1 year completed | 2 weeks |
| After 5 years completed | 3 weeks |
| After 10 years completed | 4 weeks |

### Paid Sick Leave

Team members are eligible for sick days after 90 days of employment. At this point, you are eligible for a pro-rated number of days until the end of the calendar year* at the rate of 1/2 day per month of employment. Beginning the next calendar year, six sick days are available to be used anytime throughout the calendar year.

*The date on the paycheck determines the calendar year. Sick days taken in the last pay period in December will appear in the January paycheck and will be charged toward the next year.*

### HOTEL EMPLOYEES, RESTAURANT EMPLOYEES UNION LOCAL 25

| Length of Service | Vacation |
|---|---|
| After 1 year completed | 1 week |
| After 2 years completed | 2 weeks |
| After 8 years completed | 3 weeks |
| After 12 years completed | 4 weeks |

28

**...with Hilton Pride**

HHC-0215

# Benefits of Being Hilton...

Paid Sick Leave

Team members accumulate sick leave at the rate of 1/2 day for each month of active employment-six days per year. Accrual starts after six months of employment and is retroactive to date of hire.

## INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 99

| Length of Service | Vacation |
| --- | --- |
| After 1 year completed | 1 week |
| After 2 years completed | 2 weeks |
| After 8 years completed | 3 weeks |
| After 12 years completed | 4 weeks |

Paid Sick Leave

Team members accumulate sick leave at the rate of 1/2 day for each month of active employment-six days per year. Accrual starts after 90 days of employment and is retroactive to date of hire.

## INTERNATIONAL BROTHERHOOD OF PAINTERS LOCAL 51

| Length of Service | Vacation |
| --- | --- |
| After 1 year completed | 1 week |
| After 2 years completed | 2 weeks |
| After 10 years completed | 3 weeks |
| After 12 years completed | 4 weeks |

Paid Sick Leave

Team members are eligible for three days per year to be accumulated at the rate of 1/4 of a day per month. Accrual starts after 90 days of employment and is retroactive to the date of hire.

## INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 26

| Length of Service | Vacation |
| --- | --- |
| After 1 year completed | 1 week |
| After 2 years completed | 2 weeks |
| After 5 years completed | 3 weeks |
| After 10 years completed | 4 weeks |

...with Hilton Pride

HHC-0216

# Benefits of Being Hilton...

Paid Sick Leave

Team members accumulate sick leave at the rate of 1/2 day for each month of active employment-six days per year. Accrual starts after 90 days of employment and is retroactive to date of hire.

### UNITED BROTHERHOOD OF CARPENTERS

| Length of Service | Vacation |
|---|---|
| After 1 year completed | 1 week |
| After 2 years completed | 2 weeks |
| After 8 years completed | 3 weeks |
| After 12 years completed | 4 weeks |

Paid Sick Leave

Team members are eligible for five days per year.

## HOLIDAYS

One of the benefits offered to our full-time team members is paid holidays. All nonunion team members who have completed there 90-day introductory period and whose average work week is at least 30 hours are eligible for holiday pay. If you perform work during the payroll period in which a celebrated holiday falls, and were not absent without approval either on your regularly scheduled work day immediately preceding the holiday or following the holiday, you will receive holiday pay if you do not work the holiday. If you work, you will receive holiday pay plus regular pay for all hours worked on the holiday.

Every attempt will be made to schedule team members off equally on holidays. However, since we are open for business 24 hours a day, 365 days a year, please keep in mind that some of us may have to work on holidays. **Please refer to the schedule below for a list of paid holidays.**

30

**...with Hilton Pride**

# Benefits of Being Hilton...

## HOLIDAY SCHEDULE

| HOLIDAYS | LOCAL 25 | LOCAL 99 | LOCAL 51 | LOCAL 26 | CARPENTERS | NONUNION |
|---|---|---|---|---|---|---|
| New Year's Day | x | x | x | x | x | x |
| Martin Luther King Day | x | x | x (or personal day) | x | x | x |
| George Washington's Birthday | x | x | x | x | x | |
| President's Day | | | | | | x |
| Memorial Day | x | x | x | x | x | x |
| Independence Day | x | x | x | x | x | x |
| Labor Day | x | x | x | x | x | x |
| Veteran's Day | | x | x | x | x | |
| Thanksgiving Day | x | x | x | x | x | x |
| Christmas Day | x | x | x | x | x | x |
| Team Member's Birthday | x | x | | | x | x |
| Team Member's Anniversary | x | x | | | x | x |
| Presidential Inauguration Day | | | | x | | |

# UNPAID LEAVES OF ABSENCE

## FMLA Leave

*Eligibility:*  You may be eligible for leave under the federal Family and Medical Leave Act (FMLA) if you: (1) have worked for at least 12 months and performed at least 1,250 hours during the 12 months before the beginning of the leave; and, (2) work at a worksite where 50 or more team members are employed by Hilton within 75 miles of the worksite.  Hours worked means actual hours of work and does not include paid time off.

In case of pregnancy, team members are eligible for FMLA leave after ninety (90) days of service.  Where state or local family and medical leave laws offer greater benefits to team members, such laws will apply.

*Leave Entitlement:*  If eligible, you may be allowed up to 12 weeks of unpaid leave during any 12 month period for one or more of the following reasons: 1) birth of your child or placement of a child with you for adoption or foster care; 2) to care for your child, spouse, domestic partner or parent with a serious health condition; or, 3) your own serious health condition which prevents you from performing your job.

31

## ...with Hilton Pride

HHC-0218

# Benefits of Being Hilton...

Leave taken for the birth of a child or placement for adoption or foster care need not be taken in one continuous period, but must be concluded within one year of the child's birth or placement. Pregnant team members may have the right under state law to take a pregnancy disability leave in addition to FMLA leave; such team members should contact Human Resources.

The 12-month period is measured backward from the date that you seek to use any FMLA leave. The amount of FMLA leave available at any given time is determined by subtracting from 12 weeks the amount of leave taken during the 12 months prior to the time leave is scheduled to commence.

FMLA leave may be taken on an intermittent basis or on a reduced leave schedule only if medically necessary for your serious health condition or to care for a covered family member's serious health condition. Team members granted intermittent or reduced leave may be transferred temporarily to an alternative position at the same rate of pay at the company's discretion.

*Substitution of Paid Time*: You may elect, or Hilton may require, that accrued paid time off benefits be used for any part of a FMLA leave. Paid days taken during FMLA leave will be counted against your 12-week FMLA entitlement.

*Effect on Benefits*: While on FMLA leave, your group health insurance, group life insurance and long term disability insurance will continue under the same conditions as if you had worked continuously during the leave. You are still required to pay your share of the insurance premium. If your premium payment is more than 30 days late, insurance coverage may be terminated. Written notice will be provided at least 15 days before coverage lapses.

If you fail to return from unpaid family/medical leave for at least 30 calendar days (excluding retirement), the company may also seek reimbursement from you for the company's share of the group health premiums paid on your behalf.

*Notice/Medical Certification*: To request FMLA leave, you must give at least 30 days notice, if possible, to the Human Resources Department and your supervisor and must complete a "Request for Leave of Absence" form. If your need for leave is unexpected, you should provide as much notice as is practical, generally within two business days of when the need for leave becomes known. If 30 days notice is

**...with Hilton Pride**

HHC-0219

# Benefits of Being Hilton...

not given for leave that is foreseeable 30 days in advance and there is no reasonable excuse for the delay, Hilton may delay the leave until at least 30 days after you provide notice.

For leaves taken because of your or a covered family member's serious health condition, you must submit a "Certification of Heath Care Provider" form. Certification must be submitted before the leave starts for the foreseeable leaves, otherwise within 15 days after requested, or as soon as is reasonably possible. Failure to provide the required "Certification of Health Care Provider" form may delay continuation of leave. If the certification is never produced, the leave is not FMLA leave and you are not entitled to the benefits and protections under FMLA.

You may be required to submit a physician's statement verifying your ability to return to work if the leave is for your own medical condition. If you fail to provide a physician's statement verifying your ability to return to work, your return to work may be delayed until you submit the statement. The cost of the statement verifying your ability to return to work is borne by you. The company may require periodic reports of your status and intent to return to work. The company also may require re-certification relating to a serious health condition.

If your FMLA leave request is due to your own serious health condition, the company reserves the right to require a second or third opinion, at the company's expense, from a health care provider. The company will provide a copy of the second/third opinions to you upon request.

All leave which qualifies as FMLA leave, including leave for certain illnesses or injuries covered by disability plans or worker's compensation, will be so designated and counted as FMLA leave. Leave covered under FMLA and state law will run concurrently and will be counted under both entitlements.

*Violation of FMLA Leave Policy*: You will be subject to discipline, up to and including discharge, denied reinstatement and maintenance of health benefits, for attempting or obtaining leave on false pretenses, abusing the leave policy or engaging in other gainful employment while on leave. If you fail to provide required advance notice of your need for leave or refuse reasonable efforts to schedule leave to avoid disruption to Hilton's business, you may be subject to discipline or have the leave denied or delayed.

33

## ...with Hilton Pride

# Benefits of Being Hilton...

This handbook provision is only a summary of Hilton's FMLA Policy. For a more detailed explanation of FMLA leave entitlements and any related state law, please contact the Human Resources Department.

***Addendum-Family and Medical Leave Under District of Columbia Law-***This is an addendum to the information provided above regarding family and medical leave. The information above outlines your rights under federal law, but this addendum will tell you about certain provisions under District of Columbia law that are different from the federal law.

Under District of Columbia law, you are entitled to **16 weeks** of FAMILY LEAVE and MEDICAL LEAVE in a **24-month** period if you have worked **1000 hours** in the 12 months before you request leave and have been working for the hotel for at least **one year.** When the leave you request is foreseeable, you must provide **reasonable notice** to the hotel of your request for family or medical leave.

In addition to the reasons for which you can take leave under federal law, you can also take leave under District of Columbia law for the following reasons:

1.) The placement of a child with you for whom you permanently assume and discharge parental responsibility;
2.) To care for a family member with a serious health condition
  A "family member" under District of Columbia law is:
  -a person to whom you are related by blood, legal custody or marriage
  -a child who lives with you and for whom you have permanently assumed and discharged parental responsibility
  -a person with whom you share or have shared, within the last year, a mutual residence and with whom you maintained a committed relationship

This Handbook provision is only a summary of Hilton's FMLA Policy. For a more detailed explanation of FMLA leave entitlements and any related state law or collective bargaining agreement provisions, please contact Human Resources.

**Non-FMLA Medical Leave**
Team members not eligible for, or having exhausted FMLA, may be eligible for unpaid non-FMLA medical leave. Team members are required to exhaust their FMLA leave before becoming eligible for non-FMLA medical leave.

34

**...with Hilton Pride**

# Benefits of Being Hilton...

A non-FMLA medical leave of absence may be requested after 90 days of continuous full-time service. An unpaid leave of absence up to six months of disability, including any FMLA leave available, may be granted due to illness or injury or medical condition requiring time away from work.

A request for a medical leave must be accompanied by a doctor's verification of your disability. Prior to returning to work, you are required to provide a statement from your doctor certifying your ability to return to work and perform your regular duties.

## Personal Leave

An unpaid personal leave of absence for a period of up to thirty days. Eligibility requirements vary based on union/nonunion status. In no event may a personal leave, including extensions, be granted for more than 90 consecutive calendar days. Only one personal leave, of any duration, is permitted per calendar year. All personal leave requests will be reviewed based on your particular circumstances, reason for the request and Hilton's business demands.

## Military Leave

Hilton recognizes and complies with all federal laws regarding military leaves. To be eligible for a military leave, you must be employed on a full-time basis.

## Bereavement Leave

Team members who wish to take time off due to the death of an immediate family member should notify their supervisor immediately. "Immediate family" is defined as the team member's spouse, domestic partner, parent, sibling, child, grandchild or child's spouse or the team member's spouse's or domestic partner's parent, child, or sibling.

Up to three days of paid bereavement leave will be provided to eligible full-time team members.

Bereavement leave will normally be granted unless there are unusual business needs or staffing requirements. Team members may, with their supervisor's approval, use any available paid leave for additional time off as necessary.

35

**...with Hilton Pride**

# Benefits of Being Hilton...

### General

A leave request for more than five consecutive regularly scheduled work days must be in writing on Hilton's Leave of Absence form and initially approved by your department head in advance of the leave under consideration. The form must then be forwarded to Human Resources for final approval before the leave request is considered effective. You may contact Human Resources in advance for more information.

You must comply with all provisions of the Leave of Absence Policy. If you do not return at the expiration of an authorized leave, it will be considered a voluntary termination.

### Jury and Witness Duty Leave

Hilton encourages team members to fulfill their civic responsibilities without loss of income when they are called to jury duty or subpoenaed to appear as a witness. Full-time team members may receive up to 10 days of paid jury duty leave, unless the court requires further leave.

Team members must show the jury duty summons to their supervisor as soon as possible so that the supervisor may make arrangements to accommodate their absence. Of course, team members are expected to report for work whenever the court schedule permits.

Paid leave benefits will continue to accrue during jury duty leave.

## GROUP INSURANCE PLANS

### Health Insurance

Hilton's health insurance plans provide team members and their dependents, including domestic partners, access to medical, dental, and vision care insurance benefits. The Hilton Washington provides you an opportunity to participate in a group health insurance plan. Depending on the plan, you may be required to pay for certain types of coverage. A summary of the plan descriptions are available in Human Resources or at your local union. Note, however, that the actual plan

36

## ...with Hilton Pride

HHC-0223

# Benefits of Being Hilton...

documents are the final authorities in all matters relative to benefits described in this handbook or in the summary plan descriptions, and will govern in the even of any conflict. Eligible team members may participate in the health insurance plans subject to all terms and conditions of the agreement between Hilton and its insurance carriers. The Hilton Washington reserves the right to change or eliminate the benefit at any time in accordance with the applicable law and collective bargaining agreement.

**Disability Insurance**
Long- and short-term disability benefits are available to eligible team members. See Human Resources for details.

**Life Insurance**
Life insurance offers you and your family important financial protection. Hilton provides a basic life insurance plan for eligible members. Additional supplemental life insurance coverage may also be purchased.

Accident insurance provides protection in cases of serious injury or death resulting from an accident. Basic accident insurance coverage is provided as part of the basic life insurance plan. Hilton also offers business travel accident insurance for team members traveling on official Hilton business.

Eligible team members may participate in the life and accident insurance plans subject to all terms and conditions of the agreement between Hilton and its insurance carriers. Details of these insurance plans including benefit amounts are described in the Summary Plan Description provided to eligible team members. Contact the Human Resources Department for more information.

## HEALTH INSURANCE COVERAGE CONTINUATION (COBRA)

Participants in the group health insurance plan and their beneficiaries (if the team member has a family plan) have the right to continue their coverage when one of the following qualifying events occur: death of covered team member; termination of employment or reduction of hours that causes loss of coverage; team member's divorce or legal separation; team member's eligibility for Medicare; or dependent child who reaches maximum age allowed under the group plan.

**...with Hilton Pride**

HHC-0224

# Benefits of Being Hilton...

Hilton is responsible for ensuring that each team member and his/her beneficiaries are given a COBRA "Notice of Rights to Continue Insurance Coverage" at the time the team member and his/her beneficiaries become participants, and at the time that there is a qualifying event.

Each team member covered under the insurance plan is responsible for notifying the Hilton of a divorce, legal separation, or a child's loss of dependent status under the plan.

## 401(k) SAVINGS PLAN

Nonunion team members may participate in the Hilton 401(k) Savings Plan. Hilton will match 100% of the first 3% of pay that you save and 50% of the next 2% of your contributions. The Plan features immediate vesting and permits you to direct your investments. For members of Local 25, there is also a 401(k) plan. See the Human Resources Department for full details.

## STOCK PURCHASE PLAN

Eligible team members may purchase Hilton Hotels Corporation stock at a discounted price through payroll deduction. Stock is purchased twice a year on January 2nd and July 1st. Your purchase price is 90% of the fair market value of the stock on either the first or last day of the purchase period - whichever is lower. See your Human Resources Department for full details.

## EDUCATIONAL ASSISTANCE

Hilton recognizes that team member growth and development plays an integral role in the success of the company. Therefore, Hilton encourages team member education and career development consistent with organizational and individual performance needs.

Full-time team members with at least six months of eligible service may request reimbursement of 90% of tuition costs up to a maximum of $1,200 per calendar year. Courses must be job-related or taken to prepare for additional job responsibilities. The team member must receive a course grade of "C" or better. This policy does not cover incidental costs such as books, supplies and fees.

**...with Hilton Pride**

HHC-0225

# Benefits of Being Hilton...

**Prior to enrollment,** team members must complete an Educational Assistance Form detailing the course description and an explanation of how the course relates to the team member's job. This form must be approved by the team member's supervisor and department head and Human Resources in advance. Upon completion of the course, the team member must submit a copy of the form with evidence of grade attained and appropriate paid receipts. The team member must remain employed full-time in order to obtain reimbursement.

## RESIGNATIONS/RETIREMENT

When a team member elects to resign, a resignation notice should be completed. All team members are expected to give two weeks written notice of their intention to resign. Hilton has the option of allowing the team member to work the final weeks or honor the resignation immediately.

For team members covered by a collective bargaining agreement, please refer to the agreement for details regarding your retirement benefits.

Please contact the Human Resources Department at least six months prior to your anticipated date of retirement.

## MEAL PRIVILEGES

As a team member of the Hilton Washington, you are entitled to a free meal in the Hilton Hut, our team member cafeteria. Food service is available in the Hilton Hut to all on-duty Hilton team members from 10a-2p, and from 4p-9p. Special arrangements are made for our third shift team members. The Hilton Hut is for hotel team members only, please do not bring family or friends into the cafeteria. A monthly meal ticket will be issued to you by your supervisor. You must present this meal ticket each day to receive your meal. Food may only be eaten in the Hilton Hut during the meal time assigned by your department head. It is your responsibility to remove your own dishes and keep the cafeteria clean.

**...with Hilton Pride**

HHC-0226

# The Hilton Professional Image...

## GROOMING STANDARDS

As a team member and representative of this hotel, you are expected to take pride and care in your personal appearance. It is important that you project a conservative, business-like image in both behavior and dress, whether you are in direct contact with our guests or in a supporting area. In general, you must be neat, clean, and well groomed in your appearance and follow hotel and departmental grooming and dress code standards. To assist you in projecting your best image, we have set the following grooming and dress standards to be maintained by all of the team members of the Hotel. Additional guidelines may be in effect in work areas with safety and sanitation requirements.

### Personal Hygiene

Personal cleanliness is important to convey our positive attitude about ourselves and to avoid offending others. Team members are to bathe, use deodorant, and brush teeth and hair daily. Perfumes, colognes, or aftershaves are to be used sparingly. Showers are provided for your convenience in our team member locker rooms.

### Hairstyling

Hairstyles must not be extreme or unusual, and should be appropriate for the health, safety, and grooming standards of the department and the Hotel. Hair must be clean, well groomed and neatly styled at all times. If team members color their hair, the roots of the hair must remain the same color as the rest of the hair. The Hotel's grooming standards do not permit extremes in dying, bleaching, or tinting. Wigs or hairpieces may be worn as long as they are of a business-like style and color.

### Hair Length

Female team members who prefer long hair should take special care that it is neat and well styled. Hair below shoulder length should be combed away from the face so that it will not fall forward or over the face while performing normal job duties.

**...with Hilton Pride**

HHC-0227

# The Hilton Professional Image...

Male team members must keep their hair neatly cut and tapered. Hair length should not extend below the shirt collar.

### Hair Confinement and Accessories

Female team members whose hair falls below shoulder length may be required to confine their hair to prevent it from falling forward over the face while assisting guests or in areas where long hair may represent a safety concern, such as in the engineering department and the kitchen. Hair should not be excessively adorned or arranged with ribbons, clips, or wires. Beads and glitter are not appropriate. Plain, simple barrettes and hair holders are acceptable as long as they appear businesslike and do not pose any safety hazard. The Hotel will provide required hairnets in the kitchen/food areas.

### Male Facial Hair

Male team members must either be clean-shaven or have a conservative, neatly trimmed beard. Male team members may have mustaches provided that they are neatly trimmed and extend no longer than the corners of the mouth. Male team members may have sideburns provided that they are neatly trimmed and extend only to the middle of the ear, following their natural contour.

### Fingernails

Fingernails should be kept clean and well groomed. Female team members may use polish provided it is of one natural or businesslike shade and maintained to avoid chipping.

### Makeup

Makeup should be conservative and create a fresh, businesslike, and professional appearance. Bright, bold, extreme, glittered or unusual shades or colors in foundation, blush, eye shadow, or lipstick are not acceptable.

### Tattoos

Visible tattoos are not permitted for team members with guest contact positions.

41

# ...with Hilton Pride

# The Hilton Professional Image...

### Jewelry

Jewelry should be professional and conservative. The only pins or decorations that may be worn on uniforms are nametags, language pins, service awards, and other pins approved by hotel management for special promotions or activities. Union team members may wear one official union button to show union membership. The maximum number of pins permitted beyond the nametag is two. Non-uniformed female team members may wear one conservative pin or broach.

For Females:

- One ring per hand is acceptable. A wedding band and an engagement ring worn on the same finger are considered one ring. Thumb rings are not acceptable.

- A single earring (no larger than a quarter) on each ear is acceptable. Earrings must be a simple, matched pair in gold or silver tone or a color that coordinates with the uniform or outfit. The shape of the earring must be in good taste and compliment the uniform. Earrings can be clip-on or pierced style and must be worn on the bottom of the earlobe. Hanging earrings larger than a dime or longer than one inch are not acceptable.

- No more than one conservative, businesslike necklace and bracelet may be worn. Ankle bracelets are not permitted. A conservative style watch appropriate for a business setting may be worn.

- Pierced jewelry in any other visible location of the body other than the earlobe (including but not limited to the nose or tongue) is not acceptable.

For Males:

- One ring per hand is acceptable. Small rings (same size or smaller than a class ring), class rings, and wedding bands are permitted. Thumb rings are not acceptable.

- A conservative style watch and tie clip appropriate for a business setting may be worn. Visible necklaces, bracelets, earrings, and other jewelry are not permitted.

## ...with Hilton Pride

HHC-0229

# The Hilton Professional Image...

♦ Pierced jewelry in a visible location of the body (including but not limited to the nose or tongue) is not acceptable.

## Exceptions

Any medical or religious exceptions to the grooming standards must be presented to Human Resources in writing for review and determination.

It is each team member's responsibility to abide by this policy. If you report to work in an unprofessional appearance or dress, or if any of these standards are not met, hotel management reserves the right to not permit you to work until the problem is corrected.

### Name Tag/Hilton ID

We require that all team members wear their hotel issue name tag AND Hilton ID while on duty, both for security and guest service purposes. Let Human Resources know immediately when you need a replacement name tag. The hotel reserves the right to charge a $1.00 replacement fee for lost or damaged name tags and a $3.00 replacement fee for Hilton Ids. Only hotel approved badges & buttons are to be worn at work. Name tags must be worn on the left hand side of a uniform, shirt, dress, or suit jacket at chest level. When you leave our employment, you must return your name tag and Hilton ID to Human Resources.

### Socks/Hosiery

For Females:

Professional hosiery (no designs or patterns) should be worn at all times. Acceptable colors are navy blue, black, off/sheer white, or neutral. Hosiery must be free of noticeable runs. A spare pair of hosiery should be kept near your work area for emergency runs that may occur. Only dark or natural-colored hosiery may be worn with a dark uniform. With light uniforms, only light-colored or natural hosiery is acceptable.

...with Hilton Pride

HHC-0230

# The Hilton Professional Image...

For Males:
When wearing business suits, dark colored socks should be worn.  For all others, socks should be consistent with the uniform.

### Shoes

For Non-Uniformed Females:

Dress shoes should be in good business taste, clean and polished.  Shoes must have a heel not to exceed 2-1/2" in height and have closed toes.

For Non-Uniformed Males:

Shoes should be dark colored and conservative.  Athletic or extreme sneakers, boots and other casual shoes are not permitted.  Shoes must be in good repair and polished.

For Uniformed Females and Males:
Refer to the table below for departmental specifications (if your department is not listed, see your department head):

| Department | Shoe Color |
| --- | --- |
| 1919 Grill (male & female) | black |
| Banquet (male & female) | black |
| Beverage (male & female) | black |
| Capital Cafe (male) | black |
| Capital Cafe (female) | black |
| Chef (male & female) | black or white |
| Engineering (male & female) | black |
| F&B Storeroom (male & female) | black |
| Housekeeping (Housepersons) | black |
| Housekeeping (Room Attendants) | white |
| Meetings & Exhibits (male & female) | black or brown |
| Room Service (male & female) | black |
| Security (uniformed) | black shoes which will retain a shine |
| Stewarding (male) | black or white |
| Stewarding (female) | white |

44

# ...with Hilton Pride

HHC-0231

# The Hilton Professional Image...

**NOTE:**

All kitchen team members are required to wear slip resistant safety shoes. All other uniformed team members are required to wear non-skid shoes, unless otherwise noted.

## UNIFORMS

You may hold a certain position on our team which requires you to wear a uniform. Whether you work out front or in the heart of the hotel, you must wear your appropriate uniform at all times. You will be issued a uniform upon employment and it will be your responsibility to ensure that it is properly pressed, clean and appropriately worn while on duty. Team members will have only one uniform in possession at any time. A fresh uniform will only be issued upon exchange for a soiled uniform. It is the team member's responsibility to ensure that their uniform is in good repair at all times. The Housekeeping department will make any necessary repairs or alterations. T-shirts worn under uniforms are to be solid white only (no writing or logos). Issued ties and bows should be worn at all times. Your uniform must be turned in upon your leaving our employment.

## LOCKERS

Lockers are issued to all uniformed team members. Upon employment, you will be provided with a locker and key (non-hotel issued locks are not permitted and will be removed without prior notice). The hotel reserves the right to charge a $1.00 replacement fee for a lost key. When you leave our employment, return the key to Human Resources.

Personal belongings should be stored in your locker while working. You are cautioned to keep your locker locked. Do not store valuables in your locker. The hotel will not be responsible for missing personal property.
Locker rooms are for your convenience and provide a place for you to change clothing and use the facilities. Do not keep food and beverage in your locker (especially food, which when left, may cause an unpleasant odor!). Smoking or eating are not allowed. Please keep your locker and locker room clean.

45

## ...with Hilton Pride

# The Hilton Professional Image...

All lockers are considered hotel property and are subject to inspection at the discretion of hotel management. If liquor, weapons, illegal drugs or unauthorized possession of hotel property, or property of another are found in your locker, you may be subject to disciplinary action up to and including termination.

## NON-UNIFORMED ATTIRE

For non-uniformed staff, business attire should be professional.

For Females:

Business suits are preferred. Pant suits, dresses, or a blouse with a skirt & blazer that is suitable for a business atmosphere is acceptable. Pant suits must be a coordinating set (i.e. not mix and match). Skirt length must never be more than 2" above the knee and the height of splits and necklines must be worn in a professional manner. With the exception of dresses, an appropriate and professional blazer or jacket is suggested to be worn at all times. When wearing a sweater, it must be professional in nature (casual, oversized type sweaters are not acceptable). Casual and recreational clothing such as jeans, stretch pants, leggings, stirrups, culottes, chinos, palazzos, linen, casual knits, large floral prints, metallic prints, and khakis are not acceptable business attire and are not permitted.

For Males:

Suits with a dress shirt and tie are required and should be well coordinated with shoes and dark colored socks. Solid colored shirts (blue, white, peach and pale yellow) and conservative white or blue pin stripped shirts are permissible.

Non-Uniformed Attire (Weekends):

Non-uniformed team members must maintain a professional image at all times they are on property. If you are working at the hotel outside of your regular business hours (i.e. on the weekend or holiday), the following grooming standards apply:

For Females:

Dress pants with a blouse or sweater are permitted. A blazer or jacket is required.

46

**...with Hilton Pride**

# The Hilton Professional Image...

For Males:

Jacket and tie must be worn at all times. However, a suit is not required. Colors must be conservative/traditional. No jeans, corduroy jackets or corduroy pants are allowed.

Other:

Gum chewing, smoking, eating, or drinking is not allowed while on duty or in the presence of a guest.

## SMOKING POLICY

In keeping with Hilton's intent to provide a safe and healthful work environment, smoking is prohibited except in those locations that have been specifically designated as smoking areas. In situations where the preference of smokers and nonsmokers are in direct conflict, the preferences of nonsmokers will prevail.

**...with Hilton Pride**

HHC-0234

# Schedules and Pay Information...

## SCHEDULES

Supervisors will advise team members of their individual work hours. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week.

## WORK WEEK

The scheduled work day for team members is eight productive hours in a day. The standard work week for team members is five days of work. It begins at 12:01am on Sunday and ends on Saturday night.

## IDENTIFICATION BADGE AND TIME REPORTING

Hilton Washington photo identification cards will be issued to you upon employment. This card serves as both hotel identification to provide a system of safety and security and functions to active the time clock. While on hotel property, you must wear your I.D. card at all times. Report a lost or damaged identification badge to Human Resources immediately so that a new one may be issued.

Non-exempt (hourly) team members must use their I.D. card in order to punch in and out. All team members are also responsible for signing in and out in your department. Punching in and out on another team member's I.D. or signing in or out for another team member is not permitted. It is very important that you punch in and out and sign in and out because your pay is calculated for the hours you work. Use care when activating the time clock. Under no conditions may you activate a time card other than your own or allow someone else to activate yours. Under no conditions may you alter time records. Only managers have the authority to adjust time records.

The hotel reserves the right to charge a replacement fee of $3.00 for a lost I.D. When you leave our employment, return your I.D. badge to Human Resources.

## TIME AND ATTENDANCE

To maintain a safe and productive work environment, Hilton expects team members to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other team members and the company. In the rare instances when team members cannot avoid being late to work or are unable to work as scheduled, they should notify their supervisor as

48

**...with Hilton Pride**

HHC-0235

# Schedules and Pay Information...

soon as possible in advance of the anticipated tardiness or absence. Poor attendance and excessive tardiness are disruptive. Either may lead to disciplinary action, up to and including termination of employment.

## TIMEKEEPING

Accurately recording time worked is the responsibility of every nonexempt team member. Federal and state laws require Hilton to keep an accurate record of time worked in order to calculate team member pay and benefits. Time worked is all time actually spent on the job performing assigned duties.

Nonexempt team members must accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons.

It is each team member's responsibility to sign his or her time record to certify the accuracy of all time recorded. The supervisor will review and then initial the time record before submitting it for payroll processing.

Altering, falsifying, tampering with time records, or recording time on another team member's time record may result in disciplinary action, up to and including termination of employment.

## OVERTIME PAY

Nonexempt team members are eligible for overtime compensation in accordance with federal and state laws. Overtime pay is based upon actual hours worked, not including paid time off or leaves of absence. Your supervisor must approve overtime in advance.

## LEAVING THE BUILDING DURING WORKING HOURS

The hotel understands that there may be occasions when a team member needs to leave the hotel during his/her work schedule. Since your supervisor is responsible for the location of all scheduled staff, obtain permission prior to leaving the hotel and notify your supervisor upon returning.

**...with Hilton Pride**

HHC-0236

# Schedules and Pay Information...

## DEDUCTION FROM WAGES

Payroll shall make deductions from wages as required by law or authorized in writing by a team member. Mandatory deductions include federal income tax, Social Security, Medicare, state and local income tax or state disability (where applicable). Garnishments are a form of deduction required by court order.

## TRAC-TIP REPORTING

Team members may accept tips upon rendering efficient, friendly, and courteous service. Such service should not be contingent upon the receipt, or anticipated receipt of a gratuity. **At no time may a team member solicit gratuities from guests, or comment or question the amount of a gratuity. Also, at no time may a team member add a gratuity to a guest's check.** To do so may subject you to discipline up to and including termination.

Under both Federal Income Tax and Social Security laws, tips received for services rendered to a customer are considered income. This includes tips received by servers, busters, service bartenders and other indirectly tipped team members. The law says if you receive $20 or more in cash tips during any calendar month, all of the cash tips earned in that month are subject to withholding. "Cash tips" include tips paid by check, charge card, or other cash equivalent. You must make a written report of those tips to Payroll. You may report these tips to Payroll on a written statement or on Form UC-51, "Employee's Report of Tips," in duplicate. Submit the report to your supervisor on the day payroll is submitted, or not later than the next pay period, and include the amount of tips received during the pay period. All tip-class team members are required to report 100% of their tips. All tip-class team members are required to keep a daily log of tips earned. Form 4070A of IRS Publication 1244, or a comparable form, must be kept for cash tips, charge tips, tips from others, including pooled tips, and tips-out payable to other team members including their names. Any team member earning $20.00 or more in tips each month is required to report their tips.

## RECEIVING YOUR PAY

Team members may have pay directly deposited into their bank accounts if they provide advance written authorization to Hilton. Forms are available in the Human Resources Department. Team members will receive an itemized statement of wages when Hilton makes direct deposits.

**...with Hilton Pride**

HHC-0237

# Schedules and Pay Information...

Your salary is a private matter. You may discuss it with your supervisor or other authorized personnel, but other team members should respect your right to keep this information private.

## PAYDAY

Team members will be paid weekly (every Thursday). Your paycheck will be available in your department until Thursday at 4:00 PM (after 4:00 PM paychecks will be available from Security). Paydays may be altered at the discretion of management. Paychecks will not be issued in advance. Vacation checks may be issued on the payday immediately preceding vacation, providing an approved vacation request form has been submitted to Payroll two weeks prior to payroll deadline.

## DIRECT DEPOSIT

Direct deposit of your weekly paycheck is available to any bank in which you have an established account. We encourage direct deposit of your weekly paycheck. Stop by Human Resources for the correct forms.

## PERFORMANCE REVIEWS

Salaried team members will be evaluated once annually in accordance with the company's performance review program. Hourly team members will be reviewed prior to the end of their Introductory Period and then once every 12 months on a calendar basis. For union team members, wage increases are governed by your collective bargaining agreement, so a formal performance review is not scheduled. It is our commitment to pay a fair and competitive wage in order to attract and retain the best qualified team members. The hotel participates in an annual wage and benefit survey to ensure that we maintain our competitive position. Your rate of pay will be reviewed periodically by your supervisor according to the guidelines for your position and pay range. Increases are not automatic, but rather are granted according to the guidelines as a reward for continued good performance. Union increases are administered in accordance with the collective bargaining agreement.

Before your introductory period ends, your supervisor will evaluate your performance. You will also have an opportunity to provide feedback. You may have performance reviews conducted by your supervisor at other scheduled times

51

**...with Hilton Pride**

HHC-0238

# Schedules and Pay Information...

as well.  The way to do well on any performance review is to be a peak performer all the time.  The peak performer is the person who believes "I have done well, but I am capable of doing much more.  I am not finished yet."

**...with Hilton Pride**

HHC-0239

# Safety and Security...

Safety and security are the responsibility of each team member and are very important to our business. We owe it to ourselves, our co-workers and our guests to provide a safe and secure environment. We ask each team member to observe the following guidelines:

1. Be alert! Be careful! Be aware of your surroundings! Always think SAFETY!

2. When an accident or injury occurs, report it to your manager no matter how slight it may appear at the time.

3. If you drop something, pick it up. If you spill something, clean it up.

4. Follow all emergency procedures in case of fire or emergency situations. Always remain calm. Do not panic!

5. Report any suspicious person or unusual activity immediately to the Security Department (Extension 65). Make note of who you saw and what they were doing. Give a description as best as you can recall.

6. Report all unsafe conditions and work practices to your manager.

7. Learn the correct way to lift and carry heavy objects. Remember, you can push twice as much as you can pull.

8. Keep corridors and stairs free of debris.

9. Wear all required and approved personal protective equipment.

10. Do not operate any equipment that you have not been properly trained to operate.

11. Obey "No Smoking" signs.

**Keeping the company safe and secure is every team member's responsibility.**

...with Hilton Pride

HHC-0240

# Safety and Security...

## WHAT TO DO IN CASE OF FIRE

1. Remain calm.

2. Activate the nearest fire alarm and call **Extension 60,** our designated emergency telephone number, from a safe location; state your name and give your exact location in the company, the location of the fire/smoke/heat; and the seriousness of the situation.

IF THE FIRE IS IN A ROOM BEHIND A CLOSED DOOR, DO NOT ATTEMPT TO OPEN THE DOOR. ONLY ATTEMPT TO PUT OUT OR CONTAIN THE FIRE IF YOU CAN SAFELY DO SO.

3. Close all doors and evacuate the area notifying others to do so as you go. Use the exit stairwell nearest you. Follow the exit signs, do not use the elevators.

4. Do not enter a smoked-filled area. Never let a fire get between you and an escape route. If you must pass through a smoke filled barrier or into a smoke filled room, place a wet cloth or towel over your mouth and crawl along the floor. The freshest and coolest air is closest to the floor.

5. Go to your designated assembly area in an orderly manner. Provide any assistance to guests or other team members along the way.

6. Refer all questions from the media to the hotel's General Manager.

## WHAT TO DO IN CASE OF OTHER EMERGENCIES

1. Provide leadership. Know your procedures. Give instructions and information clearly and calmly.

2. Be decisive by providing instructions on what to do, rather than what not to do.

3. Be confident and self-assured. A "smile" and "request to follow directions" is very calming.

**...with Hilton Pride**

HHC-0241

# Safety and Security...

4.  Follow all emergency procedures provided by your supervisor.

## PROTECT OUR GUESTS' PRIVACY

Everyone enjoys privacy, especially our guests. It is important you do not give out any information about a hotel guest. Any person requesting entry into a guestroom, or information about a guest must be directed to the Front Desk. Do not, under any circumstances, unlock a guestroom for a guest or another team member.

You are able to observe the personal lives of many people. We will often have celebrities staying at the hotel who have chosen us specifically for privacy. Do not seek autographs, photos or favors at any time. Please refrain from discussing your observations with others. Remember you are in a position of trust -- don't betray it.

In the course of your work you may have access to confidential information regarding the company, its customers or other team members. It is critical that you do not reveal or divulge any information either inside or outside of the Hotel.

## SAFE WORK ENVIRONMENT/ACCIDENT PREVENTION

Each team member shall follow the occupational health and safety standards of his/her location to maintain a safe work environment.  Team members shall immediately report any unsafe work conditions or practices to their supervisor or the Security Department.

## HAZCOM COMPLIANCE (Occupational Safety and Health Act, OSHA)

We provide information and training to team members who are subject to potential on-the-job exposure to chemical and biological hazards in accordance with applicable federal or state hazard communication standards.

A master copy of the M.S.D.S. (Material Safety Data Sheet) Book is located in the Security or Housekeeping office; please consult it if you are ever in question or feel uncomfortable using a particular chemical(s).

**...with Hilton Pride**

# Safety and Security...

## WORKERS' COMPENSATION INSURANCE

Hilton maintains workers' compensation insurance to ensure that any team member who is injured on the job receives appropriate medical care and financial assistance when unable to work. If you are injured or hurt while at work, we want to provide assistance. You must immediately report any work-related accident or illness, no matter how small, to Human Resources and your supervisor.

Any team member who is injured on the premises is to report the accident to his/her supervisor and the Security department IMMEDIATELY. An accident report is to be completed and verified within 24 hours. All injuries, even minor ones, are to be reported prior to the end of the shift when the injury occurred. Failure to report the injury will result in corrective action in accordance with hotel policy.

All team members that are out of work because of work related accidents, or that require medical treatment, must have a doctor's note to return to work.

The Hilton Washington is self-insured for Workers' Compensation benefits. In the event you are injured at work or on the job, you may be entitled to the following benefits:

### MEDICAL CARE

Medical treatment by an authorized clinic or physician will be paid by your employer.

### DISABILITY PAYMENTS

If you are disabled by a job injury or job illness, you may be entitled to disability income while unable to work. Payments are not made for the first three days of disability. If you are determined by a doctor to be disabled from work for more than 14 consecutive calendar days, then the first three days will be paid.

### REHABILITION

If the injury or illness prevents return to your usual job, you may be entitled to vocational rehabilitation.

56

## ...with Hilton Pride

HHC-0243

# Safety and Security...

You must present a doctor's release to return to work after absence resulting from such an injury or illness.

## IF YOU SHOULD HAVE AN ACCIDENT

⌋ Report the injury to your supervisor immediately.

⌋ You have the right to select a treating physician. The hotel maintains a list of local physicians specializing in work-related injuries for your convenience. Your supervisor will accompany you on this initial visit. Please be aware that if you refuse medical treatment and later see a doctor of your choice for treatment, or if you seek additional treatment that has not been approved by Hilton's designated medical clinic or by Human Resources, you could risk having your claim denied. For additional information, contact Human Resources.

**FARRAGUT MEDICAL AND TRAVEL CARE**
**815 CONNECTICUT AVE NW**
**WASHINGTON DC 20006**

**GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER**
**901 23ᴿᴰ STREET NW ROOM 1416-A**
**WASHINGTON DC 20037**

⌋ Injuries requiring immediate emergency care will be directed to the *George Washington University Medical Center Emergency Room*. Injured team members utilizing the emergency room will be directed to report to their treating physician within 24 hours if follow up care is required.

⌋ Transportation to and from initial medical care will be arranged by Security. Additionally, your supervisor or another manager will accompany you on this visit.

⌋ Should it be necessary, you will be transported by ambulance to the appropriate emergency facility at the discretion of the paramedics.

⌋ Injured team members **MUST OBTAIN A MEDICAL CARE REQUEST FORM** from Security to be completed by the physician at each evaluation.

⌋ Upon completion of every medical visit, it is the **TEAM MEMBER'S RESPONSIBILITY** to have the **MEDICAL CARE REQUEST FORM** completed by the physician and returned to your supervisor. Team members

**...with Hilton Pride**

⌋ will not be permitted to return to work without proper authorization.

# Safety and Security...

⌋ If a **FOLLOW-UP MEDICAL VISIT IS NECESSARY**, appointments **must** be coordinated and reported to the Workers' Compensation System Coordinator prior to the scheduled appointment date. <u>**EACH TEAM MEMBER IS REQUIRED TO OBTAIN A MEDICAL CARE REQUEST FORM PRIOR TO EACH VISIT, HAVE IT COMPLETED AND RETURN IT TO YOUR SUPERVISOR AFTER EACH EVALUATION.**</u>

⌋ All medical bills for work related injuries will be handled by Human Resources.

⌋ Any team member who is unable to return to his/her regular duty due to this work related injury will be eligible to participate in the **RETURN TO WORK PROGRAM.** Work assignments will be made based on the physician's documentation of the injured team member's capabilities and the availability of work.

⌋ Injured team members who are returning the same day the injury occurs, but are unable to resume their regular duty, will be assigned to interim transitional tasks by your supervisor or Security for the remainder of the shift. The following day they will be assigned by the Workers' Compensation System Coordinator and their supervisor to appropriate work in the **RETURN TO WORK PROGRAM.**

If you have any questions about your Workers' Compensation benefits, contact Human Resources. It doesn't cost a thing to "Think and Act Safely" all the time... Be your own "Safety Expert" by knowing how to prevent accidents.

## LOST AND FOUND

All team members are required to turn over all items found in the hotel to the Security Department immediately. Security keeps an accurate log of these items and will need to know who turned the item in, the location where the item was found, and the time it was found.

## CASH BANKS

If your position requires the use of company funds, you will be issued a cash bank. At the time you receive your bank, you will also be issued, and required to sign for, a set of cash-handling procedures. You will be responsible for the careful handling of your bank in accordance with these cash-handling procedures. Your bank is

**...with Hilton Pride**

HHC-0245

subject to audit at any time.

# Safety and Security...

It is the policy of Hilton that all team members who are issued a house bank are responsible for maintaining their bank, at all times, at the amount in which it was issued. Any shortage or overage of a house bank or a daily deposit will be investigated and evaluated with appropriate disciplinary action taken.

## DRIVING RECORDS

If your position involves driving guest vehicles or any other vehicles while on duty, your driving record will be periodically checked. If you operate a large capacity vehicle you will be subject to random drug testing. Driving infractions may affect your employment status.

## KEYS, KEY CARDS AND KEY CONTROL

A "key" card is issued to team members who are authorized to use hotel keys during the course of employment. If you are authorized, your department head will make arrangements for you to obtain keys. In order to safeguard our guests and their property and to ensure that the hotel team members and property are protected, immediately report the loss of a Master Key to your Supervisor and Security. All Master Keys must be handled with care.

### KEY CONTROL:

1. Master Keys assigned to you must be kept on your person.
2. Never pass or loan a Master Key to another team member.
3. Do not remove keys from your key ring.
4. Only accept a Master Key from an authorized individual.
5. Personally sign out for any key you are issued.
6. Do not leave a Master Key at your workstation.
7. Do not leave a Master Key in your locker.
8. Keys must be turned in prior to leaving the hotel.

**...with Hilton Pride**

HHC-0246

# Safety and Security...

## EQUIPMENT

Radios, laptops, pagers, and all other Hilton property must be handled with care. Team members must sign for receipt of the equipment and by their signature, accept responsibility for it. Therefore, the equipment should not be loaned out or given to another team member. If your employment is terminated, all Hilton equipment must be returned.

## ENERGY CONSERVATION

Energy and fuel shortages are very real problems for the hotel industry and the utility companies. Everyone is aware of the high cost of heating your home and operating your automobile. Imagine the cost and fuel use for our hotel. Everyone's help is needed to conserve energy. Listed below are a few tips:

1. Turn off all lights when not needed.
2. Turn off all office equipment when not in use.
3. Turn off television sets and radios.
4. Keep sheer draperies closed in unoccupied guest rooms.
5. Report dripping faucets, showerheads, and running toilets to the Property Operations Department.
6. Turn off ovens and grills when not in use.
7. Keep windows closed when air conditioner is on.
8. Report all mechanical deficiencies on the H.V.A.C. and/or kitchen equipment to the Engineering Department.
9. Personal heaters, humidifiers, coffee cup warmers, and other non-essential electrical equipment are not permitted in office or work areas.

**...with Hilton Pride**

HHC-0247

# Standards of Conduct...

We depend on your good judgment as a conscientious team member to observe established policies, rules, and procedures. As on any winning team, the orderly, efficient, and successful operation of Hilton depends on you. We must commit to maintaining our high standards.

Failure to maintain proper standards of conduct; violation of any provision of this handbook, the Hilton Hotels Corporation Code of Conduct, or any other established company policy; interfering with the operation of the company's business; or harming the company's reputation may result in disciplinary action, up to and including termination. The company reserves the right to determine what type of disciplinary action, including warning, suspension, or termination, may result from any violation of the standards of conduct.

The following standards of conduct of Hilton should be read carefully, as they provide a guide for team member conduct. This list is not all-inclusive, but merely indicative of the types of conduct considered subject to disciplinary action. By providing this list, the company in no way restricts its legal discretion to terminate the employment relationship at will. Hilton also reserves the right to add to, delete, or modify these rules.

## HILTON CODE OF CONDUCT

Hilton Hotels Corporation is committed to maintaining the highest standards of ethical conduct in every aspect of its business dealings. For this reason, Hilton has adopted a Code of Conduct and other corporate policies that all Hilton team members are required to follow. As a Hilton team member, you are responsible for adhering to the standards of conduct set forth in these policies. We strongly encourage you to review the Code of Conduct periodically and, if necessary, to consult with your supervisor or the head of your department, to ensure that you are in compliance with it.

**...with Hilton Pride**

HHC-0248

# Standards of Conduct...

## DEALING IN COMPANY SECURITIES

Federal securities laws prohibit trading in the securities of Hilton Hotels Corporation by directors, officers and team members on the basis of material information not yet publicly disclosed. Any such person who possesses non-public information about Hilton or its business which is material in nature may not trade in Hilton's stock until such time as the information has been made known to the public. A material fact about a company is one that a reasonable investor would be likely to consider important in making a decision to buy, sell or hold the stock of such company. Examples of potential material information concerning Hilton include a significant and unanticipated change in sales or earnings; the existence of negotiations concerning a significant acquisition, divestiture or joint venture; and a decrease or increase in the dividend of the Company.

If a director, officer, or team member becomes an "insider" by virtue of such person's position in Hilton, or even if such person somehow inadvertently comes into possession of material, non-public information, such person owes a strict duty to Hilton, its stockholders and the investing public to (a) keep such information confidential and (b) refrain from trading in Hilton's stock until a public disclosure has been made. The civil and criminal penalties imposed on violators are severe. If at any time a director, officer or team member is in possession of non-public information and is in doubt as to whether or not it is material in nature, such person should consult the Legal Department for guidance.

## PRESS RELATIONS

The press or other representatives of the media are professional investigators trained specifically to procure comments from individuals. The only people authorized to make statements to the media are our General Manager and anyone he designates. You are not permitted to make any statements or comments or provide any documents concerning hotel matters. All team members are instructed not to discuss with or make statements to anyone regarding company policies, procedures or information about an emergency condition. False or incorrect information can be misleading and damaging. If contacted by a member of the press, be courteous and tactfully direct them to the Executive Offices. Proper press relations and release of information is a very important phase of any emergency plan and only those who are properly qualified in these areas are to make such statements. Refer all inquiries to the General Manager's office. For example, "Allow me to direct you to the General Manager's office."

62

**...with Hilton Pride**

HHC-0249

# Standards of Conduct...

## TEAM MEMBER ENTRANCE/PACKAGE PASSES

In order to reduce traffic through our Hotel lobby and to maintain our professional image, we have established an orderly procedure for everyone to leave or enter the premises. Use only the Team Member Entrance/Exit located at Florida Avenue & 19th Street when entering or exiting the Hotel. You may be requested to show your team member identification when entering the building. In addition, for your protection and for the benefit of the hotel, please show the contents of any packages you may be carrying on request from the Security Officer. Refusal to submit to this inspection procedure may lead to disciplinary action, up to and including termination. Other than work-related items, no packages should be brought into the hotel. A package pass issued by your department head must accompany all packages taken out of the hotel.

## INSPECTIONS

Inspection of company lockers, desks or vehicles can occur at any time, with or without notice. When possible, team members should be present during the inspection. When circumstances prevent the team member's presence, two members of management should be present when the search is conducted.

## TEAM MEMBERS ON PREMISES

Only those team members scheduled for work are authorized to be on hotel property. You should arrive on property no more than 15 minutes prior to the start of your shift, and must leave the property within 15 minutes from the end of your shift. The only exceptions to this rule are when you are picking up your paycheck or coming in at the request of your team leader or Human Resources.

## USE OF PUBLIC AREAS

In order for us to provide the best possible service to our guests, the public facilities of our Hotel are reserved for guest use only. During working hours, team members are not permitted to use the public areas of the hotel, unless specifically assigned. These areas include, but are not limited to, guest elevators, the lobby, banquet and guest rooms. Unless you have been assigned to be in a public area, your presence there is unauthorized. Team members are to use the rest room facilities provided by the hotel located in the "heart of the house" area.

63

**...with Hilton Pride**

HHC-0250

# Standards of Conduct...

Team members are permitted to use the public pay phones. Please use the pay phone located in the "heart of the house." In addition, personal beepers, pagers, or cellular phones are not to be worn or used during work hours, unless prior approval has been obtained.

If you have reason to return to the property or remain on the property after completion of your shift or on your day off, you must have your manager's prior permission. When you are off duty, please sign out and leave the premises within 15 minutes. Do not arrive at work more than 15 minutes before your shift is scheduled to begin.

## TELEPHONE CALLS, MAIL AND VISITORS

You may not use the hotel as a mailing address, and, except in emergencies, you may not receive or make any telephone calls while at work. Our hotel's telephones are to be used for business purposes only. This rule is for your protection, as well, since we don't want you to be disturbed by unwanted callers. If you need to make a personal call please use the pay phones located throughout the back of the house during your break or meal period. Use of guestroom, office, or any other hotel phones, as well as public area pay phones is not allowed.

Because of the number of people working at the hotel, we ask that you do not give the hotel's telephone number as a contact number. Incoming personal calls will not be relayed to you and no messages will be taken except in cases of emergency. Notify your supervisor if a special situation exists.

The hotel's address is not to be used for personal correspondence. Any personal mail received for you will be returned to sender. Hotel postage meters are for hotel business only.

Friends and family are not permitted to contact team members in the hotel while they are working. Please ask them to wait for you outside.

## SOLICITATION OF TIPS

The amount of gratuity is completely determined by our guests. Team members in tipped positions shall accept any and all gratuities with graciousness. Asking for tips is not acceptable and may result in disciplinary action, up to and including termination.

64

**...with Hilton Pride**

# Standards of Conduct...

## VISITORS / CHILDREN IN THE WORK AREA

All visitors must check in with Security or other hotel management and be escorted to the party with whom they have an appointment. It is the policy of the Hilton to prohibit team members from bringing children into any work area. A limited exception may be made when picking up paychecks.

## NO SOLICITATION / NO DISTRIBUTION POLICY

Solicitation or distribution of any literature at any time for any reason by non-team members is prohibited on company premises. Solicitation or distribution of any literature by team members during working time is prohibited. "Working time" does not include paid break periods, meal periods, or other specified periods during the work day when team members are not properly engaged in performing their duties. Distribution of literature at any time by team members in working areas on company premises is prohibited.

## COOPERATION WITH LAW ENFORCEMENT AGENCIES

In the event that a law enforcement agency is involved in an incident which took place at the property, team members working in the area are expected to cooperate with the law enforcement agency.

## USE OF HILTON COMPUTER SYSTEMS

Hilton has purchased and distributed throughout the company for use on the job a number of personal computers. Among other business-related applications, those computers are connected through an electronic mail (e-mail) communication system. If you will be using a company computer and participating in the company's computer system and its e-mail system, you are required to follow the standards for the use of the Hilton computer system.

1. The company computer systems may be used only to process and communicate business-related data and messages and incidental and occasional personal messages.

2. Only software purchased by the company for its use may be installed on the company computer systems.

3. The company computers and all data and e-mail messages on the company computer system are subject to inspection and search.

65

## ...with Hilton Pride

HHC-0252

# Standards of Conduct...

4. Use of the company computer, the company computer systems or the company e-mail system will be subject to the company's no solicitation/no distribution policy.

5. The creation or transmission of any data or e-mail message that may be construed to violate the company's Harassment-Free Workplace Policy or Equal Employment Opportunity Policy is strictly prohibited.

6. The company computer system may not be used to transmit critical or derogatory statements regarding individual team members or disciplinary messages or statements, or to conduct performance evaluations.

## EXAMPLES OF PROHIBITED TEAM MEMBER CONDUCT

- Theft, attempted theft, removal or unauthorized possession of any property without approval, such as food or beverages, hotel property or property of another team member or guest.
- Offensive or disruptive behavior, including fighting with or threatening team members or guests, interfering with others in the performance of their duties, or acting in an immoral or indecent manner on hotel property.
- Harassing, threatening, intimidating, coercing or unlawfully discriminating against others.
- Violation of the Hilton Harassment-Free Workplace Policy and/or failure to report any such incident.
- Using abusive language or profanity.
- Discourtesy or inappropriate conduct with guests or team members.
- Possessing, consuming, distributing or being under the influence of alcohol or any controlled substances on the premises or any violation of Hilton's Drug and Alcohol Abuse Policy.
- Unauthorized possession of weapons, firearms, explosives or other dangerous device on hotel premises.
- Willful or negligent failure to abide by hotel safety rules and practices or conduct that tends to create a safety hazard.
- Horseplay or other actions that endanger others, hotel or guest property, or disrupts work.
- Intentional or negligent conduct resulting in destruction or damage to hotel property or supplies, or the property of another team member, customer, visitor or guest.
- Causing general dissension and unrest among team members, including malicious gossip or false accusations.

66

## ...with Hilton Pride

HHC-0253

# Standards of Conduct...

⌋ Defamation of character of another team member or guest, including a false, malicious statement.

⌋ Disloyalty to the hotel, including but not limited to slandering the hotel or Hilton, or acting in such a manner that could damage the hotel or Hilton's reputation or result in a loss of trust in the hotel or Hilton.

⌋ Sleeping, loafing, or loitering on the job or leaving assigned work area without authorization.

⌋ Solicitation of gratuities

⌋ Dishonesty regarding any aspect of employment with the hotel.

⌋ Misappropriation of hotel funds. Failure to handle funds in accordance with hotel guidelines.

⌋ Criminal acts.

⌋ Breach of security.

⌋ Unauthorized distribution or solicitation during working time.

⌋ Falsifying, altering, or making material omissions in any hotel document or record, including, but not limited to, the employment application, time cards, guest checks, and tip reports.

⌋ Unauthorized discussion or removal of hotel confidential information (including payroll information or information contained in personnel records).

⌋ Unauthorized disclosure, discussions, or removal of hotel trade secrets or other confidential or proprietary information.

⌋ Failure to follow instructions.

⌋ Refusal to work a reasonable amount of overtime when required.

⌋ Unexcused absence on scheduled work days, without an approved reason and/or without proper notification.

⌋ Excessive absenteeism.

⌋ Excessive tardiness.

⌋ Loss of a controlled key.

⌋ Unauthorized duplication of hotel keys.

⌋ Poor job performance, including unsatisfactory attitude that detracts from job performance or the efficient operation of the hotel.

⌋ Willful or negligent neglect of duty causing waste or defective work.

⌋ Gambling on hotel premises.

⌋ Smoking or chewing gum in restricted areas.

⌋ Being in an unauthorized or non-designated work or guest area during scheduled work period or on your days off, without your supervisor's specific authorization.

⌋ Receiving visitors or conducting personal business during working time.

⌋ Failure to abide by meal/break periods.

67

**...with Hilton Pride**

HHC-0254

# Standards of Conduct...

- Taking meal/break periods in an unauthorized area.
- Failure to report on the job accident or injury of a guest or staff member.
- Falsely stating or making claims of injury.
- Failure to meet Hilton performance standards.
- Failure to follow grooming and appearance standards.
- Violation of hotel rules or procedures, including those set forth in this Team Member Handbook or elsewhere.
- Violation of departmental policies and procedures.

68

## ...with Hilton Pride

HHC-0255

# Being of Service...

## PERSON TO PERSON COMMUNICATIONS

1. Always extend a warm welcome and a fond farewell.
2. Always make eye contact and smile.
3. Always maintain a professional image.
4. Always anticipate and exceed guest expectations.
5. Always do what you say you will do.

## TELEPHONE COMMUNICATIONS

**Please follow these standards when answering the telephone:**

1. Answer the telephone quickly, if possible after the first ring.  Do not let the telephone ring more than three rings.
2. *Without caller name display*, greet the caller with "Good morning /afternoon /evening; your department name; then your name, "This is (your name), how may I help you?"  Be pleasant and friendly in your tone of voice.  Speak slowly and clearly.
3. *With caller name display,* "Good morning/afternoon/evening Mr./Mrs./Ms. Wilson, this is (your name), how may I help you?"
4. Listen to the caller without interruptions.  Give the caller the opportunity to say all they want to say before you respond.
5. If you need to put the caller on "hold," ask for their permission ("May I put you on hold, please?") and wait for them to answer.
6. Thank the caller **by name!**

**Please follow these standards when transferring a call:**

1. Transfer a call only if absolutely necessary.
2. If it is necessary to transfer a call, tell the caller that you are going to transfer the call, then give him/her the new extension for future reference.
3. When you reach the "transferred to" extension, give the person answering the telephone any information you have about the caller.  **DO NOT MAKE THE CALLER REPEAT HIS/HER REQUEST.**
4. Make sure you have reached the correct department before disconnecting the transfer.

69

**...with Hilton Pride**

# Hotel Terms...

| | |
|---|---|
| Comp | Complimentary, "no charge" to guest. |
| Concierge | A hotel team member who handles special arrangements for the guests. |
| Connecting Rooms | Two or more rooms with private, connecting doors that permit access between the rooms without entering the corridor. |
| Continental Breakfast | Consists of juice, Danish pastry, and coffee. |
| Convention | An assembly of persons coming together for a common purpose |
| Conventioneer | A guest who is a member of a convention. |
| Covers | The number of servings at a banquet function or restaurant outlet. |
| Double | A guest room with one double bed or two-person occupancy. |
| Double/Double | A guest room with two double beds. |
| EBITDA | Earnings before interest, taxes, depreciation and amortization. |
| Eighty-Six (86) | Out of an item. |
| Executive Office | Offices of the General Manager, responsible for the overall operation of the hotel. |
| Exhibit Booths | Refers to the space contracted by an exhibitor to display a product. |
| F&B | Food and Beverage. |
| Fire Brigade | A group of team members who are trained to respond to hotel fires 24 hours a day. |
| Front | A bell person assisting a guest with their luggage while either checking in or checking out of the hotel. |
| Front Desk | Area in which the guest checks in and checks out of the hotel. |
| Front of the House | Public space and/or areas of guest contact. |
| Full House | When all hotel rooms are occupied by guests. |
| Function | A guest group activity that takes place in a hotel function room. |
| Grade-Manger | In charge of cold meats, fish, decorative presentation of appetizers, buffets and sandwiches. |
| GSA | Guest Service Agent; a team member who |

71

**...with Hilton Pride**

HHC-0257

# Hotel Terms...

| | |
|---|---|
| **Amenities** | Items provided in a guest room that enhance value of stay. |
| **Adjoining Room** | Two rooms located side by side; such rooms may or may not have a connecting door. |
| **A.V.** | Audio-visual equipment. |
| **Back of the House** | Areas for team members only to use and not accessible to guests. |
| **Banquet** | A food function. |
| **Banquet Event Order** | Document which lists all the foods, activities and set-up requirements for a function. |
| **Bar-Back** | A team member who assists the bartender in stocking and cleaning of the bar area. |
| **Best Practices** | A best practice is the end product of a process that has been improved and has become a standard. |
| **Big 4** | China, glass, silver and linen used in Food & Beverage. |
| **BounceBack Weekend®** or **BounceBack Vacation®** | A marketing program that encourages guests to extend their stay over a weekend or reserve rooms for a weekend. |
| **Break-down** | The disassembly of and cleanup of function equipment and space after it has been used. |
| **Buffet** | An informal meal presented in such a way that a guest may serve him/herself. |
| **Bussing** | Preparing and cleaning of tables in the restaurant and beverage outlets. |
| **Captain** | A supervisory team member in the Food & Beverage Department, usually the Banquet Department. |
| **Cash Bar** | A bar set up in a private room where guests pay for drinks. |
| **Check-In** | Registration of a guest into a hotel room. |
| **Check-Out** | Procedure for payment by the guest for room and services rendered while registered as a hotel guest. |
| **Chef** | A food preparation specialist who is responsible in the overall operation of the kitchen. |

70

## ...with Hilton Pride

works at the Front Desk.

# Hotel Terms...

| | |
|---|---|
| **Guest Folios** | A profile of a guest and a description of charges for hotel services. |
| **Heart of the House** | Those areas not seen by the guest. |
| **Hilton HHonors®** | Hilton's guest incentive program. Members receive points for each stay at a Hilton hotel. |
| **Hilton Constituents** | Our guests, shareholders/owners, the community, strategic partners, and all Hilton team members |
| **Hilton Vacation Station®** | A service program that provides special complimentary services and recognition to families traveling with children. |
| **Hospitality** | The gracious welcoming and serving of guests. |
| **House Phones** | Phones available for guests to place calls within the hotel through the hotel operator. |
| **Junior Suites** | Large room with a partition that separates the bedroom from the sitting area. |
| **King** | A guest room with a king size bed. |
| **MOD** | Manager on Duty. |
| **Outlet** | A food or beverage facility. |
| **Par** | An inventory standard for the quantity of items needed to service an operation. Example: The amount of linen needed to set all the rooms of the hotel. |
| **P + 1** | A parlor room with a connecting bedroom. Also known as a one-bedroom suite. |
| **Parlor** | A living or sitting room that isn't used as a bedroom (called a salon in some parts of Europe). |
| **Peak Season** | The busiest period in a hotel's business calendar. |
| **Pre-registration** | The guest is pre-assigned to a room by the hotel to be available upon the guest(s) arrival. |
| **Property** | A hotel. |
| **Queen Mary** | A multi-level rolling cart used for transporting F&B equipment. |
| **Rack Rate** | The current rate charged for each accommodation as established by the property |

72

**...with Hilton Pride**

management.

# Hotel Terms...

| | |
|---|---|
| **Requisition** | Form used to obtain equipment and supplies necessary to perform duties (bar, general storeroom, food, requisitions for purchase). |
| **Room Block** | Predetermined group of rooms of certain size and quantity reserved for a guest or convention. |
| **RSA** | Reservations Sales Agent. A team member who works in the Reservations Department. |
| **Rev Par** | Revenue per available room |
| **Rev Max** | Revenue management |
| **Safety Deposit Box** | Located in the Front Office for use by guest for security storage of personal items. |
| **Sous Chef** | An assistant chef. |
| **Steward** | A department that is in charge of equipment, supply and sanitation for the F&B area. |
| **Suite** | A parlor connected to one or more bedrooms. |
| **Transient Business** | The term refers to a guest with no group affiliation. |
| **Turn-Around** | The rapid arranging or rearranging of a facility to prepare for the next function. |
| **Turndown Service** | A service provided by housekeeping in which a guest room is refreshed and the bed linen turned down for the evening. |
| **VIP** | Very Important Person. |
| **Voucher** | A special coupon issued to a guest for room or meal expenses. |
| **Wake-up Calls** | Service provided by the telephone department to wake up a guest at a predetermined time. |
| **Walk** | Relocating a guest due to a sold-out situation in the hotel. |
| **Walk-in** | A guest who checks into the hotel without reservations. |
| **Walk-in Refrigerator** | A commercial refrigerator large enough to walk into. |
| **Zip-In Check-In**® | An express check-in service designed as a convenience for our guests. |
| **Zip-Out Check-Out**® | An express in-room checkout service designed as a convenience for our guests. |

73

**...with Hilton Pride**

HHC-0260

# Receipt and Acknowledgement
# of Team Member Handbook

I, _____ [print name],
Department: _____, have received a copy of
the Team Member Handbook, have reviewed it, and understand and agree to be
bound by its contents. I have had an opportunity to ask questions regarding
company policies and procedures. I understand that if I do not comprehend the
content and rules and regulations of this handbook that it is my obligation to obtain
the clarification of such matter. I acknowledge that, with the exception of the
provisions addressing at-will employment, the regulations, policies, and provisions
of this Team Member Handbook may be changed, modified, or deleted at any time.
I understand that the Team Member Handbook is a set of guidelines. Individual
department rules and standards are to be complied with in addition to the standards
contained in the Team Member Handbook.

I understand that neither this handbook, nor any other communications regarding
my employment at the Hilton by a management representative, is intended or
implied in any way to create an impression of a contract of permanent
employment.

I further understand that my employment is at will and may be terminated with or
without further cause, with or without notice, and that this at-will relationship may
not be modified except in writing and signed by the team member and the Senior
Vice President, Human Resources. Team members covered by a collective
bargaining agreement are subject to those provisions to the extent they are
inconsistent with this handbook.

_____
Team Member Signature                                    Date

Hotel Version
Revised 2000

74

**...with Hilton Pride**

HHC-0261