# Benefits of Being Hilton...

Hilton is responsible for ensuring that each team member and his/her beneficiaries are given a COBRA "Notice of Rights to Continue Insurance Coverage" at the time the team member and his/her beneficiaries become participants, and at the time that there is a qualifying event.

Each team member covered under the insurance plan is responsible for notifying the Hilton of a divorce, legal separation, or a child's loss of dependent status under the plan.

## 401(k) SAVINGS PLAN

Nonunion team members may participate in the Hilton 401(k) Savings Plan. Hilton will match 100% of the first 3% of pay that you save and 50% of the next 2% of your contributions. The Plan features immediate vesting and permits you to direct your investments. For members of Local 25, there is also a 401(k) plan. See the Human Resources Department for full details.

## STOCK PURCHASE PLAN

Eligible team members may purchase Hilton Hotels Corporation stock at a discounted price through payroll deduction. Stock is purchased twice a year on January 2nd and July 1st. Your purchase price is 90% of the fair market value of the stock on either the first or last day of the purchase period - whichever is lower. See your Human Resources Department for full details.

## EDUCATIONAL ASSISTANCE

Hilton recognizes that team member growth and development plays an integral role in the success of the company. Therefore, Hilton encourages team member education and career development consistent with organizational and individual performance needs.

Full-time team members with at least six months of eligible service may request reimbursement of 90% of tuition costs up to a maximum of $1,200 per calendar year. Courses must be job-related or taken to prepare for additional job responsibilities. The team member must receive a course grade of "C" or better. This policy does not cover incidental costs such as books, supplies and fees.

...with Hilton Pride

HHC-0225

# Benefits of Being Hilton...

**Prior to enrollment,** team members must complete an Educational Assistance Form detailing the course description and an explanation of how the course relates to the team member's job. This form must be approved by the team member's supervisor and department head and Human Resources in advance. Upon completion of the course, the team member must submit a copy of the form with evidence of grade attained and appropriate paid receipts. The team member must remain employed full-time in order to obtain reimbursement.

## RESIGNATIONS/RETIREMENT

When a team member elects to resign, a resignation notice should be completed. All team members are expected to give two weeks written notice of their intention to resign. Hilton has the option of allowing the team member to work the final weeks or honor the resignation immediately.

For team members covered by a collective bargaining agreement, please refer to the agreement for details regarding your retirement benefits.

Please contact the Human Resources Department at least six months prior to your anticipated date of retirement.

## MEAL PRIVILEGES

As a team member of the Hilton Washington, you are entitled to a free meal in the Hilton Hut, our team member cafeteria. Food service is available in the Hilton Hut to all on-duty Hilton team members from 10a-2p, and from 4p-9p. Special arrangements are made for our third shift team members. The Hilton Hut is for hotel team members only, please do not bring family or friends into the cafeteria. A monthly meal ticket will be issued to you by your supervisor. You must present this meal ticket each day to receive your meal. Food may only be eaten in the Hilton Hut during the meal time assigned by your department head. It is your responsibility to remove your own dishes and keep the cafeteria clean.

**...with Hilton Pride**

HHC-0226

# The Hilton Professional Image...

## GROOMING STANDARDS

As a team member and representative of this hotel, you are expected to take pride and care in your personal appearance. It is important that you project a conservative, business-like image in both behavior and dress, whether you are in direct contact with our guests or in a supporting area. In general, you must be neat, clean, and well groomed in your appearance and follow hotel and departmental grooming and dress code standards. To assist you in projecting your best image, we have set the following grooming and dress standards to be maintained by all of the team members of the Hotel. Additional guidelines may be in effect in work areas with safety and sanitation requirements.

### *Personal Hygiene*

Personal cleanliness is important to convey our positive attitude about ourselves and to avoid offending others. Team members are to bathe, use deodorant, and brush teeth and hair daily. Perfumes, colognes, or aftershaves are to be used sparingly. Showers are provided for your convenience in our team member locker rooms.

### *Hairstyling*

Hairstyles must not be extreme or unusual, and should be appropriate for the health, safety, and grooming standards of the department and the Hotel. Hair must be clean, well groomed and neatly styled at all times. If team members color their hair, the roots of the hair must remain the same color as the rest of the hair. The Hotel's grooming standards do not permit extremes in dying, bleaching, or tinting. Wigs or hairpieces may be worn as long as they are of a business-like style and color.

### *Hair Length*

Female team members who prefer long hair should take special care that it is neat and well styled. Hair below shoulder length should be combed away from the face so that it will not fall forward or over the face while performing normal job duties.

**...with Hilton Pride**

HHC-0227

# The Hilton Professional Image...

Male team members must keep their hair neatly cut and tapered. Hair length should not extend below the shirt collar.

## Hair Confinement and Accessories

Female team members whose hair falls below shoulder length may be required to confine their hair to prevent it from falling forward over the face while assisting guests or in areas where long hair may represent a safety concern, such as in the engineering department and the kitchen. Hair should not be excessively adorned or arranged with ribbons, clips, or wires. Beads and glitter are not appropriate. Plain, simple barrettes and hair holders are acceptable as long as they appear businesslike and do not pose any safety hazard. The Hotel will provide required hairnets in the kitchen/food areas.

## Male Facial Hair

Male team members must either be clean-shaven or have a conservative, neatly trimmed beard. Male team members may have mustaches provided that they are neatly trimmed and extend no longer than the corners of the mouth. Male team members may have sideburns provided that they are neatly trimmed and extend only to the middle of the ear, following their natural contour.

## Fingernails

Fingernails should be kept clean and well groomed. Female team members may use polish provided it is of one natural or businesslike shade and maintained to avoid chipping.

## Makeup

Makeup should be conservative and create a fresh, businesslike, and professional appearance. Bright, bold, extreme, glittered or unusual shades or colors in foundation, blush, eye shadow, or lipstick are not acceptable.

## Tattoos

Visible tattoos are not permitted for team members with guest contact positions.

41                    ...with Hilton Pride

HHC-0228

# The Hilton Professional Image...

### Jewelry

Jewelry should be professional and conservative. The only pins or decorations that may be worn on uniforms are nametags, language pins, service awards, and other pins approved by hotel management for special promotions or activities. Union team members may wear one official union button to show union membership. The maximum number of pins permitted beyond the nametag is two. Non-uniformed female team members may wear one conservative pin or broach.

For Females:

- One ring per hand is acceptable. A wedding band and an engagement ring worn on the same finger are considered one ring. Thumb rings are not acceptable.

- A single earring (no larger than a quarter) on each ear is acceptable. Earrings must be a simple, matched pair in gold or silver tone or a color that coordinates with the uniform or outfit. The shape of the earring must be in good taste and compliment the uniform. Earrings can be clip-on or pierced style and must be worn on the bottom of the earlobe. Hanging earrings larger than a dime or longer than one inch are not acceptable.

- No more than one conservative, businesslike necklace and bracelet may be worn. Ankle bracelets are not permitted. A conservative style watch appropriate for a business setting may be worn.

- Pierced jewelry in any other visible location of the body other than the earlobe (including but not limited to the nose or tongue) is not acceptable.

For Males:

- One ring per hand is acceptable. Small rings (same size or smaller than a class ring), class rings, and wedding bands are permitted. Thumb rings are not acceptable.

- A conservative style watch and tie clip appropriate for a business setting may be worn. Visible necklaces, bracelets, earrings, and other jewelry are not permitted.

42

## ...with Hilton Pride

HHC-0229

# The Hilton Professional Image...

♦ Pierced jewelry in a visible location of the body (including but not limited to the nose or tongue) is not acceptable.

## Exceptions

Any medical or religious exceptions to the grooming standards must be presented to Human Resources in writing for review and determination.

It is each team member's responsibility to abide by this policy. If you report to work in an unprofessional appearance or dress, or if any of these standards are not met, hotel management reserves the right to not permit you to work until the problem is corrected.

### Name Tag/Hilton ID

We require that all team members wear their hotel issue name tag AND Hilton ID while on duty, both for security and guest service purposes. Let Human Resources know immediately when you need a replacement name tag. The hotel reserves the right to charge a $1.00 replacement fee for lost or damaged name tags and a $3.00 replacement fee for Hilton Ids. Only hotel approved badges & buttons are to be worn at work. Name tags must be worn on the left hand side of a uniform, shirt, dress, or suit jacket at chest level. When you leave our employment, you must return your name tag and Hilton ID to Human Resources.

### Socks/Hosiery

For Females:

Professional hosiery (no designs or patterns) should be worn at all times. Acceptable colors are navy blue, black, off/sheer white, or neutral. Hosiery must be free of noticeable runs. A spare pair of hosiery should be kept near your work area for emergency runs that may occur. Only dark or natural-colored hosiery may be worn with a dark uniform. With light uniforms, only light-colored or natural hosiery is acceptable.

**...with Hilton Pride**

HHC-0230

# The Hilton Professional Image...

For Males:
When wearing business suits, dark colored socks should be worn. For all others, socks should be consistent with the uniform.

### Shoes

For Non-Uniformed Females:

Dress shoes should be in good business taste, clean and polished. Shoes must have a heel not to exceed 2-1/2" in height and have closed toes.

For Non-Uniformed Males:

Shoes should be dark colored and conservative. Athletic or extreme sneakers, boots and other casual shoes are not permitted. Shoes must be in good repair and polished.

For Uniformed Females and Males:
Refer to the table below for departmental specifications (if your department is not listed, see your department head):

| Department | Shoe Color |
| --- | --- |
| 1919 Grill (male & female) | black |
| Banquet (male & female) | black |
| Beverage (male & female) | black |
| Capital Cafe (male) | black |
| Capital Cafe (female) | black |
| Chef (male & female) | black or white |
| Engineering (male & female) | black |
| F&B Storeroom (male & female) | black |
| Housekeeping (Housepersons) | black |
| Housekeeping (Room Attendants) | white |
| Meetings & Exhibits (male & female) | black or brown |
| Room Service (male & female) | black |
| Security (uniformed) | black shoes which will retain a shine |
| Stewarding (male) | black or white |
| Stewarding (female) | white |

44

## ...with Hilton Pride

# The Hilton Professional Image...

**NOTE:**

All kitchen team members are required to wear slip resistant safety shoes. All other uniformed team members are required to wear non-skid shoes, unless otherwise noted.

## UNIFORMS

You may hold a certain position on our team which requires you to wear a uniform. Whether you work out front or in the heart of the hotel, you must wear your appropriate uniform at all times. You will be issued a uniform upon employment and it will be your responsibility to ensure that it is properly pressed, clean and appropriately worn while on duty. Team members will have only one uniform in possession at any time. A fresh uniform will only be issued upon exchange for a soiled uniform. It is the team member's responsibility to ensure that their uniform is in good repair at all times. The Housekeeping department will make any necessary repairs or alterations. T-shirts worn under uniforms are to be solid white only (no writing or logos). Issued ties and bows should be worn at all times. Your uniform must be turned in upon your leaving our employment.

## LOCKERS

Lockers are issued to all uniformed team members. Upon employment, you will be provided with a locker and key (non-hotel issued locks are not permitted and will be removed without prior notice). The hotel reserves the right to charge a $1.00 replacement fee for a lost key. When you leave our employment, return the key to Human Resources.

Personal belongings should be stored in your locker while working. You are cautioned to keep your locker locked. Do not store valuables in your locker. The hotel will not be responsible for missing personal property.
Locker rooms are for your convenience and provide a place for you to change clothing and use the facilities. Do not keep food and beverage in your locker (especially food, which when left, may cause an unpleasant odor!). Smoking or eating are not allowed. Please keep your locker and locker room clean.

45

**...with Hilton Pride**

# The Hilton Professional Image...

All lockers are considered hotel property and are subject to inspection at the discretion of hotel management. If liquor, weapons, illegal drugs or unauthorized possession of hotel property, or property of another are found in your locker, you may be subject to disciplinary action up to and including termination.

## NON-UNIFORMED ATTIRE

For non-uniformed staff, business attire should be professional.

For Females:

Business suits are preferred. Pant suits, dresses, or a blouse with a skirt & blazer that is suitable for a business atmosphere is acceptable. Pant suits must be a coordinating set (i.e. not mix and match). Skirt length must never be more than 2" above the knee and the height of splits and necklines must be worn in a professional manner. With the exception of dresses, an appropriate and professional blazer or jacket is suggested to be worn at all times. When wearing a sweater, it must be professional in nature (casual, oversized type sweaters are not acceptable). Casual and recreational clothing such as jeans, stretch pants, leggings, stirrups, culottes, chinos, palazzos, linen, casual knits, large floral prints, metallic prints, and khakis are not acceptable business attire and are not permitted.

For Males:

Suits with a dress shirt and tie are required and should be well coordinated with shoes and dark colored socks. Solid colored shirts (blue, white, peach and pale yellow) and conservative white or blue pin stripped shirts are permissible.

Non-Uniformed Attire (Weekends):

Non-uniformed team members must maintain a professional image at all times they are on property. If you are working at the hotel outside of your regular business hours (i.e. on the weekend or holiday), the following grooming standards apply:

For Females:

Dress pants with a blouse or sweater are permitted. A blazer or jacket is required.

46

**...with Hilton Pride**

# The Hilton Professional Image...

For Males:

Jacket and tie must be worn at all times. However, a suit is not required. Colors must be conservative/traditional. No jeans, corduroy jackets or corduroy pants are allowed.

Other:

Gum chewing, smoking, eating, or drinking is not allowed while on duty or in the presence of a guest.

## SMOKING POLICY

In keeping with Hilton's intent to provide a safe and healthful work environment, smoking is prohibited except in those locations that have been specifically designated as smoking areas. In situations where the preference of smokers and nonsmokers are in direct conflict, the preferences of nonsmokers will prevail.

**...with Hilton Pride**

HHC-0234

# Schedules and Pay Information...

## SCHEDULES

Supervisors will advise team members of their individual work hours. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week.

## WORK WEEK

The scheduled work day for team members is eight productive hours in a day. The standard work week for team members is five days of work. It begins at 12:01am on Sunday and ends on Saturday night.

## IDENTIFICATION BADGE AND TIME REPORTING

Hilton Washington photo identification cards will be issued to you upon employment. This card serves as both hotel identification to provide a system of safety and security and functions to active the time clock. While on hotel property, you must wear your I.D. card at all times. Report a lost or damaged identification badge to Human Resources immediately so that a new one may be issued.

Non-exempt (hourly) team members must use their I.D. card in order to punch in and out. All team members are also responsible for signing in and out in your department. Punching in and out on another team member's I.D. or signing in or out for another team member is not permitted. It is very important that you punch in and out and sign in and out because your pay is calculated for the hours you work. Use care when activating the time clock. Under no conditions may you activate a time card other than your own or allow someone else to activate yours. Under no conditions may you alter time records. Only managers have the authority to adjust time records.

The hotel reserves the right to charge a replacement fee of $3.00 for a lost I.D. When you leave our employment, return your I.D. badge to Human Resources.

## TIME AND ATTENDANCE

To maintain a safe and productive work environment, Hilton expects team members to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other team members and the company. In the rare instances when team members cannot avoid being late to work or are unable to work as scheduled, they should notify their supervisor as

**...with Hilton Pride**

HHC-0235

# Schedules and Pay Information...

soon as possible in advance of the anticipated tardiness or absence. Poor attendance and excessive tardiness are disruptive. Either may lead to disciplinary action, up to and including termination of employment.

## TIMEKEEPING

Accurately recording time worked is the responsibility of every nonexempt team member. Federal and state laws require Hilton to keep an accurate record of time worked in order to calculate team member pay and benefits. Time worked is all time actually spent on the job performing assigned duties.

Nonexempt team members must accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons.

It is each team member's responsibility to sign his or her time record to certify the accuracy of all time recorded. The supervisor will review and then initial the time record before submitting it for payroll processing.

Altering, falsifying, tampering with time records, or recording time on another team member's time record may result in disciplinary action, up to and including termination of employment.

## OVERTIME PAY

Nonexempt team members are eligible for overtime compensation in accordance with federal and state laws. Overtime pay is based upon actual hours worked, not including paid time off or leaves of absence. Your supervisor must approve overtime in advance.

## LEAVING THE BUILDING DURING WORKING HOURS

The hotel understands that there may be occasions when a team member needs to leave the hotel during his/her work schedule. Since your supervisor is responsible for the location of all scheduled staff, obtain permission prior to leaving the hotel and notify your supervisor upon returning.

**...with Hilton Pride**

HHC-0236

# Schedules and Pay Information...

## DEDUCTION FROM WAGES

Payroll shall make deductions from wages as required by law or authorized in writing by a team member. Mandatory deductions include federal income tax, Social Security, Medicare, state and local income tax or state disability (where applicable). Garnishments are a form of deduction required by court order.

## TRAC-TIP REPORTING

Team members may accept tips upon rendering efficient, friendly, and courteous service. Such service should not be contingent upon the receipt, or anticipated receipt of a gratuity. **At no time may a team member solicit gratuities from guests, or comment or question the amount of a gratuity. Also, at no time may a team member add a gratuity to a guest's check.** To do so may subject you to discipline up to and including termination.

Under both Federal Income Tax and Social Security laws, tips received for services rendered to a customer are considered income. This includes tips received by servers, busters, service bartenders and other indirectly tipped team members. The law says if you receive $20 or more in cash tips during any calendar month, all of the cash tips earned in that month are subject to withholding. "Cash tips" include tips paid by check, charge card, or other cash equivalent. You must make a written report of those tips to Payroll. You may report these tips to Payroll on a written statement or on Form UC-51, "Employee's Report of Tips," in duplicate. Submit the report to your supervisor on the day payroll is submitted, or not later than the next pay period, and include the amount of tips received during the pay period. All tip-class team members are required to report 100% of their tips. All tip-class team members are required to keep a daily log of tips earned. Form 4070A of IRS Publication 1244, or a comparable form, must be kept for cash tips, charge tips, tips from others, including pooled tips, and tips-out payable to other team members including their names. Any team member earning $20.00 or more in tips each month is required to report their tips.

## RECEIVING YOUR PAY

Team members may have pay directly deposited into their bank accounts if they provide advance written authorization to Hilton. Forms are available in the Human Resources Department. Team members will receive an itemized statement of wages when Hilton makes direct deposits.

**...with Hilton Pride**

HHC-0237

# Schedules and Pay Information...

Your salary is a private matter. You may discuss it with your supervisor or other authorized personnel, but other team members should respect your right to keep this information private.

## PAYDAY

Team members will be paid weekly (every Thursday). Your paycheck will be available in your department until Thursday at 4:00 PM (after 4:00 PM paychecks will be available from Security). Paydays may be altered at the discretion of management. Paychecks will not be issued in advance. Vacation checks may be issued on the payday immediately preceding vacation, providing an approved vacation request form has been submitted to Payroll two weeks prior to payroll deadline.

## DIRECT DEPOSIT

Direct deposit of your weekly paycheck is available to any bank in which you have an established account. We encourage direct deposit of your weekly paycheck. Stop by Human Resources for the correct forms.

## PERFORMANCE REVIEWS

Salaried team members will be evaluated once annually in accordance with the company's performance review program. Hourly team members will be reviewed prior to the end of their Introductory Period and then once every 12 months on a calendar basis. For union team members, wage increases are governed by your collective bargaining agreement, so a formal performance review is not scheduled. It is our commitment to pay a fair and competitive wage in order to attract and retain the best qualified team members. The hotel participates in an annual wage and benefit survey to ensure that we maintain our competitive position. Your rate of pay will be reviewed periodically by your supervisor according to the guidelines for your position and pay range. Increases are not automatic, but rather are granted according to the guidelines as a reward for continued good performance. Union increases are administered in accordance with the collective bargaining agreement.

Before your introductory period ends, your supervisor will evaluate your performance. You will also have an opportunity to provide feedback. You may have performance reviews conducted by your supervisor at other scheduled times

**...with Hilton Pride**

HHC-0238

# Schedules and Pay Information...

as well. The way to do well on any performance review is to be a peak performer all the time. The peak performer is the person who believes "I have done well, but I am capable of doing much more. I am not finished yet."

52

**...with Hilton Pride**

# Safety and Security...

Safety and security are the responsibility of each team member and are very important to our business. We owe it to ourselves, our co-workers and our guests to provide a safe and secure environment. We ask each team member to observe the following guidelines:

1. Be alert! Be careful! Be aware of your surroundings! Always think SAFETY!

2. When an accident or injury occurs, report it to your manager no matter how slight it may appear at the time.

3. If you drop something, pick it up. If you spill something, clean it up.

4. Follow all emergency procedures in case of fire or emergency situations. Always remain calm. Do not panic!

5. Report any suspicious person or unusual activity immediately to the Security Department (Extension 65). Make note of who you saw and what they were doing. Give a description as best as you can recall.

6. Report all unsafe conditions and work practices to your manager.

7. Learn the correct way to lift and carry heavy objects. Remember, you can push twice as much as you can pull.

8. Keep corridors and stairs free of debris.

9. Wear all required and approved personal protective equipment.

10. Do not operate any equipment that you have not been properly trained to operate.

11. Obey "No Smoking" signs.

**Keeping the company safe and secure is every team member's responsibility.**

**...with Hilton Pride**

HHC-0240

# Safety and Security...

## WHAT TO DO IN CASE OF FIRE

1. Remain calm.

2. Activate the nearest fire alarm and call **Extension 60,** our designated emergency telephone number, from a safe location; state your name and give your exact location in the company, the location of the fire/smoke/heat; and the seriousness of the situation.

IF THE FIRE IS IN A ROOM BEHIND A CLOSED DOOR, DO NOT ATTEMPT TO OPEN THE DOOR. ONLY ATTEMPT TO PUT OUT OR CONTAIN THE FIRE IF YOU CAN SAFELY DO SO.

3. Close all doors and evacuate the area notifying others to do so as you go. Use the exit stairwell nearest you. Follow the exit signs, do not use the elevators.

4. Do not enter a smoked-filled area. Never let a fire get between you and an escape route. If you must pass through a smoke filled barrier or into a smoke filled room, place a wet cloth or towel over your mouth and crawl along the floor. The freshest and coolest air is closest to the floor.

5. Go to your designated assembly area in an orderly manner. Provide any assistance to guests or other team members along the way.

6. Refer all questions from the media to the hotel's General Manager.

## WHAT TO DO IN CASE OF OTHER EMERGENCIES

1. Provide leadership. Know your procedures. Give instructions and information clearly and calmly.

2. Be decisive by providing instructions on what to do, rather than what not to do.

3. Be confident and self-assured. A "smile" and "request to follow directions" is very calming.

54

**...with Hilton Pride**

HHC-0241

# Safety and Security...

4.  Follow all emergency procedures provided by your supervisor.

## PROTECT OUR GUESTS' PRIVACY

Everyone enjoys privacy, especially our guests. It is important you do not give out any information about a hotel guest. Any person requesting entry into a guestroom, or information about a guest must be directed to the Front Desk. Do not, under any circumstances, unlock a guestroom for a guest or another team member.

You are able to observe the personal lives of many people. We will often have celebrities staying at the hotel who have chosen us specifically for privacy. Do not seek autographs, photos or favors at any time. Please refrain from discussing your observations with others. Remember you are in a position of trust -- don't betray it.

In the course of your work you may have access to confidential information regarding the company, its customers or other team members. It is critical that you do not reveal or divulge any information either inside or outside of the Hotel.

## SAFE WORK ENVIRONMENT/ACCIDENT PREVENTION

Each team member shall follow the occupational health and safety standards of his/her location to maintain a safe work environment. Team members shall immediately report any unsafe work conditions or practices to their supervisor or the Security Department.

## HAZCOM COMPLIANCE (Occupational Safety and Health Act, OSHA)

We provide information and training to team members who are subject to potential on-the-job exposure to chemical and biological hazards in accordance with applicable federal or state hazard communication standards.

A master copy of the M.S.D.S. (Material Safety Data Sheet) Book is located in the Security or Housekeeping office; please consult it if you are ever in question or feel uncomfortable using a particular chemical(s).

55

**...with Hilton Pride**

# Safety and Security...

## WORKERS' COMPENSATION INSURANCE

Hilton maintains workers' compensation insurance to ensure that any team member who is injured on the job receives appropriate medical care and financial assistance when unable to work. If you are injured or hurt while at work, we want to provide assistance. You must immediately report any work-related accident or illness, no matter how small, to Human Resources and your supervisor.

Any team member who is injured on the premises is to report the accident to his/her supervisor and the Security department IMMEDIATELY. An accident report is to be completed and verified within 24 hours. All injuries, even minor ones, are to be reported prior to the end of the shift when the injury occurred. Failure to report the injury will result in corrective action in accordance with hotel policy.

All team members that are out of work because of work related accidents, or that require medical treatment, must have a doctor's note to return to work.

The Hilton Washington is self-insured for Workers' Compensation benefits. In the event you are injured at work or on the job, you may be entitled to the following benefits:

*MEDICAL CARE*

Medical treatment by an authorized clinic or physician will be paid by your employer.

*DISABILITY PAYMENTS*

If you are disabled by a job injury or job illness, you may be entitled to disability income while unable to work. Payments are not made for the first three days of disability. If you are determined by a doctor to be disabled from work for more than 14 consecutive calendar days, then the first three days will be paid.

*REHABILITATION*

If the injury or illness prevents return to your usual job, you may be entitled to vocational rehabilitation.

56

**...with Hilton Pride**

# Safety and Security...

You must present a doctor's release to return to work after absence resulting from such an injury or illness.

## IF YOU SHOULD HAVE AN ACCIDENT

⌋ Report the injury to your supervisor immediately.

⌋ You have the right to select a treating physician. The hotel maintains a list of local physicians specializing in work-related injuries for your convenience. Your supervisor will accompany you on this initial visit. Please be aware that if you refuse medical treatment and later see a doctor of your choice for treatment, or if you seek additional treatment that has not been approved by Hilton's designated medical clinic or by Human Resources, you could risk having your claim denied. For additional information, contact Human Resources.

**FARRAGUT MEDICAL AND TRAVEL CARE**
**815 CONNECTICUT AVE NW**
**WASHINGTON DC 20006**

**GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER**
**901 23ʳᵈ STREET NW ROOM 1416-A**
**WASHINGTON DC 20037**

⌋ Injuries requiring immediate emergency care will be directed to the *George Washington University Medical Center Emergency Room*. Injured team members utilizing the emergency room will be directed to report to their treating physician within 24 hours if follow up care is required.

⌋ Transportation to and from initial medical care will be arranged by Security. Additionally, your supervisor or another manager will accompany you on this visit.

⌋ Should it be necessary, you will be transported by ambulance to the appropriate emergency facility at the discretion of the paramedics.

⌋ Injured team members **MUST OBTAIN A MEDICAL CARE REQUEST FORM** from Security to be completed by the physician at each evaluation.

⌋ Upon completion of every medical visit, it is the **TEAM MEMBER'S RESPONSIBILITY** to have the **MEDICAL CARE REQUEST FORM** completed by the physician and returned to your supervisor. Team members

**...with Hilton Pride**

HHC-0244

⌡ will not be permitted to return to work without proper authorization.

# Safety and Security...

⌡ If a **FOLLOW-UP MEDICAL VISIT IS NECESSARY**, appointments **must** be coordinated and reported to the Workers' Compensation System Coordinator prior to the scheduled appointment date. <u>**EACH TEAM MEMBER IS REQUIRED TO OBTAIN A MEDICAL CARE REQUEST FORM PRIOR TO EACH VISIT, HAVE IT COMPLETED AND RETURN IT TO YOUR SUPERVISOR AFTER EACH EVALUATION.**</u>

⌡ All medical bills for work related injuries will be handled by Human Resources.

⌡ Any team member who is unable to return to his/her regular duty due to this work related injury will be eligible to participate in the **RETURN TO WORK PROGRAM.** Work assignments will be made based on the physician's documentation of the injured team member's capabilities and the availability of work.

⌡ Injured team members who are returning the same day the injury occurs, but are unable to resume their regular duty, will be assigned to interim transitional tasks by your supervisor or Security for the remainder of the shift. The following day they will be assigned by the Workers' Compensation System Coordinator and their supervisor to appropriate work in the **RETURN TO WORK PROGRAM.**

If you have any questions about your Workers' Compensation benefits, contact Human Resources. It doesn't cost a thing to "Think and Act Safely" all the time... Be your own "Safety Expert" by knowing how to prevent accidents.

## LOST AND FOUND

All team members are required to turn over all items found in the hotel to the Security Department immediately. Security keeps an accurate log of these items and will need to know who turned the item in, the location where the item was found, and the time it was found.

## CASH BANKS

If your position requires the use of company funds, you will be issued a cash bank. At the time you receive your bank, you will also be issued, and required to sign for, a set of cash-handling procedures. You will be responsible for the careful handling of your bank in accordance with these cash-handling procedures. Your bank is

**...with Hilton Pride**

HHC-0245

subject to audit at any time.

# Safety and Security...

It is the policy of Hilton that all team members who are issued a house bank are responsible for maintaining their bank, at all times, at the amount in which it was issued. Any shortage or overage of a house bank or a daily deposit will be investigated and evaluated with appropriate disciplinary action taken.

## DRIVING RECORDS

If your position involves driving guest vehicles or any other vehicles while on duty, your driving record will be periodically checked. If you operate a large capacity vehicle you will be subject to random drug testing. Driving infractions may affect your employment status.

## KEYS, KEY CARDS AND KEY CONTROL

A "key" card is issued to team members who are authorized to use hotel keys during the course of employment. If you are authorized, your department head will make arrangements for you to obtain keys. In order to safeguard our guests and their property and to ensure that the hotel team members and property are protected, immediately report the loss of a Master Key to your Supervisor and Security. All Master Keys must be handled with care.

### KEY CONTROL:

1. Master Keys assigned to you must be kept on your person.
2. Never pass or loan a Master Key to another team member.
3. Do not remove keys from your key ring.
4. Only accept a Master Key from an authorized individual.
5. Personally sign out for any key you are issued.
6. Do not leave a Master Key at your workstation.
7. Do not leave a Master Key in your locker.
8. Keys must be turned in prior to leaving the hotel.

**...with Hilton Pride**

HHC-0246

# Safety and Security...

## EQUIPMENT

Radios, laptops, pagers, and all other Hilton property must be handled with care. Team members must sign for receipt of the equipment and by their signature, accept responsibility for it. Therefore, the equipment should not be loaned out or given to another team member. If your employment is terminated, all Hilton equipment must be returned.

## ENERGY CONSERVATION

Energy and fuel shortages are very real problems for the hotel industry and the utility companies. Everyone is aware of the high cost of heating your home and operating your automobile. Imagine the cost and fuel use for our hotel. Everyone's help is needed to conserve energy. Listed below are a few tips:

1. Turn off all lights when not needed.
2. Turn off all office equipment when not in use.
3. Turn off television sets and radios.
4. Keep sheer draperies closed in unoccupied guest rooms.
5. Report dripping faucets, showerheads, and running toilets to the Property Operations Department.
6. Turn off ovens and grills when not in use.
7. Keep windows closed when air conditioner is on.
8. Report all mechanical deficiencies on the H.V.A.C. and/or kitchen equipment to the Engineering Department.
9. Personal heaters, humidifiers, coffee cup warmers, and other non-essential electrical equipment are not permitted in office or work areas.

**...with Hilton Pride**

HHC-0247

# Standards of Conduct...

We depend on your good judgment as a conscientious team member to observe established policies, rules, and procedures. As on any winning team, the orderly, efficient, and successful operation of Hilton depends on you. We must commit to maintaining our high standards.

Failure to maintain proper standards of conduct; violation of any provision of this handbook, the Hilton Hotels Corporation Code of Conduct, or any other established company policy; interfering with the operation of the company's business; or harming the company's reputation may result in disciplinary action, up to and including termination. The company reserves the right to determine what type of disciplinary action, including warning, suspension, or termination, may result from any violation of the standards of conduct.

The following standards of conduct of Hilton should be read carefully, as they provide a guide for team member conduct. This list is not all-inclusive, but merely indicative of the types of conduct considered subject to disciplinary action. By providing this list, the company in no way restricts its legal discretion to terminate the employment relationship at will. Hilton also reserves the right to add to, delete, or modify these rules.

## HILTON CODE OF CONDUCT

Hilton Hotels Corporation is committed to maintaining the highest standards of ethical conduct in every aspect of its business dealings. For this reason, Hilton has adopted a Code of Conduct and other corporate policies that all Hilton team members are required to follow. As a Hilton team member, you are responsible for adhering to the standards of conduct set forth in these policies. We strongly encourage you to review the Code of Conduct periodically and, if necessary, to consult with your supervisor or the head of your department, to ensure that you are in compliance with it.

61

**...with Hilton Pride**

# Standards of Conduct...

## DEALING IN COMPANY SECURITIES

Federal securities laws prohibit trading in the securities of Hilton Hotels Corporation by directors, officers and team members on the basis of material information not yet publicly disclosed. Any such person who possesses non-public information about Hilton or its business which is material in nature may not trade in Hilton's stock until such time as the information has been made known to the public. A material fact about a company is one that a reasonable investor would be likely to consider important in making a decision to buy, sell or hold the stock of such company. Examples of potential material information concerning Hilton include a significant and unanticipated change in sales or earnings; the existence of negotiations concerning a significant acquisition, divestiture or joint venture; and a decrease or increase in the dividend of the Company.

If a director, officer, or team member becomes an "insider" by virtue of such person's position in Hilton, or even if such person somehow inadvertently comes into possession of material, non-public information, such person owes a strict duty to Hilton, its stockholders and the investing public to (a) keep such information confidential and (b) refrain from trading in Hilton's stock until a public disclosure has been made. The civil and criminal penalties imposed on violators are severe. If at any time a director, officer or team member is in possession of non-public information and is in doubt as to whether or not it is material in nature, such person should consult the Legal Department for guidance.

## PRESS RELATIONS

The press or other representatives of the media are professional investigators trained specifically to procure comments from individuals. The only people authorized to make statements to the media are our General Manager and anyone he designates. You are not permitted to make any statements or comments or provide any documents concerning hotel matters. All team members are instructed not to discuss with or make statements to anyone regarding company policies, procedures or information about an emergency condition. False or incorrect information can be misleading and damaging. If contacted by a member of the press, be courteous and tactfully direct them to the Executive Offices. Proper press relations and release of information is a very important phase of any emergency plan and only those who are properly qualified in these areas are to make such statements. Refer all inquiries to the General Manager's office. For example, "Allow me to direct you to the General Manager's office."

**...with Hilton Pride**

HHC-0249

# Standards of Conduct...

## TEAM MEMBER ENTRANCE/PACKAGE PASSES

In order to reduce traffic through our Hotel lobby and to maintain our professional image, we have established an orderly procedure for everyone to leave or enter the premises. Use only the Team Member Entrance/Exit located at Florida Avenue & 19th Street when entering or exiting the Hotel. You may be requested to show your team member identification when entering the building. In addition, for your protection and for the benefit of the hotel, please show the contents of any packages you may be carrying on request from the Security Officer. Refusal to submit to this inspection procedure may lead to disciplinary action, up to and including termination. Other than work-related items, no packages should be brought into the hotel. A package pass issued by your department head must accompany all packages taken out of the hotel.

## INSPECTIONS

Inspection of company lockers, desks or vehicles can occur at any time, with or without notice. When possible, team members should be present during the inspection. When circumstances prevent the team member's presence, two members of management should be present when the search is conducted.

## TEAM MEMBERS ON PREMISES

Only those team members scheduled for work are authorized to be on hotel property. You should arrive on property no more than 15 minutes prior to the start of your shift, and must leave the property within 15 minutes from the end of your shift. The only exceptions to this rule are when you are picking up your paycheck or coming in at the request of your team leader or Human Resources.

## USE OF PUBLIC AREAS

In order for us to provide the best possible service to our guests, the public facilities of our Hotel are reserved for guest use only. During working hours, team members are not permitted to use the public areas of the hotel, unless specifically assigned. These areas include, but are not limited to, guest elevators, the lobby, banquet and guest rooms. Unless you have been assigned to be in a public area, your presence there is unauthorized. Team members are to use the rest room facilities provided by the hotel located in the "heart of the house" area.

...with Hilton Pride

HHC-0250

# Standards of Conduct...

Team members are permitted to use the public pay phones. Please use the pay phone located in the "heart of the house." In addition, personal beepers, pagers, or cellular phones are not to be worn or used during work hours, unless prior approval has been obtained.

If you have reason to return to the property or remain on the property after completion of your shift or on your day off, you must have your manager's prior permission. When you are off duty, please sign out and leave the premises within 15 minutes. Do not arrive at work more than 15 minutes before your shift is scheduled to begin.

## TELEPHONE CALLS, MAIL AND VISITORS

You may not use the hotel as a mailing address, and, except in emergencies, you may not receive or make any telephone calls while at work. Our hotel's telephones are to be used for business purposes only. This rule is for your protection, as well, since we don't want you to be disturbed by unwanted callers. If you need to make a personal call please use the pay phones located throughout the back of the house during your break or meal period. Use of guestroom, office, or any other hotel phones, as well as public area pay phones is not allowed.

Because of the number of people working at the hotel, we ask that you do not give the hotel's telephone number as a contact number. Incoming personal calls will not be relayed to you and no messages will be taken except in cases of emergency. Notify your supervisor if a special situation exists.

The hotel's address is not to be used for personal correspondence. Any personal mail received for you will be returned to sender. Hotel postage meters are for hotel business only.

Friends and family are not permitted to contact team members in the hotel while they are working. Please ask them to wait for you outside.

## SOLICITATION OF TIPS

The amount of gratuity is completely determined by our guests. Team members in tipped positions shall accept any and all gratuities with graciousness. Asking for tips is not acceptable and may result in disciplinary action, up to and including termination.

64

**...with Hilton Pride**

# Standards of Conduct...

## VISITORS / CHILDREN IN THE WORK AREA

All visitors must check in with Security or other hotel management and be escorted to the party with whom they have an appointment. It is the policy of the Hilton to prohibit team members from bringing children into any work area. A limited exception may be made when picking up paychecks.

## NO SOLICITATION / NO DISTRIBUTION POLICY

Solicitation or distribution of any literature at any time for any reason by non-team members is prohibited on company premises. Solicitation or distribution of any literature by team members during working time is prohibited. "Working time" does not include paid break periods, meal periods, or other specified periods during the work day when team members are not properly engaged in performing their duties. Distribution of literature at any time by team members in working areas on company premises is prohibited.

## COOPERATION WITH LAW ENFORCEMENT AGENCIES

In the event that a law enforcement agency is involved in an incident which took place at the property, team members working in the area are expected to cooperate with the law enforcement agency.

## USE OF HILTON COMPUTER SYSTEMS

Hilton has purchased and distributed throughout the company for use on the job a number of personal computers. Among other business-related applications, those computers are connected through an electronic mail (e-mail) communication system. If you will be using a company computer and participating in the company's computer system and its e-mail system, you are required to follow the standards for the use of the Hilton computer system.

1. The company computer systems may be used only to process and communicate business-related data and messages and incidental and occasional personal messages.

2. Only software purchased by the company for its use may be installed on the company computer systems.

3. The company computers and all data and e-mail messages on the company computer system are subject to inspection and search.

65

**...with Hilton Pride**

HHC-0252

# Standards of Conduct...

4. Use of the company computer, the company computer systems or the company e-mail system will be subject to the company's no solicitation/no distribution policy.

5. The creation or transmission of any data or e-mail message that may be construed to violate the company's Harassment-Free Workplace Policy or Equal Employment Opportunity Policy is strictly prohibited.

6. The company computer system may not be used to transmit critical or derogatory statements regarding individual team members or disciplinary messages or statements, or to conduct performance evaluations.

## EXAMPLES OF PROHIBITED TEAM MEMBER CONDUCT

- Theft, attempted theft, removal or unauthorized possession of any property without approval, such as food or beverages, hotel property or property of another team member or guest.
- Offensive or disruptive behavior, including fighting with or threatening team members or guests, interfering with others in the performance of their duties, or acting in an immoral or indecent manner on hotel property.
- Harassing, threatening, intimidating, coercing or unlawfully discriminating against others.
- Violation of the Hilton Harassment-Free Workplace Policy and/or failure to report any such incident.
- Using abusive language or profanity.
- Discourtesy or inappropriate conduct with guests or team members.
- Possessing, consuming, distributing or being under the influence of alcohol or any controlled substances on the premises or any violation of Hilton's Drug and Alcohol Abuse Policy.
- Unauthorized possession of weapons, firearms, explosives or other dangerous device on hotel premises.
- Willful or negligent failure to abide by hotel safety rules and practices or conduct that tends to create a safety hazard.
- Horseplay or other actions that endanger others, hotel or guest property, or disrupts work.
- Intentional or negligent conduct resulting in destruction or damage to hotel property or supplies, or the property of another team member, customer, visitor or guest.
- Causing general dissension and unrest among team members, including malicious gossip or false accusations.

66

**...with Hilton Pride**

# Standards of Conduct...

- Defamation of character of another team member or guest, including a false, malicious statement.
- Disloyalty to the hotel, including but not limited to slandering the hotel or Hilton, or acting in such a manner that could damage the hotel or Hilton's reputation or result in a loss of trust in the hotel or Hilton.
- Sleeping, loafing, or loitering on the job or leaving assigned work area without authorization.
- Solicitation of gratuities
- Dishonesty regarding any aspect of employment with the hotel.
- Misappropriation of hotel funds. Failure to handle funds in accordance with hotel guidelines.
- Criminal acts.
- Breach of security.
- Unauthorized distribution or solicitation during working time.
- Falsifying, altering, or making material omissions in any hotel document or record, including, but not limited to, the employment application, time cards, guest checks, and tip reports.
- Unauthorized discussion or removal of hotel confidential information (including payroll information or information contained in personnel records).
- Unauthorized disclosure, discussions, or removal of hotel trade secrets or other confidential or proprietary information.
- Failure to follow instructions.
- Refusal to work a reasonable amount of overtime when required.
- Unexcused absence on scheduled work days, without an approved reason and/or without proper notification.
- Excessive absenteeism.
- Excessive tardiness.
- Loss of a controlled key.
- Unauthorized duplication of hotel keys.
- Poor job performance, including unsatisfactory attitude that detracts from job performance or the efficient operation of the hotel.
- Willful or negligent neglect of duty causing waste or defective work.
- Gambling on hotel premises.
- Smoking or chewing gum in restricted areas.
- Being in an unauthorized or non-designated work or guest area during scheduled work period or on your days off, without your supervisor's specific authorization.
- Receiving visitors or conducting personal business during working time.
- Failure to abide by meal/break periods.

67

## ...with Hilton Pride

HHC-0254

# Standards of Conduct...

⌋  Taking meal/break periods in an unauthorized area.
⌋  Failure to report on the job accident or injury of a guest or staff member.
⌋  Falsely stating or making claims of injury.
⌋  Failure to meet Hilton performance standards.
⌋  Failure to follow grooming and appearance standards.
⌋  Violation of hotel rules or procedures, including those set forth in this Team
   Member Handbook or elsewhere.
⌋  Violation of departmental policies and procedures.

68

**...with Hilton Pride**

HHC-0255

# Being of Service...

## PERSON TO PERSON COMMUNICATIONS

1. Always extend a warm welcome and a fond farewell.
2. Always make eye contact and smile.
3. Always maintain a professional image.
4. Always anticipate and exceed guest expectations.
5. Always do what you say you will do.

## TELEPHONE COMMUNICATIONS

**Please follow these standards when answering the telephone:**

1. Answer the telephone quickly, if possible after the first ring. Do not let the telephone ring more than three rings.
2. *Without caller name display*, greet the caller with "Good morning /afternoon /evening; your department name; then your name, "This is (your name), how may I help you?" Be pleasant and friendly in your tone of voice. Speak slowly and clearly.
3. *With caller name display*, "Good morning/afternoon/evening Mr./Mrs./Ms. Wilson, this is (your name), how may I help you?"
4. Listen to the caller without interruptions. Give the caller the opportunity to say all they want to say before you respond.
5. If you need to put the caller on "hold," ask for their permission ("May I put you on hold, please?") and wait for them to answer.
6. Thank the caller **by name!**

**Please follow these standards when transferring a call:**

1. Transfer a call only if absolutely necessary.
2. If it is necessary to transfer a call, tell the caller that you are going to transfer the call, then give him/her the new extension for future reference.
3. When you reach the "transferred to" extension, give the person answering the telephone any information you have about the caller. **DO NOT MAKE THE CALLER REPEAT HIS/HER REQUEST.**
4. Make sure you have reached the correct department before disconnecting the transfer.

69

## ...with Hilton Pride

HHC-0256

# Hotel Terms...

| | |
|---|---|
| **Comp** | Complimentary, "no charge" to guest. |
| **Concierge** | A hotel team member who handles special arrangements for the guests. |
| **Connecting Rooms** | Two or more rooms with private, connecting doors that permit access between the rooms without entering the corridor. |
| **Continental Breakfast** | Consists of juice, Danish pastry, and coffee. |
| **Convention** | An assembly of persons coming together for a common purpose |
| **Conventioneer** | A guest who is a member of a convention. |
| **Covers** | The number of servings at a banquet function or restaurant outlet. |
| **Double** | A guest room with one double bed or two-person occupancy. |
| **Double/Double** | A guest room with two double beds. |
| **EBITDA** | Earnings before interest, taxes, depreciation and amortization. |
| **Eighty-Six (86)** | Out of an item. |
| **Executive Office** | Offices of the General Manager, responsible for the overall operation of the hotel. |
| **Exhibit Booths** | Refers to the space contracted by an exhibitor to display a product. |
| **F&B** | Food and Beverage. |
| **Fire Brigade** | A group of team members who are trained to respond to hotel fires 24 hours a day. |
| **Front** | A bell person assisting a guest with their luggage while either checking in or checking out of the hotel. |
| **Front Desk** | Area in which the guest checks in and checks out of the hotel. |
| **Front of the House** | Public space and/or areas of guest contact. |
| **Full House** | When all hotel rooms are occupied by guests. |
| **Function** | A guest group activity that takes place in a hotel function room. |
| **Grade-Manger** | In charge of cold meats, fish, decorative presentation of appetizers, buffets and sandwiches. |
| **GSA** | Guest Service Agent; a team member who |

71

**...with Hilton Pride**

HHC-0257

# Hotel Terms...

| | |
|---|---|
| **Amenities** | Items provided in a guest room that enhance value of stay. |
| **Adjoining Room** | Two rooms located side by side; such rooms may or may not have a connecting door. |
| **A.V.** | Audio-visual equipment. |
| **Back of the House** | Areas for team members only to use and not accessible to guests. |
| **Banquet** | A food function. |
| **Banquet Event Order** | Document which lists all the foods, activities and set-up requirements for a function. |
| **Bar-Back** | A team member who assists the bartender in stocking and cleaning of the bar area. |
| **Best Practices** | A best practice is the end product of a process that has been improved and has become a standard. |
| **Big 4** | China, glass, silver and linen used in Food & Beverage. |
| **BounceBack Weekend**® or **BounceBack Vacation**® | A marketing program that encourages guests to extend their stay over a weekend or reserve rooms for a weekend. |
| **Break-down** | The disassembly of and cleanup of function equipment and space after it has been used. |
| **Buffet** | An informal meal presented in such a way that a guest may serve him/herself. |
| **Bussing** | Preparing and cleaning of tables in the restaurant and beverage outlets. |
| **Captain** | A supervisory team member in the Food & Beverage Department, usually the Banquet Department. |
| **Cash Bar** | A bar set up in a private room where guests pay for drinks. |
| **Check-In** | Registration of a guest into a hotel room. |
| **Check-Out** | Procedure for payment by the guest for room and services rendered while registered as a hotel guest. |
| **Chef** | A food preparation specialist who is responsible in the overall operation of the kitchen. |

70

**...with Hilton Pride**

HHC-0258

works at the Front Desk.

# Hotel Terms...

| | |
|---|---|
| **Guest Folios** | A profile of a guest and a description of charges for hotel services. |
| **Heart of the House** | Those areas not seen by the guest. |
| **Hilton HHonors®** | Hilton's guest incentive program. Members receive points for each stay at a Hilton hotel. |
| **Hilton Constituents** | Our guests, shareholders/owners, the community, strategic partners, and all Hilton team members |
| **Hilton Vacation Station®** | A service program that provides special complimentary services and recognition to families traveling with children. |
| **Hospitality** | The gracious welcoming and serving of guests. |
| **House Phones** | Phones available for guests to place calls within the hotel through the hotel operator. |
| **Junior Suites** | Large room with a partition that separates the bedroom from the sitting area. |
| **King** | A guest room with a king size bed. |
| **MOD** | Manager on Duty. |
| **Outlet** | A food or beverage facility. |
| **Par** | An inventory standard for the quantity of items needed to service an operation. Example: The amount of linen needed to set all the rooms of the hotel. |
| **P + 1** | A parlor room with a connecting bedroom. Also known as a one-bedroom suite. |
| **Parlor** | A living or sitting room that isn't used as a bedroom (called a salon in some parts of Europe). |
| **Peak Season** | The busiest period in a hotel's business calendar. |
| **Pre-registration** | The guest is pre-assigned to a room by the hotel to be available upon the guest(s) arrival. |
| **Property** | A hotel. |
| **Queen Mary** | A multi-level rolling cart used for transporting F&B equipment. |
| **Rack Rate** | The current rate charged for each accommodation as established by the property |

72                               **...with Hilton Pride**

HHC-0259

management.

# Hotel Terms...

| | |
|---|---|
| **Requisition** | Form used to obtain equipment and supplies necessary to perform duties (bar, general storeroom, food, requisitions for purchase). |
| **Room Block** | Predetermined group of rooms of certain size and quantity reserved for a guest or convention. |
| **RSA** | Reservations Sales Agent. A team member who works in the Reservations Department. |
| **Rev Par** | Revenue per available room |
| **Rev Max** | Revenue management |
| **Safety Deposit Box** | Located in the Front Office for use by guest for security storage of personal items. |
| **Sous Chef** | An assistant chef. |
| **Steward** | A department that is in charge of equipment, supply and sanitation for the F&B area. |
| **Suite** | A parlor connected to one or more bedrooms. |
| **Transient Business** | The term refers to a guest with no group affiliation. |
| **Turn-Around** | The rapid arranging or rearranging of a facility to prepare for the next function. |
| **Turndown Service** | A service provided by housekeeping in which a guest room is refreshed and the bed linen turned down for the evening. |
| **VIP** | Very Important Person. |
| **Voucher** | A special coupon issued to a guest for room or meal expenses. |
| **Wake-up Calls** | Service provided by the telephone department to wake up a guest at a predetermined time. |
| **Walk** | Relocating a guest due to a sold-out situation in the hotel. |
| **Walk-in** | A guest who checks into the hotel without reservations. |
| **Walk-in Refrigerator** | A commercial refrigerator large enough to walk into. |
| **Zip-In Check-In®** | An express check-in service designed as a convenience for our guests. |
| **Zip-Out Check-Out®** | An express in-room checkout service designed as a convenience for our guests. |

73                                **...with Hilton Pride**

# Receipt and Acknowledgement of Team Member Handbook

I, _____ [print name],
Department: _____, have received a copy of
the Team Member Handbook, have reviewed it, and understand and agree to be
bound by its contents. I have had an opportunity to ask questions regarding
company policies and procedures. I understand that if I do not comprehend the
content and rules and regulations of this handbook that it is my obligation to obtain
the clarification of such matter. I acknowledge that, with the exception of the
provisions addressing at-will employment, the regulations, policies, and provisions
of this Team Member Handbook may be changed, modified, or deleted at any time.
I understand that the Team Member Handbook is a set of guidelines. Individual
department rules and standards are to be complied with in addition to the standards
contained in the Team Member Handbook.

I understand that neither this handbook, nor any other communications regarding
my employment at the Hilton by a management representative, is intended or
implied in any way to create an impression of a contract of permanent
employment.

I further understand that my employment is at will and may be terminated with or
without further cause, with or without notice, and that this at-will relationship may
not be modified except in writing and signed by the team member and the Senior
Vice President, Human Resources. Team members covered by a collective
bargaining agreement are subject to those provisions to the extent they are
inconsistent with this handbook.

_____
Team Member Signature                              Date

Hotel Version
Revised 2000

74

**...with Hilton Pride**