# ATTACHMENT B, EXHIBIT 3 (B)

## Team Member Handbook

# Standards of Conduct...

## DEALING IN COMPANY SECURITIES

Federal securities laws prohibit trading in the securities of Hilton Hotels Corporation by directors, officers and team members on the basis of material information not yet publicly disclosed. Any such person who possesses non-public information about Hilton or its business which is material in nature may not trade in Hilton's stock until such time as the information has been made known to the public. A material fact about a company is one that a reasonable investor would be likely to consider important in making a decision to buy, sell or hold the stock of such company. Examples of potential material information concerning Hilton include a significant and unanticipated change in sales or earnings; the existence of negotiations concerning a significant acquisition, divestiture or joint venture; and a decrease or increase in the dividend of the Company.

If a director, officer, or team member becomes an "insider" by virtue of such person's position in Hilton, or even if such person somehow inadvertently comes into possession of material, non-public information, such person owes a strict duty to Hilton, its stockholders and the investing public to (a) keep such information confidential and (b) refrain from trading in Hilton's stock until a public disclosure has been made. The civil and criminal penalties imposed on violators are severe. If at any time a director, officer or team member is in possession of non-public information and is in doubt as to whether or not it is material in nature, such person should consult the Legal Department for guidance.

## PRESS RELATIONS

The press or other representatives of the media are professional investigators trained specifically to procure comments from individuals. The only people authorized to make statements to the media are our General Manager and anyone he designates. You are not permitted to make any statements or comments or provide any documents concerning hotel matters. All team members are instructed not to discuss with or make statements to anyone regarding company policies, procedures or information about an emergency condition. False or incorrect information can be misleading and damaging. If contacted by a member of the press, be courteous and tactfully direct them to the Executive Offices. Proper press relations and release of information is a very important phase of any emergency plan and only those who are properly qualified in these areas are to make such statements. Refer all inquiries to the General Manager's office. For example, "Allow me to direct you to the General Manager's office."

# Standards of Conduct...

## TEAM MEMBER ENTRANCE/PACKAGE PASSES

In order to reduce traffic through our Hotel lobby and to maintain our professional image, we have established an orderly procedure for everyone to leave or enter the premises. Use only the Team Member Entrance/Exit located at Florida Avenue & 19th Street when entering or exiting the Hotel. You may be requested to show your team member identification when entering the building. In addition, for your protection and for the benefit of the hotel, please show the contents of any packages you may be carrying on request from the Security Officer. Refusal to submit to this inspection procedure may lead to disciplinary action, up to and including termination. Other than work-related items, no packages should be brought into the hotel. A package pass issued by your department head must accompany all packages taken out of the hotel.

## INSPECTIONS

Inspection of company lockers, desks or vehicles can occur at any time, with or without notice. When possible, team members should be present during the inspection. When circumstances prevent the team member's presence, two members of management should be present when the search is conducted.

## TEAM MEMBERS ON PREMISES

Only those team members scheduled for work are authorized to be on hotel property. You should arrive on property no more than 15 minutes prior to the start of your shift, and must leave the property within 15 minutes from the end of your shift. The only exceptions to this rule are when you are picking up your paycheck or coming in at the request of your team leader or Human Resources.

## USE OF PUBLIC AREAS

In order for us to provide the best possible service to our guests, the public facilities of our Hotel are reserved for guest use only. During working hours, team members are not permitted to use the public areas of the hotel, unless specifically assigned. These areas include, but are not limited to, guest elevators, the lobby, banquet and guest rooms. Unless you have been assigned to be in a public area, your presence there is unauthorized. Team members are to use the rest room facilities provided by the hotel located in the "heart of the house" area.

# Standards of Conduct...

Team members are permitted to use the public pay phones. Please use the pay phone located in the "heart of the house." In addition, personal beepers, pagers, or cellular phones are not to be worn or used during work hours, unless prior approval has been obtained.

If you have reason to return to the property or remain on the property after completion of your shift or on your day off, you must have your manager's prior permission. When you are off duty, please sign out and leave the premises within 15 minutes. Do not arrive at work more than 15 minutes before your shift is scheduled to begin.

## TELEPHONE CALLS, MAIL AND VISITORS

You may not use the hotel as a mailing address, and, except in emergencies, you may not receive or make any telephone calls while at work. Our hotel's telephones are to be used for business purposes only. This rule is for your protection, as well, since we don't want you to be disturbed by unwanted callers. If you need to make a personal call please use the pay phones located throughout the back of the house during your break or meal period. Use of guestroom, office, or any other hotel phones, as well as public area pay phones is not allowed.

Because of the number of people working at the hotel, we ask that you do not give the hotel's telephone number as a contact number. Incoming personal calls will not be relayed to you and no messages will be taken except in cases of emergency. Notify your supervisor if a special situation exists.

The hotel's address is not to be used for personal correspondence. Any personal mail received for you will be returned to sender. Hotel postage meters are for hotel business only.

Friends and family are not permitted to contact team members in the hotel while they are working. Please ask them to wait for you outside.

## SOLICITATION OF TIPS

The amount of gratuity is completely determined by our guests. Team members in tipped positions shall accept any and all gratuities with graciousness. Asking for tips is not acceptable and may result in disciplinary action, up to and including termination.

# Standards of Conduct...

## VISITORS / CHILDREN IN THE WORK AREA

All visitors must check in with Security or other hotel management and be escorted to the party with whom they have an appointment. It is the policy of the Hilton to prohibit team members from bringing children into any work area. A limited exception may be made when picking up paychecks.

## NO SOLICITATION / NO DISTRIBUTION POLICY

Solicitation or distribution of any literature at any time for any reason by non-team members is prohibited on company premises. Solicitation or distribution of any literature by team members during working time is prohibited. "Working time" does not include paid break periods, meal periods, or other specified periods during the work day when team members are not properly engaged in performing their duties. Distribution of literature at any time by team members in working areas on company premises is prohibited.

## COOPERATION WITH LAW ENFORCEMENT AGENCIES

In the event that a law enforcement agency is involved in an incident which took place at the property, team members working in the area are expected to cooperate with the law enforcement agency.

## USE OF HILTON COMPUTER SYSTEMS

Hilton has purchased and distributed throughout the company for use on the job a number of personal computers. Among other business-related applications, those computers are connected through an electronic mail (e-mail) communication system. If you will be using a company computer and participating in the company's computer system and its e-mail system, you are required to follow the standards for the use of the Hilton computer system.

1. The company computer systems may be used only to process and communicate business-related data and messages and incidental and occasional personal messages.

2. Only software purchased by the company for its use may be installed on the company computer systems.

3. The company computers and all data and e-mail messages on the company computer system are subject to inspection and search.

# Standards of Conduct...

4. Use of the company computer, the company computer systems or the company e-mail system will be subject to the company's no solicitation/no distribution policy.
5. The creation or transmission of any data or e-mail message that may be construed to violate the company's Harassment-Free Workplace Policy or Equal Employment Opportunity Policy is strictly prohibited.
6. The company computer system may not be used to transmit critical or derogatory statements regarding individual team members or disciplinary messages or statements, or to conduct performance evaluations.

## EXAMPLES OF PROHIBITED TEAM MEMBER CONDUCT

- Theft, attempted theft, removal or unauthorized possession of any property without approval, such as food or beverages, hotel property or property of another team member or guest.
- Offensive or disruptive behavior, including fighting with or threatening team members or guests, interfering with others in the performance of their duties, or acting in an immoral or indecent manner on hotel property.
- Harassing, threatening, intimidating, coercing or unlawfully discriminating against others.
- Violation of the Hilton Harassment-Free Workplace Policy and/or failure to report any such incident.
- Using abusive language or profanity.
- Discourtesy or inappropriate conduct with guests or team members.
- Possessing, consuming, distributing or being under the influence of alcohol or any controlled substances on the premises or any violation of Hilton's Drug and Alcohol Abuse Policy.
- Unauthorized possession of weapons, firearms, explosives or other dangerous device on hotel premises.
- Willful or negligent failure to abide by hotel safety rules and practices or conduct that tends to create a safety hazard.
- Horseplay or other actions that endanger others, hotel or guest property, or disrupts work.
- Intentional or negligent conduct resulting in destruction or damage to hotel property or supplies, or the property of another team member, customer, visitor or guest.
- Causing general dissension and unrest among team members, including malicious gossip or false accusations.

# Standards of Conduct...

- Defamation of character of another team member or guest, including a false, malicious statement.
- Disloyalty to the hotel, including but not limited to slandering the hotel or Hilton, or acting in such a manner that could damage the hotel or Hilton's reputation or result in a loss of trust in the hotel or Hilton.
- Sleeping, loafing, or loitering on the job or leaving assigned work area without authorization.
- Solicitation of gratuities
- Dishonesty regarding any aspect of employment with the hotel.
- Misappropriation of hotel funds. Failure to handle funds in accordance with hotel guidelines.
- Criminal acts.
- Breach of security.
- Unauthorized distribution or solicitation during working time.
- Falsifying, altering, or making material omissions in any hotel document or record, including, but not limited to, the employment application, time cards, guest checks, and tip reports.
- Unauthorized discussion or removal of hotel confidential information (including payroll information or information contained in personnel records).
- Unauthorized disclosure, discussions, or removal of hotel trade secrets or other confidential or proprietary information.
- Failure to follow instructions.
- Refusal to work a reasonable amount of overtime when required.
- Unexcused absence on scheduled work days, without an approved reason and/or without proper notification.
- Excessive absenteeism.
- Excessive tardiness.
- Loss of a controlled key.
- Unauthorized duplication of hotel keys.
- Poor job performance, including unsatisfactory attitude that detracts from job performance or the efficient operation of the hotel.
- Willful or negligent neglect of duty causing waste or defective work.
- Gambling on hotel premises.
- Smoking or chewing gum in restricted areas.
- Being in an unauthorized or non-designated work or guest area during scheduled work period or on your days off, without your supervisor's specific authorization.
- Receiving visitors or conducting personal business during working time.
- Failure to abide by meal/break periods.

# Standards of Conduct...

- Taking meal/break periods in an unauthorized area.
- Failure to report on the job accident or injury of a guest or staff member.
- Falsely stating or making claims of injury.
- Failure to meet Hilton performance standards.
- Failure to follow grooming and appearance standards.
- Violation of hotel rules or procedures, including those set forth in this Team Member Handbook or elsewhere.
- Violation of departmental policies and procedures.

# Being of Service...

## PERSON TO PERSON COMMUNICATIONS

1. Always extend a warm welcome and a fond farewell.
2. Always make eye contact and smile.
3. Always maintain a professional image.
4. Always anticipate and exceed guest expectations.
5. Always do what you say you will do.

## TELEPHONE COMMUNICATIONS

**Please follow these standards when answering the telephone:**

1. Answer the telephone quickly, if possible after the first ring. Do not let the telephone ring more than three rings.
2. ***Without caller name display***, greet the caller with "Good morning /afternoon /evening; your department name; then your name, "This is (your name), how may I help you?" Be pleasant and friendly in your tone of voice. Speak slowly and clearly.
3. ***With caller name display***, "Good morning/afternoon/evening Mr./Mrs./Ms. Wilson, this is (your name), how may I help you?"
4. Listen to the caller without interruptions. Give the caller the opportunity to say all they want to say before you respond.
5. If you need to put the caller on "hold," ask for their permission ("May I put you on hold, please?") and wait for them to answer.
6. Thank the caller **by name!**

**Please follow these standards when transferring a call:**

1. Transfer a call only if absolutely necessary.
2. If it is necessary to transfer a call, tell the caller that you are going to transfer the call, then give him/her the new extension for future reference.
3. When you reach the "transferred to" extension, give the person answering the telephone any information you have about the caller. **DO NOT MAKE THE CALLER REPEAT HIS/HER REQUEST.**
4. Make sure you have reached the correct department before disconnecting the transfer.

# Hotel Terms...

| | |
|---|---|
| **Comp** | Complimentary, "no charge" to guest. |
| **Concierge** | A hotel team member who handles special arrangements for the guests. |
| **Connecting Rooms** | Two or more rooms with private, connecting doors that permit access between the rooms without entering the corridor. |
| **Continental Breakfast** | Consists of juice, Danish pastry, and coffee. |
| **Convention** | An assembly of persons coming together for a common purpose |
| **Conventioneer** | A guest who is a member of a convention. |
| **Covers** | The number of servings at a banquet function or restaurant outlet. |
| **Double** | A guest room with one double bed or two-person occupancy. |
| **Double/Double** | A guest room with two double beds. |
| **EBITDA** | Earnings before interest, taxes, depreciation and amortization. |
| **Eighty-Six (86)** | Out of an item. |
| **Executive Office** | Offices of the General Manager, responsible for the overall operation of the hotel. |
| **Exhibit Booths** | Refers to the space contracted by an exhibitor to display a product. |
| **F&B** | Food and Beverage. |
| **Fire Brigade** | A group of team members who are trained to respond to hotel fires 24 hours a day. |
| **Front** | A bell person assisting a guest with their luggage while either checking in or checking out of the hotel. |
| **Front Desk** | Area in which the guest checks in and checks out of the hotel. |
| **Front of the House** | Public space and/or areas of guest contact. |
| **Full House** | When all hotel rooms are occupied by guests. |
| **Function** | A guest group activity that takes place in a hotel function room. |
| **Grade-Manger** | In charge of cold meats, fish, decorative presentation of appetizers, buffets and sandwiches. |
| **GSA** | Guest Service Agent; a team member who |

# Hotel Terms...

| | |
|---|---|
| **Amenities** | Items provided in a guest room that enhance value of stay. |
| **Adjoining Room** | Two rooms located side by side; such rooms may or may not have a connecting door. |
| **A.V.** | Audio-visual equipment. |
| **Back of the House** | Areas for team members only to use and not accessible to guests. |
| **Banquet** | A food function. |
| **Banquet Event Order** | Document which lists all the foods, activities and set-up requirements for a function. |
| **Bar-Back** | A team member who assists the bartender in stocking and cleaning of the bar area. |
| **Best Practices** | A best practice is the end product of a process that has been improved and has become a standard. |
| **Big 4** | China, glass, silver and linen used in Food & Beverage. |
| **BounceBack Weekend®** or **BounceBack Vacation®** | A marketing program that encourages guests to extend their stay over a weekend or reserve rooms for a weekend. |
| **Break-down** | The disassembly of and cleanup of function equipment and space after it has been used. |
| **Buffet** | An informal meal presented in such a way that a guest may serve him/herself. |
| **Bussing** | Preparing and cleaning of tables in the restaurant and beverage outlets. |
| **Captain** | A supervisory team member in the Food & Beverage Department, usually the Banquet Department. |
| **Cash Bar** | A bar set up in a private room where guests pay for drinks. |
| **Check-In** | Registration of a guest into a hotel room. |
| **Check-Out** | Procedure for payment by the guest for room and services rendered while registered as a hotel guest. |
| **Chef** | A food preparation specialist who is responsible in the overall operation of the kitchen. |

works at the Front Desk.

# Hotel Terms...

| | |
|---|---|
| **Guest Folios** | A profile of a guest and a description of charges for hotel services. |
| **Heart of the House** | Those areas not seen by the guest. |
| **Hilton HHonors®** | Hilton's guest incentive program. Members receive points for each stay at a Hilton hotel. |
| **Hilton Constituents** | Our guests, shareholders/owners, the community, strategic partners, and all Hilton team members |
| **Hilton Vacation Station®** | A service program that provides special complimentary services and recognition to families traveling with children. |
| **Hospitality** | The gracious welcoming and serving of guests. |
| **House Phones** | Phones available for guests to place calls within the hotel through the hotel operator. |
| **Junior Suites** | Large room with a partition that separates the bedroom from the sitting area. |
| **King** | A guest room with a king size bed. |
| **MOD** | Manager on Duty. |
| **Outlet** | A food or beverage facility. |
| **Par** | An inventory standard for the quantity of items needed to service an operation. Example: The amount of linen needed to set all the rooms of the hotel. |
| **P + 1** | A parlor room with a connecting bedroom. Also known as a one-bedroom suite. |
| **Parlor** | A living or sitting room that isn't used as a bedroom (called a salon in some parts of Europe). |
| **Peak Season** | The busiest period in a hotel's business calendar. |
| **Pre-registration** | The guest is pre-assigned to a room by the hotel to be available upon the guest(s) arrival. |
| **Property** | A hotel. |
| **Queen Mary** | A multi-level rolling cart used for transporting F&B equipment. |
| **Rack Rate** | The current rate charged for each accommodation as established by the property |

management.

# Hotel Terms...

| | |
|---|---|
| **Requisition** | Form used to obtain equipment and supplies necessary to perform duties (bar, general storeroom, food, requisitions for purchase). |
| **Room Block** | Predetermined group of rooms of certain size and quantity reserved for a guest or convention. |
| **RSA** | Reservations Sales Agent. A team member who works in the Reservations Department. |
| **Rev Par** | Revenue per available room |
| **Rev Max** | Revenue management |
| **Safety Deposit Box** | Located in the Front Office for use by guest for security storage of personal items. |
| **Sous Chef** | An assistant chef. |
| **Steward** | A department that is in charge of equipment, supply and sanitation for the F&B area. |
| **Suite** | A parlor connected to one or more bedrooms. |
| **Transient Business** | The term refers to a guest with no group affiliation. |
| **Turn-Around** | The rapid arranging or rearranging of a facility to prepare for the next function. |
| **Turndown Service** | A service provided by housekeeping in which a guest room is refreshed and the bed linen turned down for the evening. |
| **VIP** | Very Important Person. |
| **Voucher** | A special coupon issued to a guest for room or meal expenses. |
| **Wake-up Calls** | Service provided by the telephone department to wake up a guest at a predetermined time. |
| **Walk** | Relocating a guest due to a sold-out situation in the hotel. |
| **Walk-in** | A guest who checks into the hotel without reservations. |
| **Walk-in Refrigerator** | A commercial refrigerator large enough to walk into. |
| **Zip-In Check-In®** | An express check-in service designed as a convenience for our guests. |
| **Zip-Out Check-Out®** | An express in-room checkout service designed as a convenience for our guests. |

# Receipt and Acknowledgement of Team Member Handbook

I, _______________________________________________ [print name], Department: _______________________________, have received a copy of the Team Member Handbook, have reviewed it, and understand and agree to be bound by its contents. I have had an opportunity to ask questions regarding company policies and procedures. I understand that if I do not comprehend the content and rules and regulations of this handbook that it is my obligation to obtain the clarification of such matter. I acknowledge that, with the exception of the provisions addressing at-will employment, the regulations, policies, and provisions of this Team Member Handbook may be changed, modified, or deleted at any time. I understand that the Team Member Handbook is a set of guidelines. Individual department rules and standards are to be complied with in addition to the standards contained in the Team Member Handbook.

I understand that neither this handbook, nor any other communications regarding my employment at the Hilton by a management representative, is intended or implied in any way to create an impression of a contract of permanent employment.

I further understand that my employment is at will and may be terminated with or without further cause, with or without notice, and that this at-will relationship may not be modified except in writing and signed by the team member and the Senior Vice President, Human Resources. Team members covered by a collective bargaining agreement are subject to those provisions to the extent they are inconsistent with this handbook.

_____________________________________________________________

Team Member Signature Date

Hotel Version
Revised 2000