# ATTACHMENT C

# CITED PORTIONS OF ROBIN STERRITT'S

# OCTOBER 12, 2007 DEPOSITION TRANSCRIPT
# (STERRETT TR. 1)



UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

KIN S. CHHAN,

       Plaintiff,

    v.                        Civ. No.: 1:07cv01180 (HHK)

HILTON HOTELS CORPORATION,

       Defendant.

---

Friday, October 12, 2007

Deposition of
ROBIN STERRETT

a witness, called for examination by counsel for Plaintiff, pursuant to notice and agreement of counsel, beginning at 10:00 a.m. in the offices of Kestell & Associates, 1012 14th Street, N.W., Suite 630, Washington, D.C., 20005, before Jerry McKenzie of Court Reporting Services, Inc., when were present on behalf of the respective parties:

2

1   about, I was Director of Human Resources for the Hilton

2   Washington.   I've been --

3        Q    So you're in a different --

4        A    I'm in a different position, yes.

5        Q    How long have you held the regional position?

6        A    Since the end of May this year.

7        Q    Congratulations.   I take it that's a promotion

8   for you?

9        A    Yes.

10        Q    Prior to becoming regional, you held a director

11   of human resources?

12        A    Yes.   I was Director of Human Resources at the

13   Hilton Washington since, from October of `96 through May

14   of `07.

15        Q    And as Director of Human Resources, one of your

16   duties was to investigate disciplinary actions?

17        A    Yes.

18        Q    How many employees were you overseeing?

19        A    We had about 730 regular team members, and

20   probably a couple hundred on call.

21        Q    And what kind of different positions are we

22   talking about?

23        A    In the 730?

24        Q    Correct.

9

1    where they were actually throwing punches or physically

2    assaulting each other, but they were just exchanging words

3    in an offensive manner.

4        A    They would certainly be counseled.  They would

5    absolutely be counseled.

6        Q    And if they had prior record where they had

7    previously been counseled for something similar involving

8    some other employee, what action would you take at that

9    time?

10       A    Obviously, there would be more severe

11   counseling, if not termination.  Again, depending on what

12   his prior record was.

13       Q    Well, would an employee not normally be given

14   progressive discipline if he'd had no written warnings

15   prior to this second incident involving another co-worker?

16       A    Yes.  That's what I'm saying.  Depending on what

17   the record was and what that involved, it's either more

18   progressive counseling or it's termination, again,

19   depending on the situations involved.

20       Q    You talked about more progressive counseling or

21   termination.  Would a normal step in the procedure be a

22   suspension if the employee had not had previously been

23   suspended?

24       A    Yes.  And that's what I would mean by more

1   immediately?

2       A    Yes.

3       Q    And did he do so?

4       A    Yes, he did.

5       Q    Who were the employees?

6       A    Hernan Vasquez, Mustafa Abouhouda, and Rosa

7   Rosario.  And Kevin O'Shea and Chuck Atkins were also

8   there, as well as Norman Bakshi, who was the union team

9   leader.

10      Q    What is the union team leader's function?

11      A    Another work for it is shop steward.  They

12  represent the team members on behalf of the union.

13      Q    And had Mr. Chhan asked for the shop steward to

14  be present?

15      A    Kin Chhan was not in that meeting.

16      Q    Well, who asked that the shop steward attend?

17      A    The three employees, Rosa Rosario, Mustafa

18  Abouhouda and Hernan Vasquez.  And it resulted because, I

19  believe, Mustafa brought it to Norman Bakshi's attention,

20  so, in anything that has to do with an employee, they have

21  a right to be there.

22      Q    Okay.  So Mustafa was the one who brought it to

23  the shop steward's attention, and then how did the rest of

24  the employees get gathered?

---

20

```
 1        A    Hernan brought it to Kevin's attention.  And
 2   again, Hernan heard about what happened, felt the comments
 3   were directed towards his wife, and therefore was upset
 4   about it.
 5        Q    Did you learn who told Hernan about it?
 6        A    Who told him directly?  I'm not sure who told
 7   him.
 8        Q    Okay, so we got Hernan approaching Mr. O'Shea,
 9   and we've got Mustafa approaching the shop steward with
10   Rosario, right?
11        A    I don't know whether Rosa Rosario was with
12   Mustafa when he told Norman.
13        Q    Okay.  But they were all together when they met
14   with you?
15        A    Yes.
16        Q    And so, what did you -- first of all, what was
17   their complaint to you?
18        A    Well, it started with Hernan.  Because, again,
19   as it turned out, Hernan did not directly hear any
20   comments.  His statement was, as he was walking -- they
21   were setting up for a function in the morning.  As he was
22   walking into the ballroom to set up his table, Kin Chhan
23   was walking up the stairs back into the kitchen.  He heard
24   Kin Chhan talking, didn't hear what he said, so he just
```

25

1      policy.

2              Q     We'll move to discussing the prior suspension.

3              A     Sure.

4              Q     So, you felt that even though Mr. Kin Chhan had

5      denied making the comments, that Mustapha's and Rosario's

6      testimony that he did use four-letter words, even though

7      they didn't seem to be directed at anyone, was so

8      offensive as to warrant a suspension?

9              A     They were based on their statements, and I had

10     two people saying that those comments had been made, it

11     appeared that there was a violation of our harassment-free

12     workplace policy code of conduct.  And until the

13     investigation was concluded, yes, a suspension pending

14     investigation was appropriate.

15             Q     Okay.  Did you attempt to find out if any other

16     employees were present?

17             A     Yes.  Peter Chan stepped forward and indicated

18     that he also had witnessed the situation.  He was in the

19     kitchen and he was getting his tray ready and pulling

20     stuff together, heard Kin Chhan making comments.  At first

21     --

22             Q     What do you mean he stepped forward?  Did he

23     call you up and say, I want to be a witness too?

24             A     No.  No.  I was actually walking through the

1        A    He could be a first-hand witness, but it's not

2    objective, and, you know, for both of their sake, we kept

3    it with people who were not related.

4        Q    But you thought the other witnesses were

5    objective?

6        A    Um-hmm [affirmative].

7        Q    You felt that Mr. Vasquez was objective?

8        A    Um-hmm [affirmative].

9        Q    Even though he thought his wife was being

10    referred to?

11        A    Yes, and again, his statement ultimately didn't

12    play a role because he wasn't a first-hand witness.

13        Q    Did Mr. San Chhan ever offer that he was there?

14        A    No.  No.  He never came forward to me that day

15    or ever.

16        Q    Okay, so, you just happen to be walking down the

17    hall and Mr. Chhan offers that what happened was wrong.

18    That was still before this form was completed?

19        A    No.  No.  He had already been suspended pending

20    investigation.  He had gone home.

21        Q    Okay.  So the next thing that happened, Mr. Chan

22    offered during this hallway discussion that he had also

23    heard something.  Anything else?

24        A    No.  I had asked Peter Chan to come to my

1  asked Hernan, You know, obviously, he read my statement
2  and said is this an accurate reflection of what you told
3  me on the 19th?  He said yes, and he had made, referred he
4  thought that he added that when he first heard about the
5  comments Kin made, he thought Kin had been talking about
6  his wife.  And that's when I then said, you know, had
7  asked him about whether he had had any comments or
8  conversations with Kin earlier in the day.

9      Q    Did you ask Mr. Hernan, why would you think he
10  was referring about your wife?

11      A    No.  Because, again, ultimately, because he
12  hadn't first-hand heard it, you know, his statement
13  ultimately wasn't playing a role in the decision.

14      Q    Well, I understand that, but, as I understand
15  how it got brought to your attention, he seemed to be the
16  most agitated when they came to meet with you the first
17  time.

18          MS. ARIAIL:  Objection.  Mis-characterization of
19  testimony.

20          THE WITNESS:  No, I don't think I said that.  I
21  mean, they were all upset about the comment that he made,
22  including Peter Chan, who wasn't even in the room at that
23  time.  He was on his own when he saw me and said that it
24  was very offensive.

34

1       BY MR. KESTELL:

2       Q    But Hernan was the one who went to Mr. O'Shea.

3       A    No.  Ultimately, they all three went to Kevin,

4    because when he called me he said, I have several servers

5    here who want to speak to you.  So they were all together

6    at that point.

7       Q    Okay, now, Mustafa gave a statement that appears

8    to be different from Rosario's, does it not?

9       A    No.  He confirms that, I can F their wives, I

10   give good F.

11      Q    Okay, but he doesn't say anything about M-F.

12      A    He gave the same statements that Rosario, Rosa

13   Rosario.

14      Q    I thought Rosario said that he had said the M-F

15   word.

16      A    Yes.  And then, I can F their wives, I give good

17   F, I'm good at F.  It's the same string of comments.

18      Q    Except that M-F was not in Mustapha's

19   description?

20      A    No.

21      Q    Now, when you met with Kin Chhan, he told you

22   that Hernan had been bothering him since early morning?

23      A    Um-hmm [affirmative].  He had said that Hernan

24   had something against him.  And I had asked him, what does

1    A    It was brought to my attention the next day that

2    there was an incident between Mustafa Allame. And I

3    should say this is a different Mustafa from the other one.

4    Q    I'm glad you pointed that out.

5    A    Yes. Mustafa Allame is a banquet house person.

6    The banquet house persons set up meeting rooms. They put

7    the tables out, they put the chairs out, they put the

8    tablecloths, if it is a meeting function. And if it is a

9    banquet function where food and beverage is being served,

10    it is the banquet server's responsibility to put the

11    tablecloths on.

12        This was a function that was a food and beverage

13    function, and Kin Chhan was working the function. And he

14    was on set-up, so it was his responsibility to get the

15    tablecloths on the table. Spence had asked Mustafa,

16    Spence had been talking to another team member.

17    Q    Who's Spence?

18    A    I'm sorry. Spence is a meetings and exhibits

19    manager. That's Errol Spence. He goes by Spence. He was

20    in the room, he was helping, he was talking to a team

21    member. Kin Chhan had been interrupting their

22    conversation. So Spence had been telling Kin, please

23    wait, I'm in a conversation. When that conversation

24    ended, he has asked Kin, what was the issue, what did he

---

42

```
 1    Mustafa?
 2         A    For Mustafa.
 3         Q    Okay, so, Mustafa reports to him?
 4         A    Yes.
 5         Q    And according to the way Spence describes it,
 6    Kin comes in the room and interrupts a conversation he's
 7    having with Mustafa?
 8         A    With another co-worker.  I don't remember
 9    whether it was Mustafa or not.  But it was with another
10    co-worker on his team.
11         Q    Spence's team?
12         A    Yes.
13         Q    Okay.  Go on.
14         A    Mustafa leaves the room.  Based on Mustapha's
15    statement, he went into the service corridor, he passed
16    Lolo Villagomez, who is a banquet captain.  So he is in
17    charge of the function and he is in charge of Kin Chhan.
18    He asked Lolo, what tableclothes should I be using for
19    this function?  Lolo says, that's a banquet function,
20    that's our responsibility to do.  So they both walked back
21    into the ballroom, and Lolo informed Kin that, that's our
22    job, that's our responsibility to put tablecloths on the
23    tables.  And at that point, Kin Chhan becomes agitated,
24    says, I want to kick your M-F ass, and starts to take his
```

1    jacket off as if he's ready to start a fight.

2         Q    Okay.  And who reported that?

3         A    Ultimately Mustafa said that, and Lolo

4    Villagomez stated that.

5              MR. KESTELL:  Unless I've missed it, did you

6    provide us with those statements?  I don't have any -- I

7    don't believe I have any statements associated with that.

8              MS. ARIAIL:  I will look and see if there are

9    responses, and if so, why they were not provided.  I mean,

10   I'm not sure if there were written statements.  If you

11   want to make another request, I can look into it.

12             BY MR. KESTELL:

13        Q    Do you recall if there were written statements?

14        A    I have my investigation notes on it.

15        Q    Similar to what we introduced for the July 9th,

16   19th incident?

17        A    Yes.  I should have similar notes.

18        Q    Okay.  Did you -- this occurred approximately

19   what time on the 5th?

20        A    I don't know.  I think it was an afternoon

21   function.  I think they were setting up for an evening

22   function, so it happened towards the end of the day.  And

23   then I got involved the next day, on the 6th which was

24   when we spoke and then he was suspended pending

45

1    and Lolo before meeting with Kin Chhan?

2        A    No.  No.  I believe I met with Kin Chhan, did a

3    suspension pending investigation.

4        Q    Well, how could you do that --

5            MS. ARIAL: Objection.  Could you let her finish

6    her answer when asked the question?

7            THE WITNESS:  It is not unusual to do a

8    suspension pending if you have a serious allegation such

9    as this, that you do a suspension pending investigation,

10   you investigate it.  And then wherever the investigation

11   falls, I mean, ultimately, you can go from one extreme of

12   the individual is brought back and they are paid for any

13   days that are missed to the other extreme of a

14   termination.  But if there's a situation such as this, it

15   would not be unusual to do a suspension pending and then

16   to look further into the case based on what he said and

17   based on what other witnesses would have said.

18           BY MR. KESTELL:

19       Q    I mean, how did you even know about anything at

20   that point?

21       A    When I came into work on the 6th, it, obviously

22   was brought to my attention that a situation had occurred

23   the previous day.

24       Q    You don't remember who brought it to your

1    attention?

2        A    No.   No.

3        Q    But you met with the first-hand witnesses when

4    you prepared this?

5        A    I'd have to go back to my notes to look at the

6    actual sequence of events.

7        Q    When you met with Kin Chhan that morning, was

8    anyone with him?

9        A    Yes.   I apologize, it's hard to read at the

10   bottom here.   It should say team leader Dwayne Rouse.

11       Q    Okay, and why would the team leader have been

12   present?

13       A    Any time -- again, he's a shop steward, he's a

14   union member.   Any time there's an investigation or a

15   situation that could potentially lead to disciplinary

16   action, they have a right to a team leader to be present.

17       Q    And what did Mr. Chhan say when you inquired

18   with him about the allegation?

19       A    He denied he made those statements or acted in a

20   way that would have led them to believe there was going to

21   be a fight.

22       Q    Do you know how long Mr. Chhan worked that

23   evening, on the 5th?

24       A    No.

---