## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIN S. CHHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civ. No.:  1:07cv01180 (HHK)** |
| | ) | |
| | ) | |
| **HILTON HOTELS CORPORATION,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### CONSENT MOTION FOR BRIEF EXTENSION TO FILE REPLY BRIEF

Defendant Hilton Hotels Corporation ("Hilton"), by its attorneys, hereby files this Consent Motion for a one-week extension to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.   The basis for this Motion is as follows:

1.      Defendant's Reply to Plaintiff's Opposition currently due April 15, 2008.

2.      Undersigned counsel has encountered unexpected personal circumstances that will make it difficult to meet the April 15 deadline.

3.      Defendant requests a one-week extension, until April 22, 2008, to file its Reply.

4.       On April 11, 2008, Plaintiff's counsel, Jim Kestell, consented via e-mail to the one-week extension requested in this Motion.

For the foregoing reasons, Defendant respectfully asks the Court to enter the attached proposed order extending the time for Defendant to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment by one week, until April 22, 2008.

Respectfully submitted,

**Hilton Hotels Corporation**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on April 11, 2008, a copy of the foregoing *Consent Motion for Extension to File Reply Brief* was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid, to:

James L. Kestell
Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW
Suite 630
Washington, DC 20005
*Counsel for Plaintiff*


_/s/ Kara M. Ariail_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIN S. CHHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | **Civ. No.:  1:07cv01180 (HHK)** |
| ) | |
| ) | |
| **HILTON HOTELS CORPORATION,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**<u>ORDER</u>**

The Court has considered Defendant's Consent Motion for Brief Extension to File Reply

Brief.  Finding good cause, the Court hereby GRANTS the motion.  Defendant's time to file a

reply to Plaintiff's opposition to summary judgment shall be extended by one week, from April

15, 2008 to April 22, 2008.

IT IS SO ORDERED, this _____ day of April, 2008

_____
United Stated District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

KIN S. CHHAN,                          )
                                       )
                    Plaintiff,         )
                                       )
                                       )
        v.                             )        Civ. No.:  1:07cv01180 (HHK)
                                       )
                                       )
HILTON HOTELS CORPORATION,             )
                                       )
                                       )
                    Defendant.         )
_____)

## ORDER

The Court has considered Defendant's Consent Motion for Brief Extension to File Reply Brief.  Finding good cause, the Court hereby GRANTS the motion.  Defendant's time to file a reply to Plaintiff's opposition to summary judgment shall be extended by one week, from April 15, 2008 to April 22, 2008.


IT IS SO ORDERED, this _____ day of April, 2008


                                _____
                                        United Stated District Court Judge