UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIN S. CHHAN,**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**HILTON HOTELS CORPORATION**<br>d/b/a Hilton Washington Hotel<br><br>              **Defendant.** | Civil Action 07-01180  (HHK) |

## ORDER

For the reasons set forth orally in open court following the hearing on defendant's motion for summary judgment [#17] and pursuant to Fed. R. Civ. P. 58, it is this 1st day of July, 2008, hereby

   **ORDERED** that judgment is entered for defendant.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge